1  MICHAEL ROBINSON (SBN 120308)
   mrobinson@rdwlaw.com
2  BRAD STUCKEY (SBN 214971)
   bstuckey@rdwlaw.com
3  **ROBINSON DI LANDO**
   **A Professional Law Corporation**
4  801 S. Grand Ave, Suite 500
   Los Angeles, California 90017
5  Telephone:   (213) 229-0100
   Facsimile:    (213) 229-0114
6

7  Attorneys for IT DEVICES ONLINE, INC. and
   ZAHID "DONNY" HASSAN SHEIKH
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>Plaintiffs.<br><br>-vs.-<br><br>ZAHID "DONNY" HASSAN SHEIKH, an individual; SHAHID SHEIKH, an individual; ROYA SHEIKH aka ROYA SADAGHIANI, an individual; KAMR.AN SHETKH, an individual; IT DEVICES ONLINE, INC., a California corporation; ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, a California corporation; PUREFUTURETECH, LLC, a California limited liability company; and JESSICA LITTLE aka JESSICA MCINTOSH, an individual personally and dba MCINTOSH NETWORKS,<br><br>Defendants. | Case No.: 4:18-cv-07602-YGR<br><br>[Honorable Yvonne Gonzales Rogers]<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH**<br><br>Action Filed:   December 19, 2018<br>Trial Date:     TBD |

In accordance with the provisions of Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of the this proceeding: The undersigned certifies that as of this date, other than the named parties, there no such interest to report.

DATED: January 30, 2019

**ROBINSON DI LANDO**
A Professional Law Corporation

By _____
Michael C. Robinson
Brad Stuckey

Attorneys for IT DEVICES ONLINE, INC. and ZAHID "DONNY" HASSAN SHEIKH