UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al.,<br>Plaintiffs,<br>v.<br>ZAHID HASSAN SHEIKH, et al.,<br>Defendants. | Case No. 18-cv-07602-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

# PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, June 24, 2019 at 2:00 p.m. regarding new parties in the case |
| CASE MANAGEMENT CONFERENCE: | Monday, March 16, 2020 at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | July 12, 2019 |
| COMPLIANCE HEARING RE STATUS OF SETTLEMENT: | Friday, August 16, 2019 at 9:01 a.m. |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | May 17, 2019 |
| NON-EXPERT DISCOVERY CUTOFF: | January 17, 2020 |
| DISCLOSURE OF EXPERT REPORTS:<br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: February 7, 2020<br>Rebuttal: February 21, 2020 |
| EXPERT DISCOVERY CUTOFF: | March 13, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | Heard end of May 2020; filed by April 3, 2020 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| COMPLIANCE HEARING (*See* PAGE 2) | Friday, August 21, 2020 at 9:01 a.m. |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | August 28, 2020 |
| PRETRIAL CONFERENCE: | Friday, September 11, 2020 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, September 28, 2020 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, August 21, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

    The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: March 18, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge