1  MICHAEL ROBINSON (SBN 120308)
   mrobinson@rdwlaw.com
2  BRAD STUCKEY (SBN 214971)
   bstuckey@rdwlaw.com
3  **ROBINSON DI LANDO**
   **A Professional Law Corporation**
4  801 S. Grand Ave, Suite 500
5  Los Angeles, California 90017
   Telephone:   (213) 229-0100
6  Facsimile:   (213) 229-0114

7  Attorneys for IT DEVICES ONLINE, INC. and
   ZAHID "DONNY" HASSAN SHEIKH

8

9                 **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11

12  CISCO SYSTEMS, INC., a California          Case No.: 4:18-cv-07602-YGR
    corporation, and CISCO TECHNOLOGY,
13  INC., a California corporation,            [Honorable Yvonne Gonzales Rogers]

                    Plaintiffs.                **IT DEVICES ONLINE, INC. AND ZAHID**
14                                             **"DONNY" HASSAN SHEIKH'S**
    -vs.-                                      **ANSWER TO FIRST AMENDED**
15                                             **COMPLAINT**

16  ZAHID "DONNY" HASSAN SHEIKH, an
    individual; et al.
17
                    Defendants.
18

19  ADVANCED DITIGAL SOLUTIONS               Action Filed:   December 19, 2018
    INTERNATIONAL, INC., a California        Trial Date:     September 28, 2010
20  corporation,

21                  Third-Party Plaintiff

22  -vs.-

23  RAHI SYSTEMS, IN., a California corporation,
    et al.,
24
                    Third-Party Defendant
25

26  ////

27  ////

28  ////

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

*(Left margin, vertical text:)* **ROBINSON DI LANDO** A Professional Law Corporation Los Angeles, California

1    Defendants IT Devices Online, Inc. and Zahid "Donny" Hassan Sheikh ("Defendants")

2  answer the First Amended Complaint for Damages and Injunctive Relief filed by Plaintiffs Cisco

3  Systems, Inc. and Cisco Technology, Inc. ("Plaintiffs") as follows:

4    Pursuant to Federal Rules of Civil Procedure, Rule 8(b)(3), Defendants both generally and

5  specifically deny each, each allegation contained in the Complaint except those expressly admitted

6  below.

7                                        **ANSWER**

8                                     **INTRODUCTION**

9    1.    Responding to paragraph 1 of the Complaint, Defendants deny the allegations

10  contained in this paragraph.

11    2.    Responding to paragraph 2 of the Complaint, Defendants deny the allegations

12  contained in this paragraph.

13    3.    Responding to paragraph 3 of the Complaint, Defendants deny the allegations

14  contained in this paragraph.

15                                     **THE PARTIES**

16    4.    Responding to paragraph 4 of the Complaint, Defendants upon information and

17  belief admit the allegations contained in this paragraph.

18    5.    Responding to paragraph 5 of the Complaint, Defendants upon information and

19  belief admit the allegations contained in this paragraph.

20    6.    Responding to paragraph 6 of the Complaint, Defendants deny the allegations

21  contained in this paragraph.

22    7.    Responding to paragraph 7 of the Complaint, Defendants admits that IT Devices

23  Online, Inc. is a California corporation with locations in Fremont, California and Dublin,

24  California. Defendants deny that Zahid "Donny" Hassan Sheikh owns, operates, and controls IT

25  Devices Online, Inc.

26    8.    Responding to paragraph 8 of the Complaint, Defendants lack sufficient information

27  to admit or deny any of the allegations and on that basis deny them.

28    9.    Responding to paragraph 9 of the Complaint, Defendants lack sufficient information

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

**ROBINSON DI LANDO**
A Professional Law Corporation
Los Angeles, California

ROBINSON DI LANDO
A Professional Law Corporation
Los Angeles, California

1   to admit or deny any of the allegations and on that basis deny them.

2        10.     Responding to paragraph 10 of the Complaint, Defendants lack sufficient

3   information to admit or deny any of the allegations and on that basis deny them.

