**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CISCO SYSTEMS, INC., ET AL.,**<br>Plaintiffs,<br>vs.<br>**ZAHID HASSAN SHEIKH, ET AL.,**<br>Defendants**.** | CASE NO. 18-cv-07602-YGR<br><br>**ORDER RE: MOTION TO DISMISS THIRD PARTY COMPLAINT & STRIKE MOTION FOR ATTORNEY'S FEES**<br>Re: Dkt. No. 43 |

On June 11, 2019, the Court heard oral argument on third-party defendants' motion to dismiss third-party complaint filed by defendant/third-party plaintiff Advanced Digital Solutions International, Inc. ("ADSI") (*see* Dkt. No. 52), which was fully briefed. (Dkt. Nos. 43, 50, 51.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, third-party defendants' motion to dismiss is **GRANTED IN PART** and **DENIED IN PART** as described below:

1. With respect to ADSI's claim for indemnity from plaintiff Cisco System, Inc. ("Cisco's") Lanham Act claim, the Court **GRANTS** third-party defendants' motion and **DISMISSES** this claim with prejudice;

2. with respect to ADSI's claim for indemnity from Cisco's UCL claim, the Court **GRANTS** third-party defendants' motion as it applies to any UCL claim only to the extent that such a claim is based upon a Lanham Act violation and **DISMISSES** that claim with prejudice; however the Court **DENIES** third-party defendants' motion as it applies to any other UCL claim; and

3. with respect to ADSI's claim for indemnity from Cisco's unjust enrichment claim, the Court **DENIES** third-party defendants' motion.

Finally, the Court **DENIES** third-party defendants' motion to strike the motion for attorney's fees.

Accordingly, and as noted on the record, third-party defendants **SHALL** file an answer to ADSI's third-party complaint by no later than **June 28, 2019**. Moreover, the Court **SETS** a further case management conference for **Monday, July 8, 2019** on the Court's **2:00 p.m.** calendar. By no later than **June 28, 2019**, third-party defendants shall file a statement notifying the Court whether they would like to discuss adjustments to the current schedule and therefore would like the July 3 case management conference to take place. Parties to file a joint statement, by no later than **Wednesday, July 3, 2019**, as to the issues and topics to be discussed at the July 8 conference.

This Order terminates Docket Number 43.

**IT IS SO ORDERED.**

Dated: June 14, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**