RICHARD J. NELSON (State Bar No. 141658)
E-Mail: *rnelson@sideman.com*
IAN K. BOYD (State Bar No. 191434)
E-Mail: *iboyd@sideman.com*
ANNA P. CHANG (State Bar No. 301468)
E-Mail: *achang@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>ZAHID "DONNY" HASSAN SHEIKH, an individual, et al.,<br><br>  Defendants. | Case No. 4:18-cv-07602 YGR<br><br>**PLAINTIFFS' AND DEFENDANTS ZAHID "DONNY" HASSAN SHEIKH AND IT DEVICES ONLINE, INC.'S JOINT STATEMENT RE JULY 8, 2019 CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers<br><br>Date:     July 8, 2019<br>Time:    2:00 p.m.<br>Crtrm.:   Courtroom 1, 4th Floor<br>           Ronald Dellums Federal Building<br>           1301 Clay Street<br>           Oakland, CA |
| ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., a California corporation,<br><br>  Third-Party Plaintiff,<br><br>  v.<br><br>RAHI SYSTEMS, INC., a California corporation, et al.,<br><br>  Third-Party Defendants. | |

Pursuant to the Court's June 14, 2019 order (Dkt. No. 53), Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc. (together, "Cisco") and Defendants Zahid "Donny" Hassan Sheikh and IT Devices Online, Inc. (together, the "Sheikh Defendants") hereby jointly submit the below statement regarding the July 8, 2019 case management conference:

Cisco and the Sheikh Defendants agree to the proposed scheduling dates set forth by Third-Party Plaintiffs and Third-Party Defendants in Dkt. Nos. 57 and 58 and to taking the case management conference scheduled for July 8, 2019 off calendar.

DATED: July 3, 2019         SIDEMAN & BANCROFT LLP

                            By:    /s/ Richard J. Nelson
                                   Richard J. Nelson
                                   Attorneys for Cisco Systems, Inc.
                                   and Cisco Technology, Inc.

DATED: July 3, 2019         ROBINSON DI LANDO, APLC

                            By:    /s/ Brad Stuckey
                                   Brad Stuckey
                                   Attorneys for Zahid "Donny" Hassan Sheikh
                                   and IT Devices Online, Inc.

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from the signatory above.

DATED: July 3, 2019         SIDEMAN & BANCROFT LLP

                            By:    /s/ Richard J. Nelson
                                   Richard J. Nelson