# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGG HANSEN,**<br>Plaintiff,<br>vs.<br>**KELLER WILLIAM, ET AL.,**<br>Defendants. | CASE NO. 18-cv-07179-YGR<br><br>**ORDER RE FILING OF AMENDED COMPLAINT** |

On May 15, 2019, the Court entered an order adopting Magistrate Judge Joseph Spero's report and recommendation. (Dkt. No. 15.) In the order, the Court dismissed with prejudice plaintiff's claims under the Americans with Disabilities Act against the United States Postal Service and the Social Security Commissioner. Further, the Court ordered that an amended complaint was to be filed by June 24, 2019. The Court cautioned that failure to do so might result in dismissal of the action.

To date, plaintiff has not filed an amended complaint in this action. Out of an abundance of caution, the Court extends the deadline for filing an amended complaint to **December 2, 2019**. If the Court does not receive the amended complaint by this date, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: November 13, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**