**1** RICHARD J. NELSON (State Bar No. 141658)
E-Mail: *rnelson@sideman.com*
**2** IAN K. BOYD (State Bar No. 191434)
E-Mail: *iboyd@sideman.com*
**3** ANNA P. CHANG (State Bar No. 301468)
E-Mail: *achang@sideman.com*
**4** SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
**5** San Francisco, California 94111-3711
Telephone: (415) 392-1960
**6** Facsimile: (415) 392-0827

**7**

Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.
**8**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZAHID "DONNY" HASSAN SHEIKH, an individual, et al., <br><br> Defendants. | Case No. 4:18-cv-07602 YGR <br><br> [PROPOSED] **ORDER GRANTING PLAINTIFFS CISCO SYSTEMS, INC. AND CISCO TECHNOLOGY, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> DATE: December 17, 2019 <br> TIME: 2:00 p.m. <br> DEPT: Courtroom 1 <br> 1301 Clay Street, 4th Floor <br><br> Hon. Yvonne Gonzalez Rogers |
| ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., a California corporation, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> RAHI SYSTEMS, INC., a California corporation, et al., <br><br> Third-Party Defendants. | |

Having considered Plaintiffs' Motion for leave to file Second Amended Complaint, (Dkt. No. 72) with good cause having been shown, and in light of the non-opposition received, (Dkt. Nos. 74, 75) it is hereby **ORDERED** that the Motion is **GRANTED** and that Plaintiffs have leave to file the above-referenced Complaint. This Order terminates Docket Number 72.

DATED: December 3, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711