# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CISCO SYSTEMS, INC., ET AL.,** <br> Plaintiffs, <br> vs. <br> **ZAHID HASSAN SHEIKH, ET AL.,** <br> Defendants. <br><br> **ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC.,** <br> Third- Party Plaintiff, <br> vs. <br> **RAHI SYSTEMS, INC., ET AL.,** <br> Third-Party Defendants. | CASE NO. 4:18-cv-07602-YGR <br><br> **ORDER: (1) DEFERRING SUMMARY JUDGMENT PREFILING HEARING; (2) GRANTING ADMINISTRATIVE MOTION TO PERMIT PLAINTIFFS TO COMPLETE CERTAIN THIRD-PARTY DISCOVERY AFTER THE FACT DISCOVERY CUTOFF; AND (3) REFERRING DISCOVERY DISPUTE RE: ATTORNEY-CLIENT PRIVILEGE** <br><br> Re: Dkt. Nos. 111, 113, 114, 115, 116, 117 |

The Court has received and reviewed the parties' filings regarding: (1) permission to file a motion for summary judgment (Dkt. Nos. 111, 114); (2) permission for plaintiffs to complete certain third-party discovery after the fact discovery cutoff (Dkt. Nos. 113, 115, 116); and (3) a discovery dispute as to the scope of the attorney-client privilege. (Dkt. No. 117) Having reviewed the filings and the record in this matter, the Court **HEREBY ORDERS** as follows:

First, with regard to the letters filed seeking permission to file a motion for summary judgment, the Court **DEFERS** the motion for summary judgment prefiling hearing, if any, until it decides the pending motion to stay civil proceedings until expiration of the statute of limitations. (*See* Dkt. No. 108 (motion to stay).)

Second, with regard to the administrative motion filed by plaintiffs seeking to permit plaintiffs to complete third-party discovery after the fact discovery cutoff, the Court **GRANTS** a

limited extension on discovery. Thus, the revised fact discovery deadline is **May 1, 2020**. Anything beyond this limited extension will require a showing with more specificity than what plaintiffs demonstrated in the administrative motion.

Third, with regard to the jointly filed discovery letter brief, the Court **REFERS** the discovery dispute to Magistrate Judge Thomas S. Hixson for consideration of this issue.

This Order terminates Docket Number 113.

**IT IS SO ORDERED.**

Dated: April 3, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

**CC: MAGISTRATE JUDGE THOMAS S. HIXSON ; MAGREF EMAIL**