UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC., et al., <br> Plaintiffs, <br> v. <br> ZAHID HASSAN SHEIKH, et al., <br> Defendants. | Case No. 18-cv-07602-YGR (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 117 |

The Court orders ADSI to lodge the transcript of Kenny Carter's January 13, 2020 deposition with the Court by emailing it to TSHpo@cand.uscourts.gov by noon tomorrow.

Going forward the parties shall comply with the undersigned's Discovery Standing Order, which is available at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/. Please note that the in-person meet and confer requirement is suspended during the COVID-19 pandemic, though counsel must still meet and confer via telephone before submitting a joint discovery letter brief. Any questions should be directed the Courtroom Deputy Rose Maher at 415 522-4708 or TSHcrd@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: 4/6/2020

THOMAS S. HIXSON
United States Magistrate Judge