1   JOHN C. KIRKE, #175055
    jkirke@donahue.com
2   KATHLEEN B. FRIEND, #214593
    kfriend@donahue.com
3   DONAHUE FITZGERALD LLP
    Attorneys at Law
4   1999 Harrison Street, 26th Floor
    Oakland, California 94612-3520
5   Telephone:    (510) 451-3300
    Facsimile:    (510) 451-1527
6
    Attorneys for Third-Party Defendants
7   RAHI SYSTEMS, INC., PURE FUTURE
    TECHNOLOGY, INC., MASOOD MINHAS aka
8   MIKE MINHAS, NAUMAN KARAMAT aka
    NORMAN KARAMAT, KAROLINE BANZON,
9   NABIA UDDIN and KAELYN NGUYEN

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13   CISCO SYSTEMS, INC., a California          Case No. 4:18-CV-07602-YGR
     corporation, and CISCO TECHNOLOGY,
14   INC., a California corporation,            **DECLARATION OF NABIA UDDIN IN**
                                                **SUPPORT OF THIRD PARTY**
15                  Plaintiffs,                 **DEFENDANTS' MOTION FOR**
                                                **SUMMARY JUDGMENT, OR IN THE**
16          v.                                  **ALTERNATIVE MOTION FOR**
                                                **SUMMARY ADJUDICATION**
17   ZAHID "DONNY" HASSAN SHEIKH, an
     individual; SHAHID SHEIKH, an
18   individual; ROYA SHEIKH a.k.a. ROYA        Date:
     SADAGHIANI, an individual; KAMRAN          Time:
19   SHEIKH, an individual; IT DEVICES          Ctrm.:
     ONLINE, INC., a California corporation;    Judge:
20   PUREFUTURETECH, LLC , a California
     limited liabilty company; and JESSICA      Action Filed:        December 19, 2018
21   LITTLE a.k.a. JESSICA MCINTOSH, an
     individual personally and dba MCINTOSH
22   NETWORKS,

23                  Defendants.

24
     AND RELATED CROSS-ACTION.
25

26

27

28

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

I, Nabia Uddin, declare:

1.      I am a Third Party Defendant in the above captioned matter. I am over eighteen years old. I make this declaration of my own personal knowledge. If called upon, I could competently testify as to the contents set forth herein.

2.      I worked for Defendant and Third Party Plaintiff Advanced Digital Solutions, Inc. ("ADSI") from August 2000 until September 21, 2017 when ADSI terminated my employment. ADSI is a value-added reseller or ("VAR"), which sells various types of electronics manufactured by others.

3.      After termination of my employment with ADSI, I accepted a position with Rahi Systems, Inc., ("Rahi") where I still work. At Rahi I hold a sales position as a sales manager.

**Work as a Buyer at ADSI**

4.      When I was last employed by ADSI I held a position as a buyer, though I have held a variety of other positions during the time I worked for ADSI, including working as a receptionist. I had also worked on in the corporate/commercial sales department in the past. I do not recall in what year I became a buyer for ADSI, but it was sometime with it the last 3-5 years of my employment there.

5.      As a buyer I received a salary. I also made some sales on commission, but this accounted for a much smaller portion of my time and income. For example, in 2017, I made less than $4,000 in commissions. I also did other work while I was a buyer like helping with filing and administrative tasks.

6.      As a buyer, my duties included things like placing purchase orders and following up with vendors to obtain purchase order tracking information. I placed orders both for the commercial/corporate sales department, online sales and for products kept in stock in ADSI's warehouse in Fremont.

7.      ADSI also had another department that sold products to the government. Processing and purchasing for governmental sales orders were handled by a team based in Pakistan that was overseen by Farhaad (Freddy) Sheikh ("Freddy"), who was the son of ADSI's then CEO, Shahid Sheikh ("Shahid"). I did not place orders for products purchased for

- 1 -

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

1    government sales, however I am aware that sometimes products I ordered to be placed in stock

2    were used to fulfill orders for the government sales department.

3        **ADSI's Sales Order Approval Process**

4        8.      While I was at ADSI, I observed and was required to follow ADSI's policies about

5    ordering products. It was ADSI's policy that all commercial/corporate sales and stock orders had

6    to be approved by Shahid before a customer's order could be fulfilled.

7        9.      When a sales person in ADSI's commercial sales department made a sale, the sales

8    person was required to complete a form called a Sales Order. ADSI's Sales Orders for its

9    commercial/corporate sales department were "carbon copy" style documents that listed

10   information like billing and shipping information, the customer's point of contact and purchase

11   order number, quantity, part number, selling price, unit cost, shipping method, and vendor from

12   whom the sales person obtained the price quote ("Quoting Vendor"). It was this document,

13   together with the customer's Purchase Order that would be given to Shahid for approval. On

14   occasions when Shahid was not present, Sales Orders approved by another member of the Sheikh

15   family, usually one of of Shahid's two sons, Freddy or Kamran Sheikh ("Kamran").

16       10.     Once the Sales Order was approved, as the buyer, I would receive one of the

17   "carbons" of the Sales Order form and the other "carbon" would go to accounting. Once I placed

18   the Purchase Order with the vendor and the product was received, the second carbon that I had

19   received would also be given to accounting. An invoice and packing slip for the customer would

20   be generated later by accounting staff after the product was received.

21       11.     The "carbon" that I received would indicate the name of the Quoting Vendor.

22   However, there were often handwritten notes from Shahid on the carbon I received directing me

23   to place a purchase order with a different vendor with a lower price than the Quoting Vendor.

24       12.     In the case of Cisco products, Shahid would often change the vendor to domestic

25   companies Vodanet or Atlantix, or to vendors based in China, like Hong Kong, Ltd. (or Hong

26   Kong Sellsi). I was also asked to place orders with Wuhan Etopcom Technology Co. Ltd., Pretty

27   Technology and a company called "Shenzhen," all of which had the same point of contact, a man

28   named "Summer."

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

13.     On occasion, I would receive a Sales Order that had no vendor information, which typically meant that the order was to be fulfilled from existing stock and I did not need to place an order for the product. However, in the rare event it turned out that there was no available stock, I would check prices with ADSI's usual suppliers, which varied depending on what product was being purchased, and then confirm with Shahid that it was OK to place an order with that supplier.

14.     In the case of orders placed for sales made through ADSI's online portals or for orders of product to be kept in stock, I would receive instructions from another ADSI employee, Jessica Little a/k/a Jessica McIntosh ("Jessica") about what to order and where to order it from. I would receive these instructions from Jessica via email, over the phone, or occasionally, in person as Jessica mostly worked remotely.

15.     The Chinese suppliers with whom I placed orders for Cisco products always required that partial or full payment be made in advance via wire transfer before they would ship product. While I was at ADSI, I was not authorized to initiate wire transfers. Further, I never had access ADSI's banking information in order to authorize a wire transfer. I was never authorized to sign checks for ADSI.

16.     Redacted

- 3 -

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

1   17.   Redacted

2   

3   

4   **Formation of Uddin Networks, LLC**

5   18.   In early 2016 or at the end of 2015, Shahid instructed me to create a California,

6   LLC to be called "Uddin Networks, LLC" ("Uddin Networks"). He forwarded me a link to a

7   company that would file the necessary paperwork with the State to create the LLC. Because I had

8   questions about how to fill out the company's forms, Shahid also told me how to fill them out. He

9   instructed me to create the company using my name and using my own address. Per Shahid's

10   instructions, I used my own credit card to pay the necessary fees, but was later reimbursed for the

11   expense by ADSI. I thought Shahid's instruction was strange, but I did not feel that it was my

12   place to question his instructions.

13   **Rental of Washington Boulevard UPS Box**

14   19.   After Uddin Networks was formed, Shahid instructed me to go to a nearby UPS

15   Store at 3984 Washington Boulevard in Fremont, California to rent a UPS box in the name of

16   Uddin Networks. Under the rental agreement, Uddin Networks was assigned box 315

17   ("Washington Blvd. UPS Box"). ADSI subsequently reimbursed me for the costs associated with

18   the rental.

19   20.   I received two keys for the Washington Blvd. UPS Box, one of which per Shahid's

20   instructions, I gave to Shahid's son, Kamran. I was also instructed to list Defendant Imran Husain

21   ("Imran") as a person authorized to pick up packages and mail from the Washington Blvd. UPS

22   Box, which I did.

23   21.   After I rented the Washington Blvd. UPS Box, when Shahid instructed me to use

24   international suppliers for Cisco products such as Pretty Technology, he began to instruct me to

25   have those products sent to the Washington Blvd. UPS Box. I was never instructed to have orders

26   for other products shipped to the Washington Blvd. UPS Box, nor was I ever instructed to have

27   products purchased from domestic suppliers shipped to the Washington Blvd. UPS Box. The only

28   products I was ever asked to ship to the Washington Blvd. UPS Box were products ostensibly

- 4 -

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

1    manufactured by Cisco that were purchased from suppliers based in China, such as Pretty

2    Technology or Hongkong, Ltd.

3          22.    Shahid and Jessica also instructed me to have orders of Cisco products from

4    ADSI's Chinese suppliers shipped to another UPS box in Reno, Nevada at an address on

5    Keystone Drive ("Reno UPS Box"), which I understood had been rented by Jessica. When I had

6    products shipped to the Reno UPS Box, I was instructed to use the name "McIntosh Networks,"

7    which I understood at the time to be an LLC created Jessica. After I placed orders for products to

8    be shipped to the Reno UPS Box, those products would subsequently be forwarded to the

9    Washington Blvd. UPS Box.

10         23.    Although I made some pickups of items received at the UPS box, the vast majority

11   of pickups were completed by Kamran or Imran.

12         24.    I would sometimes receive emails from the Washington Blvd. UPS store

13   informing me that a package had been received at the Washington Blvd. UPS Box. I would

14   forward emails received alerting me about packages arriving at the Washington Blvd. UPS Box or

15   containing tracking information from the vendor or shipper to Shahid, Kamran, Imran, Jessica

16   and/or others at ADSI.

17         25.    I no longer have access to my ADSI-issued email account, but I did locate several

18   emails that I received at my personal email address from the Washington Blvd. UPS store I then

19   forwarded on to others at ADSI. There may have been additional emails that I received at my

20   personal email address that I deleted before becoming aware of this case and can no longer

21   restore. I located the following emails:

22              (a)     On Friday, July 22, 2016, I received an email from the Washington Blvd.

23   UPS store alerting me about receipt of a package with tracking number 1Z0946Y50344663109. I

24   forwarded this email to Imran on Monday, July 25, 2016. A true and correct copy of my original

25   email and the resulting email string (marked with bates stamp CC000034-36) is attached hereto as

26   **Exhibit B.** This email particularly demonstrates the knowledge and involvement of Imran,

27   Kamran and Shahid as to packages coming to the Washington Blvd. UPS Box, as well as Shahid's

28   control over the process. In relevant part:

- 5 -

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

(i)     Imran responded to my email on July 25, 2016, copying Shahid and Kamran and stating "I checked with Mr. Ghandi at the UPS Store, he received the [package] on Friday, 7/22/2016 at 11:36 A.M. and someone from our side has picked it up from the UPS store around 6 pm the same day. . . .Now we need to know who picked it up. Mr. Ghandi has his/her signature but cannot tell the name.

(ii)    Shahid responded to Imran the following day, Tuesday, July 26, 2016 that: "i [*sic*] have never gone there. kamran [*sic*] is out of the country so only Nabia & imran [*sic*] are left. i [*sic*] suggest both of you go together & see Mr. Ghandi & find out who took the parcel. TODAY" (emphasis in original.)

(iii)   I responded approximately 30 minutes later and suggested that Imran and I go together to the UPS store to find out what had happened to the package.

(iv)    Approximately 2 hours later, Imran responded to me, including as a 'cc Shahid, Kamran, and another employee, Miguel Salvador, who worked for K&F Associates and used an email domain associated with one of K&F's websites, "tape4backup.com." In his response email, Imran stated in relevant part "Mr. Ghandi didn't remember right and stated that someone picked up the package at 6 pm on Friday. But it was picked up around 2 pm same day by me. . . . Also, we need to co-ordinate more with each other. I need to have a print out of the package email with key before I leave for the UPS store in order to keep track of it and returned [*sic*] with these package/s, which were doing it when Kamran was here. We need to strictly follow that rule."

(b)     On December 6, 2016, I forwarded an email received from the Washington Blvd. UPS store about receipt of a package with a tracking number 1Z0946Y50313736339 to Kamran. Kamran responded later the same day "Cheers!" A true and correct copy of this email string (marked with bates stamp CC000029-30) is attached hereto as **Exhibit C.**

(c)     On June 8, 2017, I forwarded an email received from the Washington Blvd. UPS store about receipt of a package with tracking number 1Z0946Y5030836027 to Kamran and to another employee at ADSI, Theresa Lau. A true and correct copy of this email string (marked with bates stamp CC000027) is attached hereto as **Exhibit D.**

REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

26. 

(a)

(b)

(c)

27.     I was initially unaware that the Cisco products I was being asked to order and ship to the Washington Blvd. UPS Box or the Reno UPS Box might be counterfeit. However, on one of the occasions when I was sent to pick up a package from the Washington Blvd. UPS Box, I realized that the products were being shipped separately from the labels because a package I picked up contained only labels. I am not aware of any legitimate manufacturer, including Cisco

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

1   that normally ships unlabeled products. This occurred within a few months after I was asked to

2   open Uddin Networks and rent the UPS box, but I do not recall exactly when it occurred. I also

3   received Purchase Order forms from Jessica for orders for stock or online sales that specified that

4   labels and Cisco product ordered from the Chinese suppliers should be shipped separately. On

5   multiple occasions I also saw Imran and Jessica in Imran's office, which was located near ADSI's

6   warehouse area, putting labels onto products. I could see this because Imran's office had a large

7   window. On some occasions, a third employee Miguel Salvador was also involved in placing

8   labels on products.

9          28.    I have reviewed documents bates stamped as ADSI01519-1552, which I

10  understand ADSI produced in response to Third Party Defendants' Requests for Production of

11  Documents as allegedly supporting its claims against Third Party Defendants. With the exception

12  of the documents bates stamped as ADSI 1531-1533, 1522-1525, and 1552, I do not recognize

13  these documents and the documents appear to pertain to others.

14          (a)    The documents bates stamped ADSI01531-1533 appear to be documents

15  relating to Uddin Networks filed with the California Secretary of State, including the Articles of

16  Organization and Statement of Information filed in 2016 at the instruction of Shahid Sheikh.

17  Document ADSI01531 appears to be a form I signed resigning as the agent of service of process

18  for Uddin Networks in 2018.

19          (b)    Redacted

20

21

22

23

24

25

26          )    As indicated above, at Shahid Sheikh's instruction I provided a

27  copy of the key to the Washington Blvd. UPS Box to Kamran Sheikh and also listed Imran

28  Husain as a person authorized to pick up packages and mail received at the UPS box.

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

(ii) Redacted

(c) Redacted

29.     I also understand that ADSI has also identified a series of documents that were produced by Rahi in the pending Alameda County Superior Court matter, *ADSI v. Rahi Systems*, et al., Case No. RG 17881868 in which ADSI has alleged Rahi and the other Third Party Defendants misappropriated ADSI's client lists when the individual Third Party Defendants left ADSI and began working at Rahi. I understand that ADSI has identified the following bates stamped documents, Rahi 00001-2, 23, 108-111, 282-283 and 1271-1281. I have reviewed these documents, none of which appear to relate to me and none of which I recognize.

30.     Although I felt extremely uneasy about ADSI's orders from its Chinese suppliers and importation of counterfeit Cisco products, my work is my only source of income and I was concerned about losing my job. Since I knew that ADSI's CEO was not only aware of what was going on, but actually giving instructions to place the orders, I did not feel that I was in a position to raise any questions or challenge Shahid's decisions. It is for these reasons that I waited until after I was fired to report ADSI's activities to Cisco.

31.     Neither at Rahi, nor at ADSI have I ever received any bonus, incentive or other

1   financial benefit for purchasing or selling counterfeit Cisco products. I have not been offered or

2   received any bonus or other financial incentive by Rahi in exchange for reporting ADSI's

3   counterfeiting activities.

4         I declare under penalty of perjury under the laws of the United States of America that the

5   foregoing is true and correct.

6         Executed this 27th  day of May, 2020 in Union City, California.

7   Nabia Uddin
    Digitally signed by Nabia Uddin
    Date: 2020.05.27 13:21:16
    -07'00'

8   _____
    Nabia Uddin

9

10

11   REDACTED VERSION OF DOCUMENT
12   SOUGHT TO BE SEALED

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 10 -

# EXHIBIT A

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED



Redacted

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

ADSI-00098

# EXHIBIT B

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

**RE: Fwd: Package Received**

imran@adsii.com
Tue 7/26/2016 10:46 AM

**To:** Nabia <nabia19@hotmail.com>
**Cc:** Shahid Hussain <shahid@adsii.com>; kamran@adsii.com <kamran@adsii.com>; miguel@tape4backup.com <miguel@tape4backup.com>

Hi All,
Everything is good.
Mr. Ghandi didn't remember right and stated that someone picked up the package at 6pm on Friday. But it was picked up around 2pm same day by me.

Thanx to all for their concern.

Also, we all need to co-ordinate more with each other.

I need to have a print out of the package email with key before I leave for the UPS store in order to keep track of it and returned these with package/s, which we were doing it when Kamran was here. We need to strictly follow that rule.

Thanx + Rgds
Imran

-----Original Message-----
From: "Nabia" <nabia19@hotmail.com>
Sent: Tuesday, July 26, 2016 8:35am
To: "Shahid Hussain" <shahid@adsii.com>, "imran@adsii.com" <imran@adsii.com>
Cc: "kamran@adsii.com" <kamran@adsii.com>
Subject: RE: Fwd: Package Received

Good morning Imran, let's go to the ups store together and find out.
Let me know when is a good time for you.
Thanks
Nabia
Get Outlook for Android

On Tue, Jul 26, 2016 at 8:02 AM -0700, "Shahid Hussain" <shahid@adsii.com> wrote:

i have never gone there.
kamran is out of the country

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

CCO000034

so only Nabia & imran are left.

i suggest both of you go together & see Mr. Gandhi & find out who took the parcel , TODAY

*Shahid Hussain*

*President*
*adsii.com*
*510.490.6667*

-----Original Message-----
From: imran@adsii.com
Sent: Monday, July 25, 2016 4:45pm
To: "Nabia" <nabia19@hotmail.com>
Cc: Kamran@adsii.com, shahid@adsii.com
Subject: RE: Fwd: Package Received

Hi Nabia,
I checked with Mr Ghandi at UPS Store, he received the following package (Trk# 1Z0946Y50344663109) on Friday,  07/22/2016 at 11:36 A.M. and someone from our side has picked it up from the UPS store around 6pm same day.

Now we need to know who picked it up. Mr Ghandi has his/her signature but can not tell the name.

Pls let me know if there is any question.

Thanx
Imran

-----Original Message-----
From: "Nabia" <nabia19@hotmail.com>
Sent: Monday, July 25, 2016 3:19pm
To: "imran@adsii.com" <imran@adsii.com>
Subject: Fwd: Package Received

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

Get Outlook for Android

CCO000035

---------- Forwarded message ----------
From: "**store1805@theupsstore.com**" <store1805@theupsstore.com>
Date: Fri, Jul 22, 2016 at 11:50 AM -0700
Subject: Package Received
To: "nabia19@hotmail.com" <nabia19@hotmail.com>


Dear NABIA,

This email notification is to inform you that you received the following package(s) since 7/22/2016 :

UPS - 1Z0946Y50344663109


Please come into our center today to receive your package(s).

Please call (510) 226-7690 if you have any questions.

Thank you,

The UPS Store (#1805)
3984 WASHINGTON BLVD DIRECTLY BEHIND BURGER KING
FREMONT, CA 94538-4954 USA
(510) 226-7690 Tel
(510) 226-7692 Fax

store1805@theupsstore.com

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

CCO000036

# EXHIBIT C

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

RE: Fwd: Package Received

Kamran <kamran@adsii.com>
Tue 12/6/2016 3:24 PM
**To:** Nabia <nabia19@hotmail.com>

thanks

*Cheers!*

**Kamran Sheikh**
**IT Engineer**
Advanced Digital Solutions International Inc.
**(510).490.6667 x212**



REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

-----Original Message-----
From: "Nabia" <nabia19@hotmail.com>
Sent: Tuesday, December 6, 2016 2:52pm
To: "kamran@adsii.com" <kamran@adsii.com>
Subject: Fwd: Package Received


Get Outlook for Android


---------- Forwarded message ----------
From: **"store1805@theupsstore.com"** <store1805@theupsstore.com>
Date: Tue, Dec 6, 2016 at 10:52 AM -0800
Subject: Package Received
To: "nabia19@hotmail.com" <nabia19@hotmail.com>


Dear NABIA,

This email notification is to inform you that you received the following package(s) since 12/6/2016 :

UPS - 1Z0946Y50313736339


Please come into our center today to receive your package(s).

Please call (510) 226-7690 if you have any questions.

Thank you,

The UPS Store (#1805)
3984 WASHINGTON BLVD DIRECTLY BEHIND BURGER KING
FREMONT, CA 94538-4954 USA
(510) 226-7690 Tel
(510) 226-7692 Fax

store1805@theupsstore.com

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

CCO000030

# EXHIBIT D

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

**Fwd: Package Received**

Nabia
Thu 6/8/2017 12:20 PM

**To:** kamran@adsii.com <kamran@adsii.com>; theresa.l@adsii.com <theresa.l@adsii.com>

---------- Forwarded message ----------
From: <store1805@theupsstore.com>
Date: Jun 8, 2017 12:05 PM
Subject: Package Received
To: <nabia19@hotmail.com>
Cc:

    Dear NABIA,

    This email notification is to inform you that you received the following package(s) since 6/8/2017 :

    UPS - 1Z0946Y50350836027

    Please come into our center today to receive your package(s).

    Please call (510) 226-7690 if you have any questions.

    Thank you,

    The UPS Store (#1805)
    3984 WASHINGTON BLVD DIRECTLY BEHIND BURGER KING
    FREMONT, CA 94538-4954 USA
    (510) 226-7690 Tel
    (510) 226-7692 Fax

    store1805@theupsstore.com

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

CCO000027

# EXHIBIT E

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

CISCO00003513

# EXHIBIT F

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# EXHIBIT G

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED



Redacted

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003599

# EXHIBIT H

REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED



REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER