# Exhibit B

# Sought to be Filed Under Seal