RICHARD J. NELSON (State Bar No. 141658)
E-Mail:      *rnelson@sideman.com*
IAN K. BOYD (State Bar No. 191434)
E-Mail:      *iboyd@sideman.com*
ANGELA M. HE (State Bar No. 319351)
E-Mail:      *ahe@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.

MICHAEL ROBINSON (SBN 120308)
mrobinson@rdwlaw.com
BRAD STUCKEY (SBN 214971)
bstuckey@rdwlaw.com
ROBINSON DI LANDO
A Professional Law Corporation
801 S. Grand Ave, Suite 500
Los Angeles, California 90017
Telephone:   (213) 229-0100
Facsimile:    (213) 229-0114

Attorneys for IT DEVICES ONLINE, INC. and
ZAHID "DONNY" HASSAN SHEIKH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ZAHID "DONNY" HASSAN SHEIKH, an individual, et al.,<br><br>　　　　　Defendants. | Case No. 4:18-cv-07602 YGR<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>Hon. Yvonne Gonzalez Rogers |

2835-211\4497561

Case No. 4:18-cv-07602 YGR

JOINT STIPULATION FOR DISMISSAL

The parties to this action, acting through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the following:

(1) The Dismissal with Prejudice of this action against IT DEVICES ONLINE, INC., including all claims stated as against IT DEVICES ONLINE, INC., with each party to bear its own attorney's fees and costs.

(2) The Dismissal without Prejudice of this action against ZAHID "DONNY" HASSAN SHEIKH, including all claims stated as against ZAHID "DONNY" HASSAN SHEIKH, with each party to bear its own attorney's fees and costs.

This stipulation does not affect the action with regard to the other defendants or causes of action as stated against the other defendants.

DATED:  August 25, 2020        SIDEMAN & BANCROFT LLP

                               By:      /s/ *Richard J. Nelson*
                                   Richard J. Nelson
                                   Attorneys for Plaintiffs Cisco Systems, Inc. and Cisco Technology, Inc.

DATED:  August 25, 2020        ROBINSON DI LANDO, APLC

                               By:      /s/ *Brad Stuckey*
                                   Brad Stuckey
                                   Attorneys for Defendants Zahid "Donny" Hassan Sheikh and IT Devices Online, Inc.

**ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5.1., I hereby attest that counsel represented by conformed signature above has concurred in the filing of this Joint Stipulation for Dismissal.

DATED: August 25, 2020
                               By:      /s/ *Richard J. Nelson*
                                   Richard J. Nelson