1  RICHARD J. NELSON (State Bar No. 141658)
   E-Mail:      rnelson@sideman.com
2  IAN K. BOYD (State Bar No. 191434)
   E-Mail:      iboyd@sideman.com
3  ANGELA M. HE (State Bar No. 319351)
   E-Mail:      ahe@sideman.com
4  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Twenty-Second Floor
5  San Francisco, California 94111-3711
6  Telephone:   (415) 392-1960
   Facsimile:   (415) 392-0827
7
   Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.
8
9  MICHAEL ROBINSON (SBN 120308)
   mrobinson@rdwlaw.com
10 BRAD STUCKEY (SBN 214971)
   bstuckey@rdwlaw.com
11 ROBINSON DI LANDO
   A Professional Law Corporation
12 801 S. Grand Ave, Suite 500
   Los Angeles, California 90017
13 Telephone:   (213) 229-0100
   Facsimile:   (213) 229-0114
14
   Attorneys for IT DEVICES ONLINE, INC. and
15 ZAHID "DONNY" HASSAN SHEIKH

16                    **UNITED STATES DISTRICT COURT**

17                    **NORTHERN DISTRICT OF CALIFORNIA**

18                              **OAKLAND DIVISION**

19

| CISCO SYSTEMS, INC., a California corporation, et al., | Case No. 4:18-cv-07602 YGR |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] **ORDER FOR DISMISSAL** |
| v. | Hon. Yvonne Gonzalez Rogers |
| ZAHID "DONNY" HASSAN SHEIKH, an individual, et al., | |
| Defendants. | |

**[PROPOSED] ORDER**

The Court, having considered the Stipulation of Plaintiffs and Defendants IT DEVICES ONLINE, INC. and ZAHID "DONNY" HASSAN SHEIKH, hereby orders the following in accordance with the terms of that stipulation:

(1) Dismissal with Prejudice of this action against IT DEVICES ONLINE, INC., including all claims stated as against IT DEVICES ONLINE, INC., with each party to bear its own attorney's fees and costs.

(2) Dismissal without Prejudice of this action against ZAHID "DONNY" HASSAN SHEIKH, including all claims stated as against ZAHID "DONNY" HASSAN SHEIKH, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: 9/1/2020

_____
Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT JUDGE