

One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

**Richard J. Nelson**
rnelson@sideman.com

September 22, 2020

**VIA ECF**

Honorable Yvonne Gonzalez Rogers
Oakland Courthouse, Courtroom 1
U.S. District Court
1301 Clay Street
Oakland, CA 94612

      Re:   *Cisco Systems, Inc., et al. v. Sheikh, et al.*
             Case No. 4:18-cv-07602 YGR

Dear Judge Gonzalez Rogers:

      On September 18, 2020, the Court issued an order (Docket 177) permitting the parties in the above-captioned matter to file letter briefs on the issue of the Court's authority and discretion to order a virtual jury trial. This letter brief is submitted on behalf of plaintiffs Cisco System, Inc. and Cisco Technology, Inc. (together, "Cisco").

      As Cisco raised at the telephonic conference on September 16, Cisco is willing to waive its right to a jury trial and would consent to a virtual bench trial. The ADSI Defendants, however, did not agree to waive their right to a jury trial, nor did they consent to a virtual jury trial. While Cisco desires this matter to come to trial as soon as possible, Cisco does not consent to a virtual jury trial, because Cisco believes that conducting a jury trial in this novel manner should proceed, in fairness to all the litigants, only with the concurrence of all the parties.

      Very truly yours,

      Richard J. Nelson

2835-211\4530346