4        11.     Responding to paragraph 11 of the Complaint, Defendants lack sufficient

5   information to admit or deny any of the allegations and on that basis deny them.

6        12.     Responding to paragraph 12 of the Complaint, Defendants deny the allegations

7   contained in this paragraph.

8   **JURISDICTION**

9        13.     Responding to paragraph 13 of the Complaint, Defendants admit the Court has

10   subject matter jurisdiction.

11        14.     Responding to paragraph 14 of the Complaint, Defendants admit that this Court has

12   supplemental subject matter jurisdiction over the pendant state law claims.

13        15.     Responding to paragraph 15 of the Complaint, Defendants admit that the Court has

14   personal jurisdiction over Defendants.

15        16.     Responding to paragraph 16 of the Complaint, Defendants admit that the venue is

16   proper.

17   **INTRADISTRICT ASSIGNMENT**

18        17.     Paragraph 17 of the Complaint contains only legal conclusions that do not require a

19   response.

20   **FACTUAL ALLEGATIONS**

21        18.     Responding to paragraph 18 of the Complaint, Defendants lack sufficient

22   information to admit or deny any of the allegations and on that basis deny them.

23        19.     Responding to paragraph 19 of the Complaint, Defendants lack sufficient

24   information to admit or deny any of the allegations and on that basis deny them.

25        20.     Responding to paragraph 20 of the Complaint, Defendants lack sufficient

26   information to admit or deny any of the allegations and on that basis deny them.

27        21.     Responding to paragraph 21 of the Complaint, Defendants lack sufficient

28   information to admit or deny any of the allegations and on that basis deny them.

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

22.     Responding to paragraph 22 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

23.     To the extent that paragraph 23 of the Complaint contain legal conclusions, a response is not required. Defendants otherwise lack sufficient information to admit or deny any of the remaining allegations and on that basis deny them.

24.     Responding to paragraph 24 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

25.     Responding to paragraph 25 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

26.     Responding to paragraph 26 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

27.     Responding to paragraph 27 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

28.     Responding to paragraph 28 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

29.     Responding to paragraph 29 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

30.     Responding to paragraph 30 of the Complaint, Defendants deny the allegations contained in this paragraph.

31.     Responding to paragraph 31 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

32.     Responding to paragraph 32 of the Complaint, Defendants admits that IT Devices Online, Inc. maintains offices at the Regional Street Address and the Fremont Street Address and that it is not affiliated with Cisco. Defendants otherwise deny the remaining allegations.

33.     Responding to paragraph 33 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

34.     Responding to paragraph 34 of the Complaint, Defendants admits that Cisco sent Zahid "Donny" Hassan Sheikh a letter on May 5, 2014, and that Mr. Sheikh replied through his

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO FIRST AMENDED COMPLAINT

ROBINSON DI LANDO
A Professional Law Corporation
Los Angeles, California

attorney who indicated that Sheikh had no knowledge of counterfeit product and had ceased purchasing product from Hong Kong and China-based vendors. Defendants otherwise deny the remaining allegations.

35.     Responding to paragraph 35 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

36.     Responding to paragraph 36 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

37.     Responding to paragraph 37 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

38.      Responding to paragraph 38 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

39.     Responding to paragraph 39 of the Complaint, Defendants deny that the "dsheikh" username was used by Defendant Donny Sheikh to access Cisco's payment system to further the Sheikh Defendants' purported counterfeit activities. As to the remaining allegations, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

40.     Responding to paragraph 40 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

41.     Responding to paragraph 41 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

42.     Responding to paragraph 42 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

43.     Responding to paragraph 43 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

44.     Responding to paragraph 44 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

45.     Responding to paragraph 45 of the Complaint, Defendants lack sufficient information to admit or deny any of the allegations and on that basis deny them.

46.     Responding to paragraph 46 of the Complaint, Defendants lack sufficient

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO FIRST AMENDED COMPLAINT

1    information to admit or deny any of the allegations and on that basis deny them.

2          47.    Responding to paragraph 47 of the Complaint, Defendants lack sufficient

3    information to admit or deny any of the allegations and on that basis deny them.

4          48.    Responding to paragraph 48 of the Complaint, Defendants lack sufficient

5    information to admit or deny any of the allegations and on that basis deny them.

6          49.    Responding to paragraph 49 of the Complaint, Defendants deny perpetuating a

7    counterfeiting scheme. Defendants otherwise lack sufficient information to admit or deny any of the

8    remaining allegations and on that basis deny them.

9          50.    Responding to paragraph 50 of the Complaint, Defendants lack sufficient

10   information to admit or deny any of the allegations and on that basis deny them.

11         51.    Responding to paragraph 51 of the Complaint, Defendants lack sufficient

12   information to admit or deny any of the allegations and on that basis deny them.

13                            **FIRST CLAIM FOR RELIEF**

14                          **Federal Trademark Infringement**

15         52.    Responding to paragraph 52 of the Complaint, Defendants repeat, reallege and

16   incorporate by reference all prior paragraphs of this Answer.

17         53.    Responding to paragraph 53 of the Complaint, Defendants lack sufficient

18   information to admit or deny any of the allegations and on that basis deny them.

19         54.    Responding to paragraph 54 of the Complaint, Defendants deny the allegations

20   contained in this paragraph.

21         55.    Responding to paragraph 55 of the Complaint, Defendants deny the allegations

22   contained in this paragraph.

23         56.    Responding to paragraph 56 of the Complaint, Defendants deny the allegations

24   contained in this paragraph.

25         57.    Responding to paragraph 57 of the Complaint, Defendants deny the allegations

26   contained in this paragraph.

27         58.    To the extent that paragraph 58 of the Complaint contain legal conclusions, a

28   response is not required. Defendants otherwise deny the remaining allegations contained in this

**ROBINSON DI LANDO**
A Professional Law Corporation
Los Angeles, California

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

1    paragraph.

2       59.     Responding to paragraph 59 of the Complaint, Defendants deny the allegations

3    contained in this paragraph.

4                           **SECOND CLAIM FOR RELIEF**

5                           **Federal Trademark Counterfeiting**

6       60.     Responding to paragraph 60 of the Complaint, Defendants repeat, reallege and

7    incorporate by reference all prior paragraphs of this Answer.

8       61.     Responding to paragraph 61 of the Complaint, Defendants lack sufficient

9    information to admit or deny any of the allegations and on that basis deny them.

10       62.     Responding to paragraph 62 of the Complaint, Defendants deny the allegations

11    contained in this paragraph.

12       63.     Responding to paragraph 63 of the Complaint, Defendants deny the allegations

13    contained in this paragraph.

14       64.     Responding to paragraph 64 of the Complaint, Defendants deny the allegations

15    contained in this paragraph.

16       65.     To the extent that paragraph 65 of the Complaint contain legal conclusions, a

17    response is not required. Defendants otherwise deny the remaining allegations contained in this

18    paragraph.

19       66.     To the extent that paragraph 66 of the Complaint contain legal conclusions, a

20    response is not required. Defendants otherwise deny the remaining allegations contained in this

21    paragraph.

22                           **THIRD CLAIM FOR RELIEF**

23                           **False Designation of Origin**

24       67.     Responding to paragraph 67 of the Complaint, Defendants repeat, reallege and

25    incorporate by reference all prior paragraphs of this Answer.

26       68.     Responding to paragraph 68 of the Complaint, Defendants deny the allegations

27    contained in this paragraph.

28       69.     To the extent that paragraph 69 of the Complaint contain legal conclusions, a

*ROBINSON DI LANDO*
*A Professional Law Corporation*
*Los Angeles, California*

               Case No. 4:18-cv-07602-YGR

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

1  response is not required. Defendants otherwise deny the remaining allegations contained in this

2  paragraph.

3    70.    To the extent that paragraph 70 of the Complaint contain legal conclusions, a

4  response is not required. Defendants otherwise deny the remaining allegations contained in this

5  paragraph.

6    71.    Responding to paragraph 71 of the Complaint, Defendants deny the allegations

7  contained in this paragraph.

8    72.    Responding to paragraph 72 of the Complaint, Defendants deny the allegations

9  contained in this paragraph.

10  **FOURTH CLAIM FOR RELIEF**

11  **California Unfair Competition**

12    73.    Responding to paragraph 73 of the Complaint, Defendants repeat, reallege and

13  incorporate by reference all prior paragraphs of this Answer.

14    74.    Paragraph 74 of the Complaint contains only legal conclusions that do not require a

15  response.

16    75.    To the extent that paragraph 77 of the Complaint contain legal conclusions, a

17  response is not required. Defendants otherwise deny the remaining allegations contained in this

18  paragraph.

19    76.    Responding to paragraph 76 of the Complaint, Defendants deny the allegations

20  contained in this paragraph.

21    77.    To the extent that paragraph 77 of the Complaint contain legal conclusions, a

22  response is not required. Defendants otherwise deny the remaining allegations contained in this

23  paragraph.

24    78.    Responding to paragraph 78 of the Complaint, Defendants deny the allegations

25  contained in this paragraph.

26  ////

27  ////

28  ////

**ROBINSON DI LANDO**
A Professional Law Corporation
Los Angeles, California

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

**ROBINSON DI LANDO**
A Professional Law Corporation
Los Angeles, California

1

2

## FIFTH CLAIM FOR RELIEF

### Unjust Enrichment

3       79.     Responding to paragraph 79 of the Complaint, Defendants repeat, reallege and

4   incorporate by reference all prior paragraphs of this Answer.

5       80.     Responding to paragraph 80 of the Complaint, Defendants deny the allegations

6   contained in this paragraph.

7       81.     Responding to paragraph 81 of the Complaint, Defendants deny the allegations

8   contained in this paragraph.

9                               <u>**AFFIRMATIVE DEFENSES**</u>

10      As separate and further defenses to the Complaint, Defendants allege, based on information

11  and belief, the affirmative defenses listed below. By asserting these affirmative defenses,

12  Defendants do not in any way argue or concede that they have the burden of proof or persuasion on

13  any of these issues. Defendants presently have insufficient knowledge or information from which to

14  form a belief as to whether they may have additional affirmative defenses available. Defendants

15  therefore reserve the right to assert additional defenses that may become available or apparent

16  during discovery and to amend this Answer accordingly.

17                              **FIRST AFFIRMATIVE DEFENSE**

18                                   (Failure to State a Claim)

19      The Complaint and the causes of action therein fail to state facts sufficient to constitute a

20  cause or causes of action against the Defendants.

21                              **SECOND AFFIRMATIVE DEFENSE**

22                                         (Laches)

23      Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of laches.

24                              **THIRD AFFIRMATIVE DEFENSE**

25                                      (Acquiescence)

26      Plaintiffs' claims are barred, in whole or in part, by the equitable doctrines of acquiescence.

27  ////

28  ////

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

ROBINSON DI LANDO
A Professional Law Corporation
Los Angeles, California

**FOURTH AFFIRMATIVE DEFENSE**

(Judicial Estoppel)

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of judicial estoppel.

**FIFTH AFFIRMATIVE DEFENSE**

(Waiver)

Plaintiffs' claims are barred, in whole or in part, by the equitable doctrine of waiver.

**SIXTH AFFIRMATIVE DEFENSE**

(Knowledge, Consent, and Ratification)

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs consented to and approved the alleged conduct about which they now complain.

**SEVENTH AFFIRMATIVE DEFENSE**

(Causation/Contribution by Third-Party Acts)

Plaintiffs' claims are barred, in whole or in part, because the injuries and/or damages alleged in the Complaint were proximately caused by, occurred because of, and/or were contributed to by acts or failures to act by third parties.

**EIGHTH AFFIRMATIVE DEFENSE**

(Statute of Limitations)

Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

**NINTH AFFIRMATIVE DEFENSE**

(Preemption)

Plaintiffs' fourth claim for relief is preempted by federal law.

**TENTH AFFIRMATIVE DEFENSE**

(Bus. & Prof. Code § 17200—No Restitution, Declaratory Relief, and/or Injunctive Relief)

Defendants allege that the request for restitution, declaratory relief, and/or injunctive relief is barred with respect to any and all alleged violations of California Business and Professions Code section 17200, et seq. that have discontinued, ceased, and are not likely to occur.

////

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

ROBINSON DI LANDO
A Professional Law Corporation
Los Angeles, California

1

2

**ELEVENTH AFFIRMATIVE DEFENSE**

(Bus. & Prof. Code § 17200—Not Unfair, Unlawful, Fraudulent, or Deceptive)

3

Defendants allege that its business actions or practices were not unfair, unlawful, fraudulent,

4

or deceptive within the meaning of California Business and Professions Code section 17200 et seq.

5

**TWELFTH AFFIRMATIVE DEFENSE**

6

(Failure to Mitigate Damages)

7

Plaintiffs' claims are barred, in whole or in part, because Plaintiff failed to take all

8

reasonable, necessary, and appropriate action to mitigate any purported damages resulting from the

9

alleged matters set forth in the Complaint.

10

**THIRTEENTH AFFIRMATIVE DEFENSE**

11

(Damages are Speculative and Uncertain)

12

The Complaint's requests for damages against Defendants are barred because Plaintiffs'

13

damages, if any, are speculative, uncertain, and incapable of being ascertained.

14

**FOURTEENTH AFFIRMATIVE DEFENSE**

15

(No Punitive Damages)

16

Plaintiff is precluded from recovering any punitive damages because Defendant did not

17

engage in oppressive, fraudulent, or malicious conduct toward Plaintiff.

18

**FIFTEENTH AFFIRMATIVE DEFENSE**

19

(Improper Trademark)

20

Plaintiffs' trademark registrations were improperly issued by the U.S. Patent and Trademark

21

Office.

22

**SIXTEENTH AFFIRMATIVE DEFENSE**

23

(Fair Use, First Sale Doctrine, Generic Terms, Lack of Secondary Meaning)

24

Plaintiffs' claims are barred by trademark fair use, first sale doctrine, generic terms, and/or

25

lack of secondary meaning.

26

**SEVENTEENTH AFFIRMATIVE DEFENSE**

27

(Innocent Infringement)

28

Plaintiffs' claims are barred, in whole or in part, because any infringement, if any, was

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

innocent.

## EIGHTEENTH AFFIRMATIVE DEFENSE

These answering Defendants allege that said Complaint does not describe the claims against Defendant with sufficient particularity and certainty to enable Defendants to determine what additional defenses may exist. Defendants reserve the right to assert all defenses which may be pertinent to or arise from the Complaint, once the precise nature of such claims and cause of action are ascertained through discovery.

## RELIEF SOUGHT

WHEREFORE, these answering Defendants pray judgment in their favor and against Plaintiffs as follows:

1.     That Plaintiffs take nothing by way of their Complaint as against these answering Defendants;

2.     For reasonable attorney's fees incurred in the defense of this action;

3.     For costs of suit; and

4.     For such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Defendants hereby demand a trial by jury.

DATED: April 1, 2019

**ROBINSON DI LANDO**
A Professional Law Corporation

By_____
     Michael C. Robinson
     Brad Stuckey

Attorneys for IT DEVICES ONLINE, INC. and
ZAHID "DONNY" HASSAN SHEIKH

IT DEVICES ONLINE, INC. AND ZAHID "DONNY" HASSAN SHEIKH'S ANSWER TO
FIRST AMENDED COMPLAINT

ROBINSON DI LANDO
A Professional Law Corporation
Los Angeles, California