# Exhibit 71

| | |
|---|---|
| **From:** | Raymond Kwan (rakwan) |
| **Sent:** | Tuesday, August 07, 2018 10:05 AM |
| **To:** | LOPEZ, MIGUEL A; ciscoipr(mailer list) |
| **Cc:** | GOINS, MARK (MARK.GOINS@CBP.DHS.GOV) |
| **Subject:** | RE: DETERMINATION# 2062868 |
| **Attachments:** | PARC_WS-C2960X-48FPD-L_03AUG2018_2062868.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

United States District Court
Northern District of California

Case No. 4:18-CV-07602 YGR

Caste Title: Cisco Systems et al v Sheikh et al

Exhibit No. **71**

Date Entered _____

Susan Y. Soong, Clerk

By: _____, Deputy Clerk

π PLAINTIFF π

Dear Senior Import Specialist Lopez,

Thanks for providing pictures.
As per our analysis, we confirm the following packout label and product under test to be **counterfeit** based on the photos provided.

PID: WS-C2960X-48FPD-L SN: FCW2113A4V3

The MSRP value for a genuine WS-C2960X-48FPD-L is USD $7,995.00

The product includes logo and trademark information belonging to Cisco Systems and to the best of my knowledge this unit is not part of a Cisco contractual dispute.

Thanks for provide us with all requested details listed below:

Pursuant to 19 CFR 133.21(c) Cisco Systems is entitled to:

(1) The date of importation;

(2) The port of entry;

(3) A description of the merchandise;

(4) The quantity involved;

(5) The name and address of the manufacturer;

(6) The country of origin of the merchandise;

(7) The name and address of the exporter; and

(8) The name and address of the importer.

Please let me know if you have any questions.

Regards,
Raymond Kwan

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00002299



**Raymond Kwan**
PROGRAM MANAGER.LEGAL
rakwan@cisco.com
Tel: **+852 2588 3193**

**Cisco Systems, Inc.**
Great Eagle Centre 23 Harbour Road, Wan
Chai
HONG KONG
0
Hong Kong
cisco.com

🌲Think before you print.

This email may contain confidential and privileged material for the sole use of
the intended recipient. Any review, use, distribution or disclosure by others is
strictly prohibited. If you are not the intended recipient (or authorized to receive
for the recipient), please contact the sender by reply email and delete all copies
of this message.
Please click here for Company Registration Information.

---

**From:** LOPEZ, MIGUEL A <MIGUEL.A.LOPEZ@CBP.DHS.GOV>
**Sent:** Friday, August 3, 2018 6:38 AM
**To:** ciscoipr(mailer list) <ciscoipr@cisco.com>
**Subject:** DETERMINATION# 2062868

Good afternoon,

We have a shipment detained at Los Angeles International Airport. We are attempting to determine Authenticity of the
merchandise and need your assistance.
The following applies:

Description:          Cisco Catalyst 2960-X
Port of Entry:        LAX
Quantity:             4 pcs.
Date of Import:       07/10/18
Country of Origin:    Hong Kong

In accordance with 19 C.F.R. § 133.21, "U.S. Customs and Border Protection (CBP) is providing information appearing on,
and, subject to bonding requirements, unredacted samples of, products and their packaging and labels, or photographs
of such products, packaging, and labels that bear or consist of a mark suspected of being counterfeit of a mark you have
recorded with CBP.  The information that you are receiving may be protected by the Trade Secrets Act and may only be
used to assist CBP with its infringement determination."

Please review the photographs and respond via email as to the whether or not the suspect marks were applied with
authorization.

Further, please articulate the difference between the suspect marks and the authorized mark. In addition, if you
determine that the mark is not genuine please provide the MSRP for the sample as if it were genuine.

Thank you,

**MIGUEL LOPEZ**
**SENIOR IMPORT SPECIALIST**
**CUSTOMS AND BORDER PROTECTION**
**CENTER OF EXCELLENCE AND EXPERTISE (ELECTRONICS)**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00002300

**301 East Ocean Blvd., Suite 600**
**Long Beach, CA 90802**
**Office (562) 366-3230**
miguel.a.lopez@cbp.dhs.gov

This message contains information intended only for the addressee named above. If you believe you have received email in error, please notify the sender immediately.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00002301

# Cisco Systems, Inc. Brand Protection Engineering

## Product Analysis Report - Customs

**Requester:** US Department of Homeland Security  (Ref: 2062868)

**Product tested via photographs:**  WS-C2960X-48FPD-L; Product Serial Number: FCW2113A4V3

**Testing date:** August 03, 2018
**Test Engineer:** Raymond Kwan
**Validation Engineer:** Michael Heidecker

| WS-C2960X-48FPD-L **unit bearing product serial number** FCW2113A4V3 | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| A genuine product contains a unique Media Access Control (MAC) Address number, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product should have a MAC Address that is linked to the product serial number. | The MAC Address printed on the unit label is 50:E3:D1:6B:B0:80 and the product serial number printed on the unit label is FCW2113A4V3. | I checked the manufacturing databases, and the MAC Address is not linked with the corresponding product serial number. Instead, the MAC Address does not exist in our manufacturing databases. |
| A genuine Cisco packout label contains a "Seal#" in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product will have a Seal# that is linked to the product serial number. | The packout label affixed to the product has a Seal# of T035AW1014 and a product serial number of FCW2113A4V3. | I checked the manufacturing databases, and this Seal# is not linked with the corresponding product serial number. Instead, the Seal# is linked to ten AIR-AP2802I-ABULK products. |
| A genuine product contains a unique Printed Circuit Board Assembly (PCBA) serial number, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product should have a PCBA serial number that is linked to the product serial number. | The PCBA serial number printed on the unit label is FOC2114UWYB and the product serial number printed on the unit label is FCW2113A4V3. | I checked the manufacturing databases, and the PCBA serial number is not linked with the corresponding product serial number. Instead, the PCBA serial number does not exist in Cisco manufacturing databases. |
| **Assessment:** The packout label and product under test are counterfeit based on the respective attributes, observations, and comments noted above. The MSRP value for a genuine WS-C2960X-48FPD-L is USD $7,995.00. | | |

\* The attributes listed in the above analysis may or may not include every possible identifiable variance with a genuine Cisco product.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00002303

# Exhibit 72

United States District Court
Northern District of California

Case No. 4:18-CV-07602 YGR

Case Title: Cisco Systems et al v Sheikh et al

Exhibit No.    72

Date Entered _____

Susan Y. Soong, Clerk

By: _____ Deputy Clerk

**From:** "ORDONEZ, LORNA B" <LORNA.B.ORDONEZ@CBP.DHS.GOV>
**Date:** Monday, November 19, 2018 at 3:31 PM
**To:** "ciscoipr(mailer list)" <ciscoipr@cisco.com>, "Kenny Carter (kenncart)"
<kenncart@cisco.com>
**Subject:** Request for Authentication - 0875

Hello,

In accordance with 19 C.F.R. § 133.21, "U.S. Customs and Border Protection (CBP) is providing
information appearing on, and, subject to bonding requirements, unredacted photographs of such
products that bear or consist of a mark suspected of being counterfeit of a mark you have
recorded with CBP. The information that you are receiving may be protected by the Trade
Secrets Act and may only be used to assist CBP with its infringement determination." The
following is provided to assist you with your authentication.

| | |
|---|---|
| Date of Importation: | 10/29/18 |
| Port of Entry: | Anchorage |
| Desc of Merchandise: | Cisco Switches |
| Quantity: | 5 Each |
| Country of Origin: | China |

Please review the photographs and respond via email as to the whether or not the suspect marks
were applied with authorization. Due to time constraint, please reply no later than
11/16/18. Also, please cite what is the Trademark Recordation and Registration Number(s)
applicable for this type of goods.

Further, please articulate the difference between the suspect marks and the authorized mark. In
addition, if you determine that the mark is not genuine please provide the MSRP for the sample
as if it were genuine.

Thank you.
Lorna



**Import Specialist** |
U.S. Customs and Border Protection
Electronics Center of Excellence and Expertise
WEST - Enforcement, IP Branch, CST 087
555 Battery Street, Room 413, San Francisco, CA 94111
☎: 415-782-9357 | 📠: 415-705-1344 | ✉:lorna.b.ordonez@cbp.dhs.gov

**Lorna Ordonez** |

This message contains information intended only for the addressee named above If you have
received this transmission in error, please notify the sender and delete all copies from your
system.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CISCO00002744



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00002745



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00002747



CISCO00002748





CISCO00002750



CISCO00002751

# Exhibit 74



**SIDEMAN** LLP
**BANCROFT**

One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

**Peter M. Colosi**
pcolosi@sideman.com
(415) 733-3948

> United States District Court
> Northern District of California
>
> Case No. 4:18-CV-07602 YGR
> Caste Title: Cisco Systems et al v Sheikh et al
> Exhibit No. __74__
> Date Entered
>
> Susan Y. Soong, Clerk
> By: _____, Deputy Clerk
>
> π PLAINTIFF π

August 11, 2016

**VIA FEDERAL EXPRESS**

Uddin Networks LLC
3984 Washington Blvd., #315
Fremont, CA 94538

    Re: <u>Seizure of Counterfeit "Cisco" Products</u>

To Whom It May Concern:

  We represent Cisco Systems, Inc. ("Cisco"). We have been informed by U.S. Customs and Border Protection that between June 1 and June 24, 2016, it seized nine separate shipments of counterfeit "Cisco" products (collectively, the "Infringing Products") imported by you as detailed below:

- On June 1, it seized 222 transceivers imported by you and exported by FD Dispenser Co. Ltd., Fl 2nd 9 East Road, 2Cun Tou Hu Men T, T, DG, GD China 523928;

- On June 9, it seized 100 transceivers imported by you and exported by FD Dispenser Co. Ltd., Fl 2nd 9 East Road, 2Cun Tou Hu Men T, T, DG, GD China 523928;

- On June 9, it seized 103 transceivers imported by you and exported by FD Dispenser Co. Ltd., Fl 2nd 9 East Road, 2Cun Tou Hu Men T, T, DG, GD China 523928;

- On June 9, it seized 100 transceivers imported by you and exported by FD Dispenser Co. Ltd., Fl 2nd 9 East Road, 2Cun Tou Hu Men T, T, DG, GD China 523928;

- On June 9, it seized 100 transceivers imported by you and exported by FD Dispenser Co. Ltd., Fl 2nd 9 East Road, 2Cun Tou Hu Men T, T, DG, GD China 523928;

CONFIDENTIAL

Uddin Networks LLC
August 11, 2016
Page 2

- On June 9, it seized 100 transceivers imported by you and exported by FD Dispenser Co. Ltd., Fl 2nd 9 East Road, 2Cun Tou Hu Men T, T, DG, GD China 523928;

- On June 9, it seized 100 transceivers imported by you and exported by FD Dispenser Co. Ltd., Fl 2nd 9 East Road, 2Cun Tou Hu Men T, T, DG, GD China 523928;

- On June 9, it seized 100 transceivers imported by you and exported by FD Dispenser Co. Ltd., Fl 2nd 9 East Road, 2Cun Tou Hu Men T, T, DG, GD China 523928; and

- On June 24, it seized 2 switches imported by you and exported by Susan Sun, 2-12 FA, Yuen Street, Mongkok, Hong Kong.

Cisco requires your immediate cooperation in bringing this infringing activity to a halt. Cisco specifically demands that you immediately cease and desist importing, marketing and/or distributing these or any counterfeit or infringing goods.

You should be aware that counterfeit technology products potentially pose serious health and safety risks to the end users of such products, as these products can be used in sensitive infrastructure and there is no guarantee that they are manufactured to the high quality and safety standards that Cisco requires. Unauthorized entities that sell "Cisco" products may traffic in counterfeit products, and you should pay close attention to red flags such as markedly low prices, prior Customs seizures, prior sales of counterfeit products, improper importation documents, and similar indicators that the products may be counterfeit.

The civil legal sanctions for violations of federal and state trademark, unfair competition, and deceptive business practices laws are severe. In appropriate cases, a court may order a seizure of counterfeit and infringing goods, issue an injunction enjoining further wrongful and infringing activity, enter judgment for damages, order the disgorgement of any profits derived from the infringer's wrongful conduct, and charge penalties such as trebling the damage award and/or punitive damages. In many cases, these remedies are available whether or not the infringing party was even aware of the counterfeit or infringing nature of the goods sold.

Additionally, genuine switches of the same type as some of the Infringing Products come pre-installed with copyrighted Cisco software applied at the time of manufacture. Counterfeit or counterfeit upgraded switches bear software or software circumvention hacks potentially in violation of Cisco's copyrights and the Digital Millennium Copyright Act. Penalties for violating Cisco's copyrights may be up to $150,000 per work infringed.

Additionally, genuine switches of the same type as some of the Infringing Products come pre-installed with copyrighted Cisco software applied at the time of manufacture. Counterfeit or counterfeit upgraded switches bear software or software circumvention hacks potentially in

CISCO00000731

Uddin Networks LLC
August 11, 2016
Page 3

violation of Cisco's copyrights and the Digital Millennium Copyright Act. Penalties for violating Cisco's copyrights may be up to $150,000 per work infringed.

This letter serves as legal notice that you must preserve all evidence regarding your purchase of these Infringing Products. In addition to your agreement to forever cease and desist in your infringing conduct, Cisco also requests that you cooperate with Cisco's investigation by providing us with relevant information that would assist Cisco in tracing these counterfeit goods to their ultimate source. Specifically, please provide the following:

> All written or electronic documents concerning the purchase of these Infringing Products, and any shipment of this product, including correspondence, invoices, purchase orders or other similar commercial documents. This documentation must contain the serial number of the unit supplied. If this cannot be done via an invoice or packing list, then please provide an explanation that demonstrates how you know where you received the specific Infringing Products.

Further, please quarantine any other "Cisco" products that remain in your inventory from the same vendor from which these Infringing Products was purchased. Cisco requests the opportunity to inspect any other "Cisco" products from the same vendor to determine whether they are genuine or counterfeit. This analysis can usually be done via photographs; thus the disruption to your business should be minimal.

This letter which serves as a cooperation offer will remain open only until August 19, 2016. Cisco expressly reserves all of its rights.

Very truly yours,

Peter M. Colosi

2835-44\2962148v1

CISCO00000732



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

CONFIDENTIAL

CISCO00000733

# Exhibit 75



One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

**Peter M. Colosi**

pcolosi@sideman.com
(415) 733-3948

August 11, 2016

| | United States District Court |
|---|---|
| | Northern District of California |

π PLAINTIFF π

Case No. 4:18-CV-07602 YGR
Caste Title: Cisco Systems et al v Sheikh et al
Exhibit No. _____ **75**
Date Entered _____
                Susan Y. Soong, Clerk
By: _____, Deputy Clerk

**VIA FEDERAL EXPRESS**

McIntosh Networks
3090 Regent Street
Berkeley, CA 94705

Re:   Seizure of Counterfeit "Cisco" Products

To Whom It May Concern:

We represent Cisco Systems, Inc. ("Cisco"). We have been informed by U.S. Customs and Border Protection that on June 9, 2016, it seized 64 counterfeit "Cisco" transceivers ("Infringing Products"). You were identified as the importer of these Infringing Products. The exporter was identified as FD Dispenser Co. Ltd., Fl 2nd 9 East Road, 2Cun Tou Hu Men T, T, DG, GD China 523928.

Cisco requires your immediate cooperation in bringing this infringing activity to a halt. Cisco specifically demands that you immediately cease and desist importing, marketing and/or distributing these or any counterfeit or infringing goods.

You should be aware that counterfeit technology products potentially pose serious health and safety risks to the end users of such products, as these products can be used in sensitive infrastructure and there is no guarantee that they are manufactured to the high quality and safety standards that Cisco requires. Unauthorized entities that sell "Cisco" products may traffic in counterfeit products, and you should pay close attention to red flags such as markedly low prices, prior Customs seizures, prior sales of counterfeit products, improper importation documents, and similar indicators that the products may be counterfeit.

The civil legal sanctions for violations of federal and state trademark, unfair competition, and deceptive business practices laws are severe. In appropriate cases, a court may order a seizure of counterfeit and infringing goods, issue an injunction enjoining further wrongful and infringing activity, enter judgment for damages, order the disgorgement of any profits derived from the infringer's wrongful conduct, and charge penalties such as trebling the damage award and/or punitive damages. In many cases, these remedies are available whether or not the infringing party was even aware of the counterfeit or infringing nature of the goods sold.

CONFIDENTIAL

McIntosh Networks
August 11, 2016
Page 2

This letter serves as legal notice that you must preserve all evidence regarding your purchase of these Infringing Products. In addition to your agreement to forever cease and desist in your infringing conduct, Cisco also requests that you cooperate with Cisco's investigation by providing us with relevant information that would assist Cisco in tracing these counterfeit goods to their ultimate source. Specifically, please provide the following:

All written or electronic documents concerning the purchase of these Infringing Products, and any shipment of this product, including correspondence, invoices, purchase orders or other similar commercial documents. This documentation must contain the serial number of the unit supplied. If this cannot be done via an invoice or packing list, then please provide an explanation that demonstrates how you know where you received the specific Infringing Products.

Further, please quarantine any other "Cisco" products that remain in your inventory from the same vendor from which these Infringing Products was purchased. Cisco requests the opportunity to inspect any other "Cisco" products from the same vendor to determine whether they are genuine or counterfeit. This analysis can usually be done via photographs; thus the disruption to your business should be minimal.

This letter which serves as a cooperation offer will remain open only until August 19, 2016. Cisco expressly reserves all of its rights.

Very truly yours,

Peter M. Colosi

2835-44\2962050v1

CONFIDENTIAL



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

CONFIDENTIAL

CISCO00000719

# Exhibit 76

United States District Court
Northern District of California

Case No. 4:18-CV-07602 YGR

Case Title: Cisco Systems et al v Sheikh et al

Exhibit No. _____76_____

Date Entered _____

Susan Y. Soong, Clerk

By: _____, Deputy Clerk

August 15, 2016

Sideman Bancroft LLP
One Embarcadero Center, 22nd FL
San Francisco, CA 94111-3711

To Whom IT May Concern,

Hello, this is a residential address.  I don't know this company "McIntosh Networks."   I have not received anything from any China vendor at this address that I know of.   I did receive two letters from U.S. Customs and Borders a while ago, but didn't know what to make of them.

Sincerely Yours,

*Jessica Little*

Jessica Little

SCH  RSN  PMC  DAO  EBB

S&B CALENDARED
Rec'd 3/17/16

# 2835-44   By ___

Resp. Due   N/A

CONFIDENTIAL

CISCO00002161

# Exhibit 77

District Court
Northern District of California

Case No. 4:18-CV-07602 YGR
Case Title: Cisco Systems et al v Sheikh et al
Exhibit No. **77**
Date Entered _____
                    Susan Y. Soong, Clerk
By: _____ , Deputy Clerk

π PLAINTIFF π



**Tape4backup**
*A website with Real People*

Kamran S <kamran@tape4backup.com>

---

## Fwd: MAILBOX AGREEMENT Filled out
1 message

---

**Jessica** <jessica@tape4backup.com>                              Tue, Jan 16, 2018 at 9:43 AM
To: Kamran S <kamran@tape4backup.com>

HI Kamran,

I called but they said I do not have an account number.

| McIntosh Networks |
| 561 Keystone Ave, # 398 |
| Reno, NV N89503 |

Attached is the original application for it.

Thanks,

*Jessica McIntosh*
Account Services & Sales Manager
www.tape4backup.com
www.thenetworkhardware.com
510 509 1757 Direct
Skype: jessmac43
*Your one stop shop for all your IT needs!*

---------- Forwarded message ----------
From: **Jessica** <jessica@tape4backup.com>
Date: Mon, May 2, 2016 at 10:33 AM
Subject: MAILBOX AGREEMENT Filled out
To: The UPS Store <store0949@yahoo.com>

Hello there,

Attached is my filled out mailbox agreement.   I am going to use my boss' card to pay.   Please let me now what the next step is.

Thank you,
Jessica

*Jessica McIntosh*

510 509 1757 Direct

On Fri, Apr 22, 2016 at 12:25 PM, The UPS Store <store0949@yahoo.com> wrote:

Regards,



Little
EXHIBIT NO. 21
Andrea M. Ignacio
ANDREA M. IGNACIO
RPR, CRR, CCRR, CSR # 9830

The UPS Store
(775)322-5105
(775)322-9924 Fax

**UPS Box agreement signed.pdf**
890K

LITTLE-00002

# Mailbox Service Agreement   The UPS Store

Center Number: <u>949</u>

## Customer Information

| | |
|---|---|
| Name: | Jessica Little |
| Company: | McIntosh Networks |
| Address: | 4255 Business Center Dr. |

| City: | Fremont | State: | CA | ZIP: | 94538 |
|---|---|---|---|---|---|

| Business Telephone: | 925 200 9225 | Home Telephone: | |
|---|---|---|---|
| Fax: | | Mobile Telephone: | 510 435 4079 |
| E-mail Address: | jessica@tape4backup.com | | |

## Mailbox Information

| Mailbox Number: | | Mailbox Size: | ☒ Medium |
|---|---|---|---|

| Terms and Conditions | | Length of Rental ☒ 3 months |
|---|---|---|

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox. However, spouses may complete one Form 1583, as long as both spouses include their separate information on the Form.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583 may be disclosed upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign an updated version of this Agreement and Form 1583 upon request.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of <u>$15.00</u> and/or a refundable security/key deposit of <u>$0.00</u>, as well as applicable monthly service fees. The security/key deposit is refundable upon expiration, cancellation, or termination of this Agreement, provided that Customer returns the key, key card, and/or other similar device, and pays all sums owed to the Center. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may hold mail and packages pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of <u>$5.00</u> if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of <u>$5.</u> Mailbox service fees and other related fees stated herein are subject to change. In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Upon expiration, cancellation, or termination of this Agreement, the Center will:

   a. Re-mail (i.e., forward) Customer's mail for six (6) months, provided Customer pays the postage, packaging material, and forwarding fees in advance. Additionally, Customer must pay a monthly storage fee of <u>$5</u> for month 1, and <u>$5</u> for month 2 through 6 in advance for the time period that mail is to be forwarded. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement.

   b. Store the mail or packages for up to six (6) months provided Customer pays a storage fee of <u>$5 per</u> month for the time period in which the Center holds the mail or package(s), plus a service fee of <u>$0</u> for each time Customer visits the Center to pick up such items. It is the Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

   c. Retain Customer's mail, other than Unsolicited Mail, at the Center for a period of thirty (30) days, if the Customer leaves no forwarding fees and forwarding address. After such time, any mail or package may be discarded or destroyed.

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. © 2005 Mail Boxes Etc., Inc. All rights reserved. Last updated 04/27/05

Page 1

LITTLE-00003

## Mailbox Service Agreement

d. Discard or destroy any "Unsolicited Mail" (e.g., bulk mail; mail addressed as "occupant," "current resident" or similar designation; or coupons, advertising, or other promotional material) delivered to or remaining at the Center.

e. Refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial courier service.

7  Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:

a. Refuse any mail or package addressed to Customer and delivered to the Center.

b. Discard or destroy any of Customer's mail or package delivered to or remaining at the Center at such time.

8. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

9. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer thirty (30) days written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

10. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial courier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

11. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items. Unless prior arrangements have been made, the Center shall only be obligated to accept mail, or packages delivered by commercial courier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within _30_ days of notification will be subject to a storage fee of _$5_ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center.

12. Customer agrees to protect, indemnify, defend, and hold harmless the Center, Mail Boxes Etc., Inc., and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial courier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, and from any violation by Customer of applicable federal, state, or local laws.

13. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of Mail Boxes Etc., Inc. ("Franchisor") and that Franchisor is not responsible for any acts or omissions of its franchisees.

14. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND FRANCHISOR, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: __JL__ )

15. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

16. Delivery by commercial courier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format. Upon signing this Agreement, Customer shall provide two forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

Customer Signature: _Jessica Little_    Date: 4/29/16

| For Center Use Only | |
|---|---|
| Authorized Center Representative Signature: | Date:  /  / |
| How did the customer hear about us? | |
| Comments: | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. © 2005 Mail Boxes Etc., Inc. All rights reserved. Last updated 11/22/05

LITTLE-00004

United States Postal Service®

**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

① Date
4/26/16

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when deposited in the mail; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| ② Name in Which Applicant's Mail Will Be Received for Delivery to Agent *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)*<br><br>Jessica Little | 3a. Address to be Used for Delivery *(Include PMB or # sign)*# 561<br>KEYSTONE AVE<br>#| | |
|---|---|---|---|
| | 3b. City RENO | 3c. State NV | 3d. ZIP + 4 89503 |
| 4. Applicant authorizes delivery to and in care of:<br><br>a. Name<br>The UPS Store #949<br>b. Address *(No., street, apt. /ste. #.)*<br>561 KEYSTONE AVE | ⑤ This authorization is extended to include restricted delivery mail for the undersigned(s):<br><br>*Jessica Little* | | |
| c. City<br>RENO | d. State<br>NV | e. ZIP + 4<br>89503 | |
| 6. Name of Applicant | ⑦a Applicant Home Address *(No., street, apt./ste. no)*<br>3090 Regent St. | | |
| ⑧ Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification.<br><br>a.<br><br>**Drivers's licence**<br><br>b.<br><br>**Passport** | 7b. City<br>Berkeley | 7c. State<br>CA | 7d. ZIP + 4<br>94705 |
| | ⑦e Applicant Telephone Number *(Include area code)*<br>510 435 4079 | | |
| | 9. Name of Firm or Corporation | | |
| | 10a. Business Address *(No., street, apt./ste. no)* | | |
| Acceptable Identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City | 10c. State | 10d. ZIP + 4 |
| | 10e. Business Telephone Number *(Include area code)* | | |
| | 11 Type of Business | | |

12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)*

| 13. If a CORPORATION, Give Names and Addresses of Its Officers | 14. If business name *(corporation or trade name)* has been registered, give name of county and state, and date of registration. |
|---|---|

Warning. The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| ⑮ Signature of Agent/Notary Public | ⑯ Signature of Applicant *(If firm or corporation, application must be signed by officer. Show title.)*<br><br>*Jessica Little*    *Jessica Little* |
|---|---|

PS Form **1583**, December 2004 *(Page 1 of 2)* (7530-01-000-9365)                          This form on Internet at www.usps.com®

LITTLE-00005

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Alameda

On *April 28th, 2016* before me, _____Garrett S. Bowers-Dodd___ Notary Public,

personally appeared *Jessica Little* _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

GARRETT S. BOWERS-DODD
COMM. # 1994800
NOTARY PUBLIC-CALIFORNIA
ALAMEDA COUNTY
My Commission Expires
October 21, 2016

_____
Signature of Notary Public

---
## OPTIONAL
---

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: *Application For Delivery of Mail Through Agent* Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____
**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☐ Corporate Officer - Title(s): _____ | ☐ Corporate Officer - Title(s): _____ |
| ☐ Partner - ☐ Limited ☐ General | ☐ Partner - ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian or Conservator | ☐ Trustee ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| ☐ Signer is Representing: _____ | ☐ Signer is Representing: _____ |

LITTLE-00006

# Exhibit 78

From:                                           03/26/2019 12:48   #397 P.004/009

United States District Court
Northern District of California

Case No. 4:18-CV-07602 YGR
Case Title: Cisco Systems et al v Sheikh et al
Exhibit No. **78**
Date Entered
                        Susan Y. Soong, Clerk
By: _____ , Deputy Clerk

π PLAINTIFF   π

# Mailbox Service Agreement   The UPS Store   UPS

Center Number: **949**

## Customer Information

Name: **JEREMY MANUEL**

Company: **TRUTH HOLDING COMPANY, LLC**

Address: **4311 OAKLEAF DR.**

City: **ROANOKE**      State: **VA**      ZIP: **24017**

Business Telephone: **(540) 266-8795**      Home Telephone:

Fax:                Mobile Telephone: **(540) 793-0898**

E-mail Address: **TRUTHCBD710@GMAIL.COM**

## Mailbox Information

Mailbox Number: **311**      Mailbox Size: **MEDIUM**

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox. However, spouses may complete one Form 1583, as long as both spouses include their separate information on the Form.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583 may be disclosed upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign an updated version of this Agreement and Form 1583 upon request.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of **$15.00** and/or a refundable security/key deposit of **$0.00**, as well as applicable monthly service fees. The security/key deposit is refundable upon expiration, cancellation, or termination of this Agreement, provided that Customer returns the key, key card, and/or other similar device, and pays all sums owed to the Center. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may hold mail and packages pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of **$5.00** if any payment is not received within five (5) days or due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of **$5**. Mailbox service fees and other related fees stated herein are subject to change. In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size mailbox and pay an additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Upon expiration, cancellation, or termination of this Agreement, the Center will:

   a. Re-mail (i.e., forward) Customer's mail for six (6) months, provided Customer pays the postage, packaging material, and forwarding fees in advance. Additionally, Customer must pay a monthly storage fee of **$5** for month 1, and **$5** for months 2 through 6 in advance for the time period that mail is to be forwarded. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement.

   b. Store the mail or packages for up to six (6) months provided Customer pays a storage fee of **$5 per** month for the time period in which the Center holds the mail or package(s), plus a service fee of **$0** for each time Customer visits the Center to pick up such items. It is the Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

   c. Retain Customer's mail, other than Unsolicited Mail, at the Center for a period of thirty (30) days, if the Customer leaves no forwarding fees and forwarding address. After such time, any mail or package may be discarded or destroyed.

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. © 2005 Mail Boxes Etc., Inc. All rights reserved. Last updated 04/27/05   Page 1

000001

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                CISCO00003423

From:                                                                    03/26/2019 12:49   #397 P.005/009

## Mailbox Service Agreement

    d. Discard or destroy any "Unsolicited Mail" (e.g., bulk mail; mail addressed as "occupant," "current resident" or similar designation; or coupons, advertising, or other promotional material) delivered to or remaining at the Center.

    e. Refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial courier service.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:

    a. Refuse any mail or package addressed to Customer and delivered to the Center.

    b. Discard or destroy any of Customer's mail or package delivered to or remaining at the Center at such time.

8. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

9. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer thirty (30) days written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

10. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial courier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

11. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items. Unless prior arrangements have been made, the Center shall only be obligated to accept mail, or packages delivered by commercial courier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within __30__ days of notification will be subject to a storage fee of __$5 per__ day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center.

12. Customer agrees to protect, indemnify, defend, and hold harmless the Center, Mail Boxes Etc., Inc., and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial courier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, and from any violation by Customer of applicable federal, state, or local laws.

13. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of Mail Boxes Etc., Inc. ("Franchisor") and that Franchisor is not responsible for any acts or omissions of its franchisees.

14. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND FRANCHISOR, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. **(INITIAL:** _____ **)**

15. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

16. Delivery by commercial courier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format. Upon signing this Agreement, Customer shall provide two forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: | | Date: 1/29/2019 |
|---|---|---|

| For Center Use Only | | |
|---|---|---|
| Authorized Center Representative Signature: | | Date:  /  / |
| How did the customer hear about us? | | |
| Comments: | | |

The UPS Store® Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. © 2005 Mail Boxes Etc., Inc. All rights reserved. Last updated 11/22/05

000002

From:                                                          03/26/2019 12:50    #397 P.006/009

United States Postal Service®
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse                          ① Date

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

② Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)*

3a. Address to be Used for Delivery *(include PMB or # sign.)*

*561 Keystone Ave. #*

3b. City                     3c. State   3d. ZIP + 4®
*Reno*                        *NV.*   *89503*

5. This authorization is extended to include restricted delivery mail for the undersigned(s).

4. Applicant authorizes delivery to and in care of:

a. Name
*The UPS Store #0949*

b. Address *(No., street, apt./ste. no.)*
*561 Keystone Ave.*

c. City              d. State  e. ZIP + 4
*Reno*               *NV.*  *89503*

6. Name of Applicant
*Jeremy Manuel*

8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification.

ⓐ *VA Driver's License T69744627*

ⓑ *US Passport 524833852*

7a. Applicant Home Address *(No., street, apt./ste. no)*
*3930 Yellow Mtn. Rd. SE*

7b. City                      7c. State  7d. ZIP + 4
*Roanoke*                     *VA*  *24014-5858*

7e. Applicant Telephone Number *(include area code)*
*(540) 793-0898*

9. Name of Firm or Corporation
*Truth Holding Company, LLC*

10a. Business Address *(No., street, apt./ste. no)*
*4311 Oakleaf Dr.*

10b. City                     10c. State  10d. ZIP + 4
*Roanoke*                     *VA*  *24017*

10e. Business Telephone Number *(include area code)*
*(540) 266-8795*

11. Type of Business
*LLC (Internet Wholesale)*

Acceptable identification includes: valid driver's license or state non-driver's identification card, armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust, voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification.

12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)*

13. If a CORPORATION, Give Names and Addresses of Its Officers
*Jeremy Manuel, CEO*      *Lee Crabtree, Owner*
*3930 Yellow Mtn. Rd. SE*    *4311 Oakleaf Dr.*
*Roanoke, VA 24014-5853*    *Roanoke, VA 24017*

If the applicant name of the agency has been registered, give name of county or state where registered and date of registration.

*[notary stamp]*
KENDALL HARDIGAN CHAMBERLAIN
NOTARY PUBLIC
Commonwealth of Virginia
Reg #7705062
My Commission Expires

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

⑮ Signature of Agent/Notary Public

*[signature]*  *1/28/19*

1. Signature of Applicant *(If firm or corporation, application must be signed by officer. Show title.)*

*[signature]*  *, CEO*

PS Form **1583**, December 2004 *(Page 1 of 2)* (7530-01-000-9365)                This form on Internet at www.usps.com®

000003

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00003425

**Privacy Act Statement:** Your information will be used to authorize the delivery of your mail to the designated addressee as your agent.  Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

PS Form **1583**, December 2004 *(Page 2 of 2)* (7530-01-000-9365)

000004

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003426



000005

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                          CISCO00003427



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00003428

From:                                                   03/26/2019 12:48   #397 P.003/009

# DECLARATION OF CUSTODIAN OF RECORDS

Regarding: BOX 302, BOX 311

SS# UNKNOWN

DOB or other ID# _____   Our File # 91282-02

I am duly authorized as Custodian of Records (or other qualified witness) with the authority to certify records for:

UPS STORE CENTER
561 Keystone Avenue
Reno, NV 89503

CERTIFICATION OF RECORDS COPIED (Custodian's initials _____ )

Including this declaration, all documents, records, and other things called for in the Subpoena Duces Tecum or Authorization which are in my custody have been photocopied at my office, in my presence, under my direction and control: and the copy submitted with declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above named business, in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.

No documents, records, or other things have been withheld in order to avoid their being photocopied.

Certain records were omitted because _____
_____
_____

CERTIFICATION OF NO RECORDS (Custodian's initials _____ )
A thorough search of the business revealed no records described in the attached subpoena or authorization for the following reason(s):
___ Patient was never treated at this facility
___ Records were destroyed
___ Records were lost/misplaced
___ Records purged/nothing found
___ Storage facilities were searched and no records found
___ Radiological Film/Images were: __ lost __ destroyed __ not taken at this facility __ patient has them
___ Billing records were: __ purged __ not kept because this is a prepaid health plan
___ This person was never employed at this facility
___ Other comments:
_____
_____

This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

## CUSTODIAN SIGNATURE
I DECLARE under penalty of perjury the foregoing is true and correct.

Executed on March 26th 2019     at Reno, NV                    State to be filled
                                                                in by Custodian

Print Name Jessie Walia      Signed _____

Phone # 775 322 5105

Order#: 91282-02/CPROOF59

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

From:                                      04/17/2019 10:50      #493 P.002/002

# DECLARATION OF CUSTODIAN OF RECORDS

Regarding: **BOX 398**

SS# **UNKNOWN**

DOB or other ID# _____          Our File # **91953-01**

I am duly authorized as Custodian of Records (or other qualified witness) with the authority to certify records for:

**UPS STORE CENTER**
**561 Keystone Avenue**
**Reno, NV 89503**

**CERTIFICATION OF RECORDS COPIED** (Custodian's initials _____ )

Including this declaration, all documents, records, and other things called for in the Subpoena Duces Tecum or Authorization which are in my custody have been photocopied at my office, in my presence, under my direction and control; and the copy submitted with declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above named business, in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.

No documents, records, or other things have been withheld in order to avoid their being photocopied.

   Certain records were omitted because _____

_____

_____

**CERTIFICATION OF NO RECORDS** (Custodian's initials ___(illegible)___ )

A thorough search of the business revealed no records described in the attached subpoena or authorization for the following reason(s):

__ Patient was never treated at this facility
__ Records were destroyed
__ Records were lost/misplaced
X Records purged/nothing found
__ Storage facilities were searched and no records found
__ Radiological Film/Images were: __ lost __ destroyed __ not taken at this facility __ patient has them
__ Billing records were: __ purged __ not kept because this is a prepaid health plan
__ This person was never examined at this facility
__ Other comments; There is no such name under that mailbox. All closed accounts paperwork is always gonento USPS.

This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

**CUSTODIAN SIGNATURE**
I DECLARE under penalty of perjury the foregoing is true and correct.

Executed on ___4/17/19___          at ___Reno___          ___NV___
                                                                    State to be filled
                                                                    in by Custodian

Print Name ___J  WALIA___     Signed ___(signature)___

Phone # ___775 322 5105___

Order#: 91953-01/CPROOF59

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# Exhibit 79

#302

United States Postal Service®
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 7/25/18 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization ...ust be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all ....dresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)* | 3a. Address to be Used for Delivery *(Include PMB or # sign.)* 1819 SW 5th Ave # 302 | | |
|---|---|---|---|
| PureFutureTech | 3b. City Portland | 3c. State OR | 3d. ZIP + 4® 97201-5277 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name The UPS Store #6163 | Please Initial __TL__ |
| b. Address *(No., street, apt./ste. no.)* 1819 SW 5th Ave | |
| c. City Portland   d. State OR   e. ZIP + 4 97201-5277 | |

*(box 5 right side stamp)*
π PLAINTIFF π
United States District Court
Northern District of California
Case No. 4:18-CV-07602 YGR
Case Title: Cisco Systems et al v Sheikh et al
Exhibit No. **79**
Date Entered
Susan Y. Soong, Clerk
By: _____ Deputy Clerk

| 6. Name of Applicant Theresa Lau | 7a. Applicant Home Address *(No., street, apt./ste. no)* 646 Hamilton Ave | | |
|---|---|---|---|
| °~ ~wo types of identification are required. One must contain a photograph of ⸱ addressee(s). Social Security cards, credit cards, and birth certificates ...e unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City Milpitas | 7c. State CA | 7d. ZIP + 4 95035 |
| | 7e. Applicant Telephone Number *(Include area code)* 408-455-4705 | | |
| a. Drivers License   D757S025 | 9. Name of Firm or Corporation PureFutureTech LLC | | |
| b. Passport   465911447 | 10a. Business Address *(No., street, apt./ste. no)* 6172 Corte Padre | | |
| | 10b. City Pleasanton | 10c. State CA | 10d. ZIP + 4 94566 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number *(Include area code)* 408-610-3400 | | |
| | 11. Type of Business Electronics Reseller | | |

12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)*

| 13. If a CORPORATION, Give Names and Addresses of Its Officers | 14. If business name *(corporation or trade name)* has been registered, give name of county and state, and date of registration. |
|---|---|
| | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and ⸱⸱risonment) and/or civil sanctions (including multiple damages and civil penalties).

| ⸱ignature of Agent/Notary Public | 16. Signature of Applicant *(If firm or corporation, application must be signed by officer. Show title.)* |
|---|---|
| See   attached | X   *Theresa Lau* |

PS Form **1583**, December 2004 *(Page 1 of 2)* (7530-01-000-9365)   This form on Internet at www.usps.com®

000001

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003403

**Privacy Act Statement:** Your information will be used to authorize the delivery of your mail to the designated addressee as your agent.   Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

000002

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003404



# All-purpose Acknowledgment  California only

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ Alameda

On _07/27/18_ before me, _GLEEZA G. YENKO, NOTARY PUBLIC_ (here insert name and title of the officer),

personally appeared _Theresa Lau_ _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

GLEEZA G. YENKO
NOTARY PUBLIC
MY COMMISSION EXPIRES
COMM. #2146909
APRIL 9, 2020
ALAMEDA COUNTY CA

Signature _____

Description of Attached Document

Type or Title of Document  _Application for Delivery of Mail Through Agent_

Document Date  _07/27/18_        Number of Pages  _3_

Signer(s) Other Than Named Above  _____



FO01-000DSG5350CA-01

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

000003

CISCO00003405



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003407

| ![Seal] Secretary of State<br>Articles of Organization<br>Limited Liability Company (LLC) | LLC-1 |
|---|---|

201736410054

**FILED**
Secretary of State
State of California

DEC 19 2017

I C C

This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

Filing Fee - $70.00

Copy Fees - First plain copy free; Additional copies: First page $1.00 & .50 for each attachment page; Certification Fee - $5.00

**Important!** LLCs may have to pay an annual minimum $800 tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

**1. Limited Liability Company Name** (See Instructions – Must contain an LLC ending such as LLC or L.L.C. "LLC" will be added, if not included.)

PUREFUTURETECH LLC

**2. Business Addresses**

| a. Initial Street Address of Designated Office in California - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 6172 Corte Padre | Pleasanton | CA | 94566 |
| b. Initial Mailing Address of LLC, if different than Item 2a | City (no abbreviations) | State | Zip Code |
|  |  |  |  |

**3. Agent for Service of Process**

Item 3a and 3b: If naming an individual, the agent must reside in California and Item 3a and 3b must be completed with the agent's name and complete California street address.
Item 3c: If naming a California Registered Corporate Agent, a current agent registration certificate must be on file with the California Secretary of State and Item 3c must be completed (leave Item 3a-3b blank).

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Kamran |  | Sheikh |  |
| b. Street Address (if agent is not a corporation) - Do not list a P.O. Box | City (no abbreviations) | State | Zip Code |
| 6172 CORTE PADRE | PLEASANTON | CA | 94566 |

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 3a or 3b

**4. Management** (Select only one box)

The LLC will be managed by:

[ ] One Manager      [ ] More than One Manager      [X] All LLC Member(s)

**5. Purpose Statement** (Do not alter Purpose Statement)

The purpose of the limited liability company is to engage in any lawful act or activity for which a limited liability company may be organized under the California Revised Uniform Limited Liability Company Act.

**6. The information contained herein, including in any attachments, is true and correct.**

*Marsha Siha*
Organizer sign here

MARSHA SIHA
Print your name here

LLC-1 (REV 06/2016)

2016 California Secretary of State
www.sos.ca.gov/business/be

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003408



**Secretary of State**
**Statement of Information**
(Limited Liability Company)

| LLC-12 |

18-A65129

FILED

In the office of the Secretary of State
of the State of California

FEB 20, 2018

This Space For Office Use Only

**IMPORTANT — Read instructions before completing this form.**

**Filing Fee – $20.00**

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00 plus copy fees

**1. Limited Liability Company Name** (Enter the exact name of the LLC. If you registered in California using an alternate name, see instructions.)

PUREFUTURETECH LLC

| 2. 12-Digit Secretary of State File Number | 3. State, Foreign Country or Place of Organization (only if formed outside of California) |
|---|---|
| 201736410054 | CALIFORNIA |

**4. Business Addresses**

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Office - Do not list a P.O. Box 6172 Corte Padre | Pleasanton | CA | 94566 |
| b. Mailing Address of LLC, if different than Item 4a 4255 Business Center Drive | Fremont | CA | 94538 |
| c. Street Address of California Office, if Item 4a is not in California - Do not list a P.O. Box 6172 Corte Padre | Pleasanton | CA | 94566 |

**5. Manager(s) or Member(s)**

If no managers have been appointed or elected, provide the name and address of each member. At least one name and address must be listed. If the manager/member is an individual, complete Items 5a and 5c (leave Item 5b blank). If the manager/member is an entity, complete Items 5b and 5c (leave Item 5a blank). Note: The LLC cannot serve as its own manager or member. If the LLC has additional managers/members, enter the name(s) and addresses on Form LLC-12A (see instructions).

| a. First Name, if an individual - Do not complete Item 5b | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Kamran | | Sheikh | |

| b. Entity Name - Do not complete Item 5a |
|---|
| |

| c. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4255 Business Center Drive | Fremont | CA | 94538 |

**6. Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 6a and 6b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Kamran | | Sheikh | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4255 Business Center Drive | Fremont | CA | 94538 |

**CORPORATION** – Complete Item 6c only. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 6a or 6b |
|---|
| |

**7. Type of Business**

| a. Describe the type of business or services of the Limited Liability Company |
|---|
| online IT reseller |

**8. Chief Executive Officer, if elected or appointed**

| a. First Name | Middle Name | Last Name | Suffix |
|---|---|---|---|
| | | | |

| b. Address | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| | | | |

**9. The information contained herein, including any attachments, is true and correct.**

| 02/20/2018 | Kamran Sheikh | Manager | |
|---|---|---|---|
| Date | Type or Print Name of Person Completing the Form | Title | Signature |

**Return Address (Optional)** (For communication from the Secretary of State related to this document, or if purchasing a copy of the filed document enter the name of a person or company and the mailing address. This information will become public when filed. SEE INSTRUCTIONS BEFORE COMPLETING.)

Name:

Company:

Address:

City/State/Zip:

LLC-12 (REV 01/2017)   Page 1 of 1   2017 California Secretary of State
www.sos.ca.gov/business/be   000007

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER   CISCO00003409

United States Postal Service®
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date | 7/25/18 |
|---------|---------|

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. *(Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)* | | 3a. Address to be Used for Delivery *(Include PMB or # sign.)* 1819 SW 5th Ave # 302 | | |
|---|---|---|---|---|
| PureFutureTech | | 3b. City Portland | 3c. State OR | 3d. ZIP + 4® 97201-5277 |
| 4. Applicant authorizes delivery to and in care of: | | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): | | |
| a. Name The UPS Store #6163 | | Please Initial  TL | | |
| b. Address *(No., street, apt./ste. no.)* 1819 SW 5th Ave | | | | |
| c. City Portland | d. State OR | e. ZIP + 4 97201-5277 | | |
| 6. Name of Applicant Theresa Lau | | 7a. Applicant Home Address *(No., street, apt./ste. no)* 646 Hamilton Ave | | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | | 7b. City Milpitas | 7c. State CA | 7d. ZIP + 4 95035 |
| | | 7e. Applicant Telephone Number *(Include area code)* 408-455-4705 | | |
| a. Drivers License     D757S025 | | 9. Name of Firm or Corporation PureFutureTech LLC | | |
| | | 10a. Business Address *(No., street, apt./ste. no)* 6172 Corte Padre | | |
| b. Passport     465911447 | | 10b. City Pleasanton | 10c. State CA | 10d. ZIP + 4 94566 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | | 10e. Business Telephone Number *(Include area code)* 408-610-3400 | | |
| | | 11. Type of Business Electronics Reseller | | |
| 12. If applicant is a firm, name each member whose mail is to be delivered. *(All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)* | | | | |
| 13. If a CORPORATION, Give Names and Addresses of Its Officers | | 14. If business name *(corporation or trade name)* has been registered, give name of county and state, and date of registration. | | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant *(If firm or corporation, application must be signed by officer. Show title.)* |
|---|---|
| See attached | X  Theresa Lau |

PS Form **1583**, December 2004 (Page 1 of 2) (7530-01-000-9365)

This form on Internet at www.usps.com®

000008

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003410

**Privacy Act Statement:** Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

000009

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003411



# WELLS FARGO

# All-purpose Acknowledgment   California only

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _____ Alameda

On _03/27/18_ before me, _GLEEZA G. YENKO, NOTARY PUBLIC_ (here insert name and title of the officer),

personally appeared _THERESA Lau_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

Description of Attached Document

Type or Title of Document _Application for Delivery of Mail Through Agent_

Document Date _03/27/18_          Number of Pages ___3___

Signer(s) Other Than Named Above _____

Scanner Enabled Stores should scan this form. Manual Submission Route to Deposit Operations

DSG3350CA (Rev01-01/13)



FO01-000DSG5350CA-01

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

000010

CISCO00003412

# MAIL BOX SERVICE AGREEMENT

## Customer Information                                    Center Number: 6163

Name: Theresa Lau

Company: PureFutureTech LLC

Address: 6172 Corte Padre

City: Pleasanton               State: CA          Zip Code 94566    -

Business Phone: 408-610-3400        Home Phone:

FAX:                                Mobile Phone:

E-mail Address: cs@purefuturetechnology.com

## Mailbox Information      Mailbox Number: 302      Mailbox Size: medium

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's us of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set up fee of $15.00, as well as applicable monthly service fees. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pr-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of $5.00 per month, if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of the Customer, Customer agrees to pay a fee of $5.00. Mailbox service fees and other related fees stated herein are subject to change.

The UPS Store Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

000011

CISCO00003413

hours of operation are subject to change and may vary by location. 2005 Mail Boxes Etc., Inc. All rights reserved. Last updated 11/00/05.

In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. (Initial: ___TL___ ) Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant", "current resident," or similar designation; or coupons, advertising or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of $25.00 for month 1, and $15 for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six months upon Customer's payment in advance of a storage fee of $25.00 per month for month 1, and $15.00 for months 2 through 6 for the time period in which the Center holds the mail or packages, plus a service fee of $3.00 for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center will:

   a. Refuse any mail or package addressed to Customer and delivered to the Center.
   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by the Customer and any renewal period paid for by the Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable

000012

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003414

volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this

The UPS Store Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. All rights reserved.

Agreement. Customer acknowledges that, for the purpose of the determining good cause for termination of this Agreement as provided herein, the action of any person authorized by the Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within seven (14) days of notification will be subject to a storage fee of $1.00 per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages , expenses, claims, demands, liabilities, judgments, settlement amounts, cost, and causes of actions of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the Unites States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from any penalties, fines or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions,

000013

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00003415

or the Center's completion and filing of any Shipper's export Declaration on behalf of Customer, and from any violation by Customer or applicable federal, state, or local laws, or the law of any foreign jurisdiction.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE, and that MBE is not responsible for any acts or omissions of its franchisees.

---

The UPS Store Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. 2005 Mail Boxes Etc., Inc. All rights reserved. Last updated 11/00/05.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUR OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _TL_ )

16. Customer **must** use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed".

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a "P.O. Box"). "P.O. Box" may be used only if it is part of Customer's "Caller Service" Vehicle Registration Card, State non-drivers I.D. Card, Corporate / Employment I.D., Passport, Utility Bill, AAA Card or Government I.D.   Credit cards, Social Security Cards, and Birth Certificates are Unacceptable as identification. This agreement may not be amended or modified, except in writing and signed by both parties.

18. Optional Automatic Renewal – I authorize The UPS Store to charge my credit card for rental charges upon the renewal date as set forth in this Mailbox Service Agreement.  Customer herein agrees that any changes of authorization or termination for this optional automatic renewal must be made in writing.

Name on Card  Kamran Sheikh            Card Type Visa _____  MC _____  Amex _X_ Disc _____

Card # 3732 700195 61024                    Expiration Date:  09/21

Signature Authorization _____

19. **Mailbox Service Agreement Customer Signature:**

_Theresa Lu_                                        Date: 7 / 25 / 18

### For Center Use Only

Authorized Center Representative Signature: _____  Date: _____ / _____ / _____
How did Customer hear about us? _____
Comments: _____

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

000014

CISCO00003416

PureFuture Tech
42255 Business Center Dr.
Fremont, CA 94538

The UPS Store 6163
1819 SW 5th Ave
Portland, OR 97201

97201-5277 19

OAKLAND
CA 945
2 AUG 18
PM





```
         The UPS Store - #6163
              1819 SW 5th Ave
            Portland, OR 97201
              (503) 546-3843
  ***  DUPLICATE RECEIPT  ******

         08/04/18  02:41 PM

      We are the one stop for all your
      shipping, postal and business needs.


  ||||||||||||||||||||||||||||||||||||

001 062202 (004)         TO $ 198.00
    FS Business Mediu NR QTY 6
    Reg Unit Price    $   33.00
    Start Date 08/04/18 End Date 02/04/19
002 064002 (004)         TO $   0.00
    Call In Service   NR QTY 6
    Reg Unit Price    $    0.00
    Start Date 08/04/18 End Date 02/04/19
003 064003 (004)         TO $   0.00
    Mail Forwarding   NR QTY 6
    Reg Unit Price    $    0.00
    Start Date 08/04/18 End Date 02/04/19
004 064004 (004)         TO $   0.00
    Pkg Notify - Emai NR QTY 6
    Reg Unit Price    $    0.00
    art Date 08/04/18 End Date 02/04/19
005 063003 (004)         TO $   0.00
    Set Up Fee        NR

                   SubTotal $ 198.00
                   Total    $ 198.00

            American Express $ 198.00
  ACCOUNT NUMBER *      ************1024
  Appr Code: 102936 (K)  Sale
  Mailbox Services Transaction:
     Mailbox # 302
     Customer THERESA LAU
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003417

# MAIL BOX SERVICE AGREEMENT

## Customer Information

Center Number: 6163

Name: Theresa Lau
Company: PureFutureTech LLC
Address: 6172 Corte Padre
City: Pleasanton          State: CA          Zip Code 94566      -
Business Phone: 408-610-3400          Home Phone:
FAX:          Mobile Phone:
E-mail Address: cs@purefuturetechnology.com

## Mailbox Information    Mailbox Number: _____    Mailbox Size: medium

## Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, Mail Boxes Etc., Inc. ("MBE") or its successor, solely for purposes of communication between MBE and Customer related to Customer's us of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set up fee of $15.00, as well as applicable monthly service fees. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pr-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of $5.00 per month, if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of the Customer, Customer agrees to pay a fee of $5.00. Mailbox service fees and other related fees stated herein are subject to change.

The UPS Store Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and

000016

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
CISCO00003418

hours of operation are subject to change and may vary by location. 2005 Mail Boxes Etc., Inc. All rights reserved. Last updated 11/00/05.

In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. (Initial: _TL_ ) Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant", "current resident," or similar designation; or coupons, advertising or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

   a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of $25.00 for month 1, and $15 for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

   b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six months upon Customer's payment in advance of a storage fee of $25.00 per month for month 1, and $15.00 for months 2 through 6 for the time period in which the Center holds the mail or packages, plus a service fee of $3.00 for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center will:

   a. Refuse any mail or package addressed to Customer and delivered to the Center.

   b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by the Customer and any renewal period paid for by the Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable

000017

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003419

volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this

---

The UPS Store Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. All rights reserved.

Agreement. Customer acknowledges that, for the purpose of the determining good cause for termination of this Agreement as provided herein, the action of any person authorized by the Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within seven (14) days of notification will be subject to a storage fee of $1.00 per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later.  The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, MBE, and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages , expenses, claims, demands, liabilities, judgments, settlement amounts, cost, and causes of actions of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the Unites States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from any penalties, fines or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions,

000018

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                                                    CISCO00003420

or the Center's completion and filing of any Shipper's export Declaration on behalf of Customer, and from any violation by Customer or applicable federal, state, or local laws, or the law of any foreign jurisdiction.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of MBE, and that MBE is not responsible for any acts or omissions of its franchisees.

---

The UPS Store Centers are independently owned and operated by licensed Franchisees of Mail Boxes Etc., Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. 2005 Mail Boxes Etc., Inc. All rights reserved. Last updated 11/00/05.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND MBE, IF ANY, FOR ANY AND ALL CLAIMS ARISING OUR OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _TL_ )

16. Customer <u>must</u> use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed".

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a "P.O. Box"). "P.O. Box" may be used only if it is part of Customer's "Caller Service" Vehicle Registration Card, State non-drivers I.D. Card, Corporate / Employment I.D., Passport, Utility Bill, AAA Card or Government I.D.   Credit cards, Social Security Cards, and Birth Certificates are Unacceptable as identification. This agreement may not be amended or modified, except in writing and signed by both parties.

18. Optional Automatic Renewal – I authorize The UPS Store to charge my credit card for rental charges upon the renewal date as set forth in this Mailbox Service Agreement.  Customer herein agrees that any changes of authorization or termination for this optional automatic renewal must be made in writing.

Name on Card  Kamran Sheikh_____ Card Type Visa _____ MC _____ Amex _x__ Disc _____

Card # 3732 700195 61024_____ Expiration Date: __09/21_____

Signature Authorization ___[signature]_____

19. **Mailbox Service Agreement Customer Signature:**

_____[signature] Theresa Lau_____     Date: 7 / 25 / 18

### For Center Use Only

Authorized Center Representative Signature: _____ Date: ____ / ____ / ____
How did Customer hear about us? _____
Comments: _____

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

000019

CISCO00003421

# DECLARATION OF CUSTODIAN OF RECORDS

Regarding: **BOX 302, BOX 311**

SS# UNKNOWN

DOB or other ID# _____     Our File # **91282-01**

I am duly authorized as Custodian of Records (or other qualified witness) with the authority to certify records for:

UPS STORE CENTER
1819 SW 5th Avenue
Portland, OR 97201

## CERTIFICATION OF RECORDS COPIED (Custodian's initials _____ )

Including this declaration, all documents, records, and other things called for in the Subpoena Duces Tecum or Authorization which are in my custody have been photocopied at my office, in my presence, under my direction and control; and the copy submitted with declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above named business, in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.

No documents, records, or other things have been withheld in order to avoid their being photocopied.

Certain records were omitted because _____
_____
_____
_____

## CERTIFICATION OF NO RECORDS (Custodian's initials _____ )

A thorough search of the business revealed no records described in the attached subpoena or authorization for the following reason(s):

___ Patient was never treated at this facility
___ Records were destroyed
___ Records were lost/misplaced
___ Records purged/nothing found
___ Storage facilities were searched and no records found
___ Radiological Film/Images were: ___ lost ___ destroyed ___ not taken at this facility ___ patient has them
___ Billing records were: ___ purged ___ not kept because this is a prepaid health plan
___ This person was never employed at this facility
___ Other comments: _____
_____
_____
_____

This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

## CUSTODIAN SIGNATURE

I DECLARE under penalty of perjury the foregoing is true and correct.

Executed on ___4/9/19___     at ___PORTLAND, OR___

State to be filled in by Custodian

Print Name ___BRIAN DAISY___     Signed ___B___

Phone # ___503-546-3843___

Order#: 91282-01/CPROOF59

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# Exhibit 80

United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 10/17/2017 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) <br><br> KAMRAN SHEIKH | 3a. Address to be Used for Delivery (Include PMB or # sign.) <br><br> 47000 Warm Springs BLVD, STE 1 #122 | | |
|---|---|---|---|
| | 3b. City <br> Fremont | 3c. State <br> CA | 3d. Zip + 4 <br> 94539-1667 |
| 4. Applicant authorizes delivery to and in care of: <br><br> a. Name <br> The UPS Store #602 | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): <br><br> No | | |
| b. Address (No., street, apt./ste. no.) <br> 47000 Warm Springs BLVD, STE 1 | | | |
| c. City <br> Fremont | d. State <br> CA | e. Zip + 4 <br> 94539-1667 | |
| 6. Name of Applicant <br><br> KAMRAN SHEIKH | 7a. Applicant Home Address (No., street, apt./ste. <br> 6172 CORTE PADRE | | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City <br><br> PLEASANTON | 7c. State <br> CA | 7d. Zip + 4 <br> 94566 |
| | 7e. Applicant Telephone Number (Include area code) <br> 9252009225 | | |
| a. US PASSPORT #475059740 | 9. Name of Firm or Corporation <br> N/A | | |
| b. BLUE SHIELD ID #XEA903472468 | 10a. Business Address (No., street, apt./ste. no.) <br> N/A | | |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City <br> N/A | 10c. State <br> N/A | 10d. Zip + 4 <br> N/A |
| | 10e. Business Telephone Number (Include area code) <br> N/A | | |
| | 11. Type of Business | | |
| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) <br> N/A | | | |
| 13. If a CORPORATION, Give Names and Addresses of Its Officers <br> N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. <br> N/A <br><br> N/A | | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|
| | |

PS Form 1583   December 2004   (Page 1 of 2)                    (7530-01-000-9365)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

United States District Court
Northern District of California
Case No. 4:18-CV-07602 YGR
Caste Title: Cisco Systems et al v Sheikh et al
Exhibit No. **80**
Date Entered _____
Susan Y. Soong, Clerk
By: _____, Deputy Clerk

CISCO00003431

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003432

## Acknowledgement by Private Mailbox Service Customers

This acknowledgement is required by Section 17538.5 of the Business and Professions Code.

Any person obtaining private mailbox receiving service in the State of California must read and acknowledge receipt of the following statement, which is to be kept on file at this CMRA and will be made available, upon demand, to the Department of Consumer Affairs or any law enforcement agency conducting an investigation.

By requesting and obtaining use of a private mailbox receiving service in the State of California, I acknowledge that:

1. I am obligated to disclose my actual home address or place of residence on a USPS Form 1583 or other form as may later be developed and I further agree that I will provide prompt written notice to this CMRA of any subsequent change in my home address or place of residence.

2. By signing below, I irrevocably authorize this CMRA to act as my agent for service of process to receive any legal documents that may be served upon me. This authorization shall continue from the date of this agreement until two years after my mail receiving service has been terminated. I understand that this CMRA will (A) place a copy of the documents or a notice that the documents were received into my mailbox or other place where I usually receive my mail, unless my mail receiving service has been terminated, and (B) send all documents by first-class mail to the home or other address last known to the CMRA.

3. I further acknowledge that I understand that use of a private mailbox receiving service for commercial purposes in the State of California requires the user to comply with all applicable laws, including Section 17538.5 of the Business and Professions Code and laws prohibiting unfair competition and false advertising as set forth in Sections 17200 and 17500 of the Business and Professions Code. Violation of these laws may result in criminal or civil penalties or both. I understand that the United States Postal Service Form 1583 that must be prepared for each private mailbox receiving service customer shall be delivered to the local United States Post Office and a copy of the form must be retained by this CMRA and made available upon demand to the Department of Consumer Affairs or any law enforcement agency conducting an investigation. I hereby agree to accept and abide by the foregoing requirements.

### Mailbox Holder Information

| | |
|---|---|
| Mailbox Holder Signature: | Date: 10/17/2017 |
| Mailbox Holder Printed Name: KAMRAN SHEIKH | Box Number: 122 |
| Address: 6172 CORTE PADRE | |
| City: PLEASANTON | State: CA   ZIP: 94566 |

The UPS Store © and Mail Boxes Etc. © Centers are independently owned and operated by licensed Franchisees of The UPS Store, Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location.

Page 1 of 1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003433





CISCO00003434

## Mailbox Service Agreement

Center Number:   602

### Customer Information

Name:   IMRAN  HUSAIN

Company:

Address:   625 PRESIDIO PL

City:   TRACY | State:   CA | ZIP:   95377

Business Telephone: | Home Telephone:   5108573416

Fax: | Mobile Telephone:

E-mail Address:   imran@adsii.com | Text Messaging ID:

### Mailbox Information

Mailbox Number:   122 | Mailbox Size:   Small

### Terms and Conditions

1. This Mailbox Service Agreement ("Agreement") is made and entered into by the customer identified above ("Customer") for the use of and services related to a mailbox ("Mailbox") at The UPS Store® or Mail Boxes Etc.® Center identified above ("Center") under the terms set forth herein.

2. Customer agrees that Customer will not use the Center premises or any Center services for any unlawful, illegitimate, or fraudulent purpose, or for any purpose prohibited by U.S. postal regulations. Customer further agrees that any use of the Mailbox shall be in conformity with all applicable federal, state, and local laws. Each individual or entity must complete a separate United States Postal Service Form 1583 ("Form 1583") to be authorized to receive mail or packages at the Mailbox.

3. This Agreement and Form 1583 shall remain confidential, except that this Agreement and Form 1583, including Customer's name, address, and e-mail address, may be disclosed to the Center's franchisor, The UPS Store, Inc. or its successor, solely for purposes of communication between The UPS Store, Inc. and Customer related to Customer's use of the Mailbox, and upon written request of any law enforcement or other governmental agency, or when legally mandated. Upon request, Customer agrees to complete all necessary documents, including Form 1583 and any required acknowledgment form relating to service of process. Customer further agrees to sign a revised version of this Agreement and Form 1583 whenever any information required on this Agreement or Form 1583 changes.

4. Possession of the Mailbox key shall be considered valid evidence that the possessor is duly authorized to remove any contents from the Mailbox. In the event of death or incapacity of Customer, the Center will require the appropriate documents from the Probate Court, the executor of the estate, the trustee or other similar person or entity before releasing mail or packages to a requesting party.

5. Customer agrees to pay an initial set-up fee of __$35.00__ (which includes a mailbox key fee and other fees associated with opening a mailbox) and/or a door key fee of __$0.00__ (which includes an exterior door key fee and other fees associated with 24-hour access) as well as applicable monthly service fees and any applicable sales, use, or other taxes. Mailbox service fees are all due and payable in advance and Customer agrees that the Center may withhold mail and packages from Customer pending payment. There will be no pro-rations or refunds for cancellation of any service. Customer agrees to pay a late fee of __$15.00__ if any payment is not received within five (5) days of when due. In the event the Mailbox lock is changed upon the request or fault of Customer, Customer agrees to pay a fee of __$20.00__ . Mailbox service fees and other related fees stated herein are subject to change.

    In the event that Customer receives an unreasonable volume of mail or packages at the Mailbox according to the Center's reasonable judgment, the Center may require Customer to upgrade to a larger size Mailbox and pay any additional charge. The Center reserves the right to increase the Mailbox service fees in the event that Customer adds additional individuals or entities to the names of those individuals or entities authorized to receive mail and packages at the Mailbox pursuant to Form 1583.

6. Customer agrees that upon expiration, cancellation, or termination of this Agreement, Customer will not file a change of address order with the post office. Customer and the Center further agree that upon expiration, cancellation, or termination of this Agreement, Customer authorizes the Center to accept and destroy any "Unsolicited Mail" (e.g., mail addressed to "occupant," "current resident," or similar designation; or coupons, advertising, or other promotional material) and any mail addressed to Customer that is delivered to the Center by the United States Postal Service for six (6) months; and may refuse any package addressed to Customer delivered by any party other than the United States Postal Service, such as a commercial carrier service. However, at Customer's election, the Center will:

    a. Re-mail (i.e., forward) Customer's mail (except for Unsolicited Mail) for six (6) months upon Customer's payment in advance for postage, packaging material, and forwarding fees. Customer must pay a monthly forwarding fee of __$15.00__ for month 1, and __$45.00__ for months 2 through 6 in advance for the time period that mail is to be re-mailed. It is Customer's responsibility to make arrangements with the Center to identify any mail forwarding needs prior to the expiration, cancellation, or termination of this Agreement; or

    b. Store the mail or United States Postal Service packages (except for Unsolicited Mail) for up to six (6) months upon Customer's advance of a storage fee of __$15.00__ per month for the time period in which the Center holds the mail or packages, plus a service fee of __$15.00__ for each time Customer visits the Center to pick up such items. It is Customer's responsibility to make arrangements with the Center to identify any mail storage needs prior to the expiration, cancellation, or termination of this Agreement.

7. Six (6) months after the expiration, cancellation, or termination of this Agreement, the Center may:
    a. Refuse any mail or package addressed to Customer and delivered to the Center.
    b. Destroy any of Customer's mail or packages remaining at the Center at such time.

8. Customer authorizes the Center to complete and file a Shipper's Export Declaration as "agent" on behalf of Customer as "principal party in interest" when necessary and to act on behalf of Customer as Customer's true and lawful agent for purposes of any and all re-mailing, including

The UPS Store® and Mail Boxes Etc.® Centers are independently owned and operated by licensed Franchisees of The UPS Store, Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2012 The UPS Store, Inc. All rights reserved. • Last updated 10/25/12

Page 1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Mailbox Service Agreement**

any re-mailing that requires the filing of a Shipper's Export Declaration by the Center (i.e., any export transaction), in accordance with the laws and regulations of the United States. Customer further agrees to provide the Center with true, accurate, and complete information regarding the contents of any mail or packages to be re-mailed by the Center, whether during the term of the Agreement or after termination or cancellation.

9. The term of this Agreement shall be the initial period paid for by Customer and any renewal period paid for by Customer from time to time. Renewal of this Agreement for additional terms shall be at the Center's sole discretion.

10. Customer agrees that the Center may terminate or cancel this Agreement for good cause at any time by providing Customer with written notice. Good cause shall include but is not limited to: 1) Customer abandons the Mailbox; 2) Customer uses the Mailbox for unlawful, illegitimate, or fraudulent purposes; 3) Customer fails to pay monies owed the Center when due; 4) Customer receives an unreasonable volume of mail or packages; 5) Customer engages in offensive, abusive, or disruptive behavior toward other customers of the Center or the Center's employees; and 6) Customer violates any provision of this Agreement. Customer acknowledges that, for the purpose of determining good cause for termination of this Agreement as provided herein, the actions of any person authorized by Customer to use the Mailbox will be attributed to Customer.

11. Any written notice to Customer required or permitted under this Agreement shall be deemed delivered twenty-four (24) hours after placement of such notice in Customer's Mailbox or at the time personally delivered to Customer. In the event of a termination notice based upon abandonment of the Mailbox, notice shall be deemed delivered (a) on the next day after placing in the hands of a commercial carrier service or the United States Postal Service for next day delivery, or (b) five (5) days after placement in the United States Mail by Certified Mail, Return Receipt Requested, postage pre-paid, and addressed to Customer at Customer's address as set forth in Form 1583, or on the date of actual receipt, whichever is earlier.

12. As Customer's authorized agent for receipt of mail, the Center will accept all mail, including registered, insured, and certified items, and, if authorized on Form 1583, restricted mail (i.e., mail where the sender has paid a fee to direct delivery only to an individual addressee or addressee's authorized agent). Unless prior arrangements have been made, the Center shall only be obligated to accept mail or packages delivered by commercial carrier services, which require a signature from the Center as a condition of delivery. Customer must accept and sign for all mail and packages upon the request of the Center. Packages not picked up within ___5___ days of notification will be subject to a storage fee of __$5.00__ per day per package, which must be paid before Customer receives the package. In the event Customer refuses to accept any mail or package, the Center may return the mail or package to the sender and Customer will be responsible for any postage or other fees associated with such return. C.O.D. items will be accepted ONLY if prior arrangements have been made and payment in advance is provided to the Center. In those states where the Center is required by law to act as Customer's agent for service of process, Customer hereby authorizes the Center to act as Customer's agent for service of process, and this authorization shall remain in effect for as long as this Agreement is in effect, or as long as required by state law, whichever is later. The Center agrees to follow its standard procedures for the timely placement of mail received at the Center and addressed to Customer into Customer's Mailbox, and Customer hereby releases and agrees to protect, indemnify, defend, and hold harmless the Center from any and all liability that may arise at any time in connection with the Center's actions or status as Customer's agent for service of process.

13. Customer agrees to protect, indemnify, defend, and hold harmless the Center, The UPS Store, Inc., and their respective affiliates, subsidiaries, parent corporations, franchisees, officers, directors, agents, and employees from and against any and all losses, damages, expenses, claims, demands, liabilities, judgments, settlement amounts, costs, and causes of action of every type and character arising out of or in connection with the use or possession of the Mailbox, including without limitation, any demands, claims, and causes of action for personal injury or property damage arising from such use or possession, from failure of the United States Postal Service or any commercial carrier service to deliver on time or otherwise deliver any items (mail, packages, etc.), from damage to or loss of any package or mail, or to the Mailbox contents by any cause whatsoever, from the Center's collection or remission of sales, use, or any other taxes, including, but not limited to, the Center's failure to refund any amounts that have been collected or remitted, from any penalties, fines, or other liabilities that arise out of, or in connection with, the Center's actions or status as Customer's agent with respect to export transactions, or the Center's completion and filing of any Shipper's Export Declaration on behalf of Customer, and from any violation by Customer of applicable federal, state, or local laws, or the laws of any foreign jurisdiction. In the event that the Center submits or processes any sales, use, or other tax refund claim on behalf of Customer, Customer agrees to cooperate fully with the Center, including, but not limited to, providing any and all information and documentation necessary to process or submit such a claim.

14. Customer acknowledges and agrees that the Center is an independently owned and operated franchise of The UPS Store, Inc. and that The UPS Store, Inc. is not responsible for any acts or omissions of its franchisees.

15. CUSTOMER HEREIN AGREES THAT THE TOTAL AMOUNT OF LIABILITY OF THE CENTER AND THE UPS STORE, INC., IF ANY, FOR ANY AND ALL CLAIMS ARISING OUT OF OR RELATED TO THIS AGREEMENT OR PERFORMANCE HEREUNDER SHALL NOT EXCEED $100.00 REGARDLESS OF THE NATURE OF THE CLAIM. (INITIAL: _____)

16. Customer must use the exact mailing address for the Mailbox without modification as set forth in Section three (3) of Form 1583. The United States Postal Service will return mail without a proper address to the sender endorsed "Undeliverable as Addressed."

17. Delivery by commercial carrier services must be made to the Center street address only (and not to a P.O. Box). "P.O. Box" may be used only if it is part of Customer's "Caller Service" (arrangement for delivery of mail through Centers using a United States Postal Service address) address format.

18. Upon signing this Agreement, Customer shall provide two (2) forms of valid identification, one of which shall include a photograph. This Agreement may not be amended or modified, except in a writing signed by both parties.

| Customer Signature: *(signature)* | Date: | 9/27/2017 |
|---|---|---|

| For Center Use Only | | |
|---|---|---|
| Authorized Center Representative Signature: | Date: | 9/27/2017 |
| How did the customer hear about us?          Newspaper | | |
| Comments: | | |

The UPS Store® and Mail Boxes Etc.® Centers are independently owned and operated by licensed Franchisees of The UPS Store, Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location. Copyright © 2012 The UPS Store, Inc. All rights reserved. • Last updated 10/25/12

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003436

United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| 10/04/2017 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>CAMERON NETWORKS | 3a. Address to be Used for Delivery (Include PMB or # sign.)<br><br>47000 Warm Springs BLVD, STE 1 #122 | | |
| --- | --- | --- | --- |
| | 3b. City<br>Fremont | 3c. State<br>CA | 3d. Zip + 4<br>94539-1667 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
| --- | --- |
| a. Name<br>The UPS Store #602 | No |
| b. Address (No., street, apt./ste. no.)<br>47000 Warm Springs BLVD, STE 1 | |

| c. City<br>Fremont | d. State<br>CA | e. Zip + 4<br>94539-1667 |
| --- | --- | --- |

| 6. Name of Applicant<br>IMRAN HUSAIN | 7a. Applicant Home Address (No., street, apt./ste.<br>625 PRESIDIO PL | | |
| --- | --- | --- | --- |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br>TRACY | 7c. State<br>CA | 7d. Zip + 4<br>95377 |
| | 7e. Applicant Telephone Number (Include area code)<br>5108573416 | | |
| a. CA DMV DL #D3934539 | 9. Name of Firm or Corporation<br>CAMERON NETWORKS | | |
| | 10a. Business Address (No., street, apt./ste. no.)<br>4255 BUSINESS CENTER DR | | |
| b. KAISER PERMANENTE #11830474 | 10b. City<br>FREMONT | 10c. State<br>CA | 10d. Zip + 4<br>94538 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code)<br>N/A | | |
| | 11. Type of Business<br>N/A | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br><br>IMRAN HUSAIN | | |
| --- | --- | --- |

| 13. If a CORPORATION, Give Names and Addresses of Its Officers<br>N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.<br>N/A |
| --- | --- |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
| --- | --- |
| | |

PS Form **1583**  December 2004   (Page 1 of 2)                    (7530-01-000-9365)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003438







CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

122

## Acknowledgement by Private Mailbox Service Customers

This acknowledgement is required by Section 17538.5 of the Business and Professions Code.

Any person obtaining private mailbox receiving service in the State of California must read and acknowledge receipt of the following statement, which is to be kept on file at this CMRA and will be made available, upon demand, to the Department of Consumer Affairs or any law enforcement agency conducting an investigation.

By requesting and obtaining use of a private mailbox receiving service in the State of California, I acknowledge that:

1. I am obligated to disclose my actual home address or place of residence on a USPS Form 1583 or other form as may later be developed and I further agree that I will provide prompt written notice to this CMRA of any subsequent change in my home address or place of residence.

2. By signing below, I irrevocably authorize this CMRA to act as my agent for service of process to receive any legal documents that may be served upon me. This authorization shall continue from the date of this agreement until two years after my mail receiving service has been terminated. I understand that this CMRA will (A) place a copy of the documents or a notice that the documents were received into my mailbox or other place where I usually receive my mail, unless my mail receiving service has been terminated, and (B) send all documents by first-class mail to the home or other address last known to the CMRA.

3. I further acknowledge that I understand that use of a private mailbox receiving service for commercial purposes in the State of California requires the user to comply with all applicable laws, including Section 17538.5 of the Business and Professions Code and laws prohibiting unfair competition and false advertising as set forth in Sections 17200 and 17500 of the Business and Professions Code. Violation of these laws may result in criminal or civil penalties or both. I understand that the United States Postal Service Form 1583 that must be prepared for each private mailbox receiving service customer shall be delivered to the local United States Post Office and a copy of the form must be retained by this CMRA and made available upon demand to the Department of Consumer Affairs or any law enforcement agency conducting an investigation. I hereby agree to accept and abide by the foregoing requirements.

### Mailbox Holder Information

Mailbox Holder Signature: *[signature]*                     Date: 9/27/2017

Mailbox Holder Printed Name: IMRAN HUSAIN          Box Number: 122

Address: 625 PRESIDIO PL

City: TRACY                                    State: CA     ZIP: 95377

The UPS Store © and Mail Boxes Etc. © Centers are independently owned and operated by licensed Franchisees of The UPS Store, Inc., an indirect subsidiary of United Parcel Service, Inc., a Delaware corporation. Services, prices, and hours of operation are subject to change and may vary by location.   Page 1 of 1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00003440

United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 10/04/2017 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>ABDUL THE GREAT LLC | 3a.Address to be Used for Delivery (Include PMB or # sign.)<br><br>47000 Warm Springs BLVD, STE 1 #122 | | |
|---|---|---|---|
| | 3b. City<br><br>Fremont | 3c. State<br><br>CA | 3d. Zip + 4<br><br>94539-1667 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
|---|---|
| a. Name<br><br>The UPS Store #602 | No |
| b. Address (No., street, apt./ste. no.)<br><br>47000 Warm Springs BLVD, STE 1 | |

| c. City<br><br>Fremont | d. State<br><br>CA | e. Zip + 4<br><br>94539-1667 |
|---|---|---|

| 6. Name of Applicant<br><br>IMRAN HUSAIN | 7a. Applicant Home Address (No., street, apt./ste.<br><br>625 PRESIDIO PL | | |
|---|---|---|---|
| 8.Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br><br>TRACY | 7c. State<br><br>CA | 7d. Zip + 4<br><br>95377 |
| | 7e. Applicant Telephone Number (Include area code)<br><br>5108573416 | | |
| a. CA DMV DL #D3934539 | 9. Name of Firm or Corporation<br><br>ABDUL THE GREAT LLC | | |
| b. KAISER PERMANENTE #11830474 | 10a. Business Address (No., street, apt./ste. no.)<br><br>4255 BUSINESS CENTER DR | | |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10b. City<br><br>FREMONT | 10c. State<br><br>CA | 10d. Zip + 4<br><br>94538 |
| | 10e. Business Telephone Number (Include area code) | | |
| | 11. Type of Business | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br><br>IMRAN HUSAIN | | |
|---|---|---|
| 13. If a CORPORATION, Give Names and Addresses of Its Officers<br><br>N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.<br><br>N/A | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer, Show title.) |
|---|---|
| | |

| PS Form **1583**   December 2004   (Page 1 of 2) | (7530-01-000-9365) |
|---|---|

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003441

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00003442



United States Postal Service
**Application for Delivery of Mail Through Agent**
See Privacy Act Statement on Reverse

| 1. Date |
|---|
| 11/14/2018 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

**NOTE:** The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public

The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.)<br><br>PURE-FUTURE TECH | 3a.Address to be Used for Delivery (Include PMB or # sign.)<br><br>47000 Warm Springs BLVD, STE 1 #122 | | |
|---|---|---|---|
| | 3b. City<br>Fremont | 3c. State<br>CA | 3d. Zip + 4<br>94539-1667 |

| 4. Applicant authorizes delivery to and in care of:<br><br>a. Name<br>The UPS Store #602 | 5. This authorization is extended to include restricted delivery mail for the undersigned(s):<br><br>No | | |
|---|---|---|---|
| b. Address (No., street, apt./ste. no.)<br>47000 Warm Springs, STE 1 | | | |
| c. City<br>Fremont | d. State<br>CA | e. Zip + 4<br>94539-1667 | |

| 6. Name of Applicant<br>IMRAN HUSAIN | 7a. Applicant Home Address (No., street, apt./ste.<br>625 PRESIDIO PL | | |
|---|---|---|---|
| 8.Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City<br>TRACY | 7c. State<br>CA | 7d. Zip + 4<br>95377 |
| | 7e. Applicant Telephone Number (Include area code)<br>5108573416 | | |
| a. CA DMV DL #D3934539 | 9. Name of Firm or Corporation<br>PURE-FUTURE TECH | | |
| b. KAISER PERMANENTE #11830474 | 10a. Business Address (No., street, apt./ste. no.)<br>4255 BUSINESS CENTER DR | | |
| | 10b. City<br>FREMONT | 10c. State<br>CA | 10d. Zip + 4<br>94538 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code)<br>N/A | | |
| | 11. Type of Business<br>N/A | | |

| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)<br><br>IMRAN HUSAIN,KAMRAN SHEIKH | | |
|---|---|---|
| 13. If a CORPORATION, Give Names and Addresses of Its Officers<br>N/A | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration.<br>N/A | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil enalties)

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) |
|---|---|
| | |

PS Form 1583 December 2004   (Page 1 of 2)                    (7530-01-000-9365)

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003443

**Privacy Act**

Your information will be used to authorize the delivery of your mail to the designated addressee as your agent. Collection is authorized by 39 USC 401, 403, and 404. Providing the information is voluntary, but if not provided, we cannot provide this service to you. We do not disclose your information without your consent to third parties, except for the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a USPS® auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service; and for the purpose of identifying an address as an address of an agent who receives mail on behalf of other persons. Information concerning an individual who has filed an appropriate protective court order with the postmaster will not be disclosed except pursuant to court order. For more information on our privacy policies, see our privacy link on usps.com®.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003444

```
                    The UPS Store (#602)
                 47000 Warm Springs BLVD STE 1
                    Fremont, CA 94539-1667
                            USA
                 Mailbox Service History Report
```

| Box # | First Name | Last Name | Box Holder Type | Customer Type | Primary Business Name | Agreement Status | Mail Handling Status | Inactive Reason | Termination Date | Six Month End Date | Days Inactive |
|-------|-----------|-----------|-----------------|---------------|----------------------|------------------|---------------------|-----------------|------------------|-------------------|---------------|
| 122 | IMRAN | HUSAIN | P | Business | ABDUL THE GREAT LLC | Active | Distribute | | | | |
| 122 | IMRAN | HUSAIN | P | Business | CAMERON NETWORKS | Active | Distribute | | | | |
| 122 | IMRAN | HUSAIN | P | Business | PURE-FUTURE TECH | Active | Distribute | | | | |
| 122 | KAMRAN | SHEIKH | J | Business | | Active | Distribute | | | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003445



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003446

The UPS Store (#602)
47000 Warm Springs BLVD STE 1
Fremont, CA 94539-1667 USA
Package Received History Report

[BoxNumber]||[FirstName]||[LastName]||[BoxHolderType]||[Carrier]||[Carrier Service]||[ReceivedDate]||[OriginalTrackingNumber]||[PickupDate]||[BoxHolderStatus]||[ReturnDate]||[ForwardDate]||[CompanyName]||[MDLCode]||[CustomerType]
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/2/2018 12:00:21 PM|1Z0946Y50354846787|1/2/2018 2:22:00 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/2/2018 12:06:39 PM|1Z0946Y50321514492|1/2/2018 2:22:00 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/2/2018 12:21:29 PM|1Z0946Y50354848347|1/2/2018 2:22:00 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/2/2018 12:22:36 PM|1Z0946Y50321513975|1/2/2018 2:22:00 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/2/2018 12:23:48 PM|1Z0946Y50321517613|1/2/2018 2:22:00 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/2/2018 12:26:20 PM|1Z0946Y50354851468|1/2/2018 2:22:00 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/3/2018 10:46:26 AM|1Z0946Y50321317937|1/3/2018 12:38:32 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/3/2018 10:49:29 AM|1Z0946Y50321317419|1/3/2018 12:38:32 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/11/2018 12:57:40 PM|1Z0946Y50321699614|1/11/2018 2:00:39 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/18/2018 1:59:40 PM|1Z0946Y50354937269|1/19/2018 9:27:02 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/18/2018 2:00:54 PM|1Z0946Y50321606017|1/19/2018 9:27:02 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/18/2018 2:22:01 PM|1Z0946Y50321604975|1/19/2018 9:27:02 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/18/2018 2:25:17 PM|1Z0946Y50321603412|1/19/2018 9:27:02 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/18/2018 2:28:18 PM|1Z0946Y50321606535|1/19/2018 9:27:02 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/18/2018 2:29:06 PM|1Z0946Y50354940380|1/19/2018 9:27:02 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/18/2018 2:30:22 PM|1Z0946Y50321604457|1/19/2018 9:27:02 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/18/2018 2:31:12 PM|1Z0946Y50354938820|1/19/2018 9:27:02 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/19/2018 6:04:34 PM|1Z0946Y50321818173|1/22/2018 1:36:55 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/22/2018 10:27:29 AM|1Z0946Y50321648651|1/22/2018 1:36:55 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/22/2018 10:29:11 AM|1Z0946Y50354982504|1/22/2018 1:36:55 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/22/2018 10:30:40 AM|1Z0946Y50321651254|1/22/2018 1:36:55 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/22/2018 10:32:31 AM|1Z0946Y50321649696|1/22/2018 1:36:55 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/22/2018 10:32:58 AM|1Z0946Y50321650219|1/22/2018 1:36:55 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/22/2018 10:41:44 AM|1Z0946Y50354980944|1/22/2018 1:36:55 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/22/2018 10:43:09 AM|1Z0946Y50321648333|1/22/2018 1:36:55 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/22/2018 10:43:43 AM|1Z0946Y50354984066|1/22/2018 1:36:55 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/23/2018 11:40:26 AM|1Z0946Y50321850931|1/23/2018 1:16:54 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/23/2018 11:49:24 AM|1Z0946Y50321851458|1/23/2018 1:16:54 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/23/2018 11:49:55 AM|1Z0946Y50355183741|1/23/2018 1:16:54 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/30/2018 10:54:15 AM|1Z0946Y50321754372|1/29/2018 1:25:30 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|1/30/2018 10:56:51 AM|1Z0946Y50321794770|1/30/2018 11:22:10 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/1/2018 10:41:30 AM|1Z0946Y50321863418|2/1/2018 12:30:58 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/1/2018 10:48:56 AM|1Z0946Y50321862375|2/1/2018 12:30:58 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/1/2018 10:49:44 AM|1Z0946Y50355196228|2/1/2018 12:30:58 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Priority Mail|2/2/2018 11:04:46 AM|420945392748999|21180713000130020|2/2/2018 2:21:00 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/5/2018 9:06:55 AM|1Z0946Y50321885770|2/5/2018 12:48:47 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/5/2018 9:16:32 AM|1Z0946Y50321885252|2/5/2018 12:48:47 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/6/2018 11:29:13 AM|1Z0946Y50355442701|2/6/2018 1:36:32 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/6/2018 11:30:32 AM|1Z0946Y50321108958|2/6/2018 1:36:32 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/6/2018 11:33:58 AM|1Z0946Y50321209893|2/6/2018 1:36:32 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/6/2018 11:34:37 AM|1Z0946Y50355442632|2/6/2018 1:36:32 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/6/2018 11:35:57 AM|1Z0946Y50322111451|2/6/2018 1:36:32 PM|Active|||CAMERON NETWORKS|CTR|Business

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/6/2018 11:37:49 AM|1Z0946Y50322110416|2/6/2018 1:36:32 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/7/2018 10:42:34 AM|1Z0946Y50355244587|2/7/2018 11:39:14 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/7/2018 10:42:47 AM|1Z0946Y50321910732|2/7/2018 11:39:14 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/7/2018 10:52:57 AM|1Z0946Y50321912294|2/7/2018 11:39:14 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/7/2018 11:00:23 AM|1Z0946Y50321911777|2/7/2018 11:39:14 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/15/2018 2:24:17 PM|1Z0946Y50327293970|2/15/2018 2:51:46 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/15/2018 2:24:56 PM|1Z0946Y50322030851|2/15/2018 2:51:46 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/15/2018 2:25:26 PM|1Z0946Y50355626781|2/15/2018 2:51:46 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/15/2018 2:26:15 PM|1Z0946Y50322030333|2/15/2018 2:51:46 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|2/15/2018 2:26:52 PM|1Z0946Y50322294497|2/15/2018 2:51:46 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/8/2018 12:17:34 PM|1Z0946Y50355754704|3/8/2018 2:51:27 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/16/2018 11:13:10 AM|1Z0946Y50355890423|3/16/2018 12:38:07 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/20/2018 10:45:35 AM|1Z0946Y50322604937|3/20/2018 11:44:26 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/20/2018 10:47:21 AM|1Z0946Y50322609091|3/20/2018 11:44:26 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/20/2018 10:50:33 AM|1Z0946Y50322652779|3/20/2018 11:44:26 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/20/2018 10:51:47 AM|1Z0946Y50322604419|3/20/2018 11:44:26 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/20/2018 10:52:29 AM|1Z0946Y50322634057|3/20/2018 11:44:26 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/20/2018 10:53:09 AM|1Z0946Y50322609610|3/20/2018 11:44:26 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/20/2018 10:54:05 AM|1Z0946Y50322634575|3/20/2018 11:44:26 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/20/2018 10:56:46 AM|1Z0946Y50355943903|3/20/2018 11:44:26 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/20/2018 10:58:44 AM|1Z0946Y50355941903|3/20/2018 11:44:26 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Canada|3/21/2018 12:12:03 PM|1Z0946Y50322666817/89053|3/21/2018 1:54:15 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Canada|3/21/2018 12:12:26 PM|1Z0946Y50355999629B9503|3/21/2018 1:54:15 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/21/2018 12:15:18 PM|1Z0946Y50322665774|3/21/2018 1:54:15 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/21/2018 12:15:53 PM|1Z0946Y50322665256B9503|3/21/2018 1:54:15 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/22/2018 9:40:08 AM|1Z0946Y50322696973|3/22/2018 11:37:39 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/22/2018 9:43:49 AM|1Z0946Y50322698533|3/22/2018 11:37:39 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/22/2018 9:44:19 AM|1Z0946Y50322698015|3/22/2018 11:37:39 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|3/22/2018 9:47:03 AM|1Z0946Y50356030823|3/22/2018 11:37:39 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|DHL Express Document|3/23/2018 10:32:36 AM||1004196063440004539008121132252280|3/23/2018 12:03:38 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/5/2018 11:39:26 AM|1Z0946Y50323020254|4/5/2018 12:36:11 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/5/2018 11:40:22 AM|1Z0946Y50323028737|4/5/2018 12:36:11 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/5/2018 11:41:23 AM|1Z0946Y50323030297|4/5/2018 12:36:11 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/5/2018 11:45:46 AM|1Z0946Y50356361547|4/5/2018 12:36:11 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/5/2018 11:46:02 AM|1Z0946Y50356363107|4/5/2018 12:36:11 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/5/2018 11:48:28 AM|1Z0946Y50323197764|4/5/2018 12:36:11 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/6/2018 9:50:56 AM|1Z0946Y50322939817|4/6/2018 10:36:59 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/13/2018 11:38:03 AM|1Z0946Y50323038619|4/13/2018 12:42:23 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/13/2018 11:40:22 AM|1Z0946Y50323039654|4/13/2018 12:42:23 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/13/2018 11:41:28 AM|1Z0946Y50356372464|4/13/2018 12:42:23 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/16/2018 3:46:25 PM|1Z0946Y50323178811|4/16/2018 3:53:25 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/16/2018 3:47:18 PM|1Z0946Y50323174338|4/16/2018 3:53:25 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/19/2018 10:02:12 AM|1Z0946Y50323197733|4/19/2018 11:36:50 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/20/2018 10:18:28 AM|1Z0946Y50323215936|4/20/2018 2:14:38 PM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/25/2018 10:40:00 AM|1Z0946Y50356686027|4/25/2018 11:20:48 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/26/2018 10:03:40 AM|1Z0946Y50356717225|4/26/2018 11:59:18 AM|Active|||CAMERON NETWORKS|CTR|Business
122||IMRAN|HUSAIN|Primary|UPS|Ground|4/30/2018 9:35:58 AM|1Z0946Y50356654829|4/30/2018 11:22:46 AM|Active|||CAMERON NETWORKS|CTR|Business
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003448

```
122|IMRAN|HUSAIN|Primary|UPS|Ground|4/30/2018 9:57:02 AM|1Z0946Y50323322016|4/30/2018 11:22:46 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|2Day|5/1/2018 12:58:57 PM|1Z0946Y50323449934|5/14/2018 10:01:39 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/1/2018 1:14:52 PM|1Z0946Y50356787744|5/14/2018 10:01:39 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/1/2018 1:15:22 PM|1Z0946Y50323448891|5/14/2018 10:01:39 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/1/2018 1:15:42 PM|1Z0946Y50323448373|5/14/2018 10:01:39 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/7/2018 9:47:05 AM|1Z0946Y50334015740|5/7/2018 11:18:06 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/7/2018 9:47:44 AM|1Z0946Y50323400539|5/7/2018 11:18:06 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/7/2018 9:48:34 AM|1Z0946Y50323400011|5/7/2018 11:18:06 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/7/2018 9:48:54 AM|1Z0946Y50323402091|5/7/2018 11:18:06 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/7/2018 9:49:56 AM|1Z0946Y50356734386|5/7/2018 11:18:06 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/1/2018 5:18:18 PM|1Z0946Y50323531577|5/14/2018 10:01:39 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/15/2018 10:17:11 AM|1Z0946Y50323690691|5/15/2018 11:09:40 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/15/2018 11:10:10 AM|1Z0946Y50323670417|5/15/2018 11:11:34 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/15/2018 11:10:20 AM|1Z0946Y50357004261|5/15/2018 11:11:34 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/15/2018 11:10:31 AM|1Z0946Y50323671452|5/15/2018 11:11:34 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/15/2018 11:10:39 AM|1Z0946Y50357002709|5/15/2018 11:11:34 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/15/2018 11:10:49 AM|1Z0946Y50323668331|5/15/2018 11:11:34 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/15/2018 11:10:57 AM|1Z0946Y50323668859|5/15/2018 11:11:34 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/15/2018 11:11:09 AM|1Z0946Y50323669894|5/15/2018 11:11:34 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/18/2018 10:20:56 AM|1Z0946Y50323655854|5/18/2018 11:52:00 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/18/2018 1:53:44 PM|1Z0946Y50323663631|5/18/2018 3:36:39 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/18/2018 1:56:10 PM|1Z0946Y50356990224|5/18/2018 3:36:39 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/22/2018 12:15:27 PM|1Z0946Y50357022983|5/22/2018 1:20:35 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/22/2018 12:16:33 PM|1Z0946Y50323688612|5/22/2018 1:20:35 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/22/2018 12:18:01 PM|1Z0946Y50323689130|5/22/2018 1:20:35 PM|Active|||CAMERON NETWORKS|CTR|Business
122|KAMRAN|SHEIKH|Joint|DHL|International Priority Exp|5/29/2018 11:53:58 AM|2US9H539+48000001|5/30/2018 12:44:08 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/30/2018 11:41:13 AM|1Z0946Y50323817054|5/30/2018 12:44:08 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/30/2018 11:44:33 AM|1Z0946Y50323818099|5/30/2018 12:44:08 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/30/2018 11:55:48 AM|1Z0946Y50357150906|5/30/2018 12:44:08 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/31/2018 9:45:33 AM|1Z0946Y50323838371|5/31/2018 10:36:25 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/31/2018 9:45:54 AM|1Z0946Y50357171189|5/31/2018 10:36:25 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|5/31/2018 10:18:41 AM|1Z0946Y50323838899|5/31/2018 10:36:25 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|6/1/2018 11:05:16 AM|1Z0946Y50357324068|6/1/2018 12:37:59 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|6/5/2018 11:46:53 AM|1Z0946Y50323894533|6/5/2018 2:34:52 PM|Active|||ABDUL THE GREAT LLC|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|6/7/2018 11:15:39 AM|1Z0946Y50323531577|6/7/2018 11:44:29 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|6/12/2018 11:47:36 AM|1Z0946Y50323980332|6/12/2018 12:14:45 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|Express Document|6/13/2018 11:44:34 AM|810835551|6/13/2018 1:37:39 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|6/14/2018 1:16:37 PM|1Z0946Y50324240853|6/14/2018 2:44:58 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|6/14/2018 1:22:17 PM|1Z0946Y50324225254|6/14/2018 2:44:58 PM|Active|||CAMERON NETWORKS|CTR|Business
122|||UPS|Ground|6/25/2018 12:16:34 PM|1Z0946Y50357542466|6/25/2018 12:18:14 PM|||CTR|Business
122|||UPS|Ground|6/25/2018 12:16:58 PM|1Z0946Y50324209656|6/25/2018 12:18:14 PM|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|6/29/2018 11:40:31 AM|1Z0946Y50324255418|6/29/2018 12:26:09 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/2/2018 10:40:59 AM|1Z0946Y50357622021|7/2/2018 1:21:45 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/2/2018 10:41:55 AM|1Z0946Y50324288179|7/2/2018 1:21:45 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/2/2018 10:51:21 AM|1Z0946Y50357617340|7/2/2018 1:21:45 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/2/2018 10:52:30 AM|1Z0946Y50324285397|7/2/2018 1:21:45 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/9/2018 9:58:15 AM|1Z0946Y50324393733|7/9/2018 11:49:11 AM|Active|||CTR|Business
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/9/2018 9:58:39 AM|1Z0946Y50324417136|7/9/2018 11:49:11 AM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/9/2018 9:59:18 AM|1Z0946Y50324372416|7/9/2018 11:49:11 AM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/9/2018 9:59:35 AM|1Z0946Y50357749949|7/9/2018 11:49:11 AM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/9/2018 10:01:33 AM|1Z0946Y50357929343|7/9/2018 11:49:11 AM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/9/2018 10:01:47 AM|1Z0946Y50324371891|7/9/2018 11:49:11 AM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/10/2018 12:07:18 PM|1Z0946Y50357706762|7/17/2018 3:10:44 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/12/2018 12:09:14 PM|1Z0946Y50324497210|7/12/2018 3:10:44 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/12/2018 12:11:05 PM|1Z0946Y50357845102|7/12/2018 3:10:44 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|7/12/2018 12:11:19 PM|1Z0946Y50324511257|7/12/2018 3:10:44 PM|Active|||CTR|Business
122|KAMRAN|SHEIKH|Joint|UPS|Ground|7/16/2018 1:42:14 PM|1010040121790009453900772665396224|7/16/2018 2:31:30 PM|Active|||CAMERON NETWORKS|CTR|Business
122|KAMRAN|SHEIKH|Joint|UPS|Ground|7/17/2018 2:29:50 PM|1Z0946Y50324621496|7/17/2018 2:30:00 PM|Active|||CTR|Business
122|KAMRAN|SHEIKH|Joint|UPS|Ground|7/17/2018 2:29:54 PM|1Z0946Y50324622011|7/17/2018 2:30:00 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|Express Document|7/18/2018 11:27:58 AM|1587578403|7/18/2018 3:02:41 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|FedEx|Economy Packages|7/19/2018 10:23:24 AM|100998172284000945390077273236584|7/19/2018 3:02:34 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|2Day|7/19/2018 11:54:00 AM|8456693103|7/19/2018 3:02:34 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|2Day|7/19/2018 11:54:33 AM|8456693103|7/19/2018 3:02:34 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|International Document|7/20/2018 11:36:45 AM|1587741481|7/20/2018 1:39:40 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|International Document|7/20/2018 11:37:07 AM|1587906633|7/20/2018 1:39:40 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|Service|7/20/2018 11:46:26 AM|4458370070|7/20/2018 1:39:40 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|Service|7/20/2018 11:47:08 AM|8456694713|7/20/2018 1:39:40 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|FedEx|2Day|7/26/2018 12:48:10 PM|101009652305000945390077275475535617/26/2018 2:29:01 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|FedEx Ground|Ground|8/1/2018 12:46:47 PM|101009570395000945390081214055824018/1/2018 2:31:04 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|International Priority Exp|8/6/2018 1:29:05 PM|2LUS94539+48000001|8/6/2018 2:03:21 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|International Priority Exp|8/6/2018 1:35:08 PM|2LUS94539+48000001|8/6/2018 2:03:21 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|International Priority Exp|8/6/2018 1:39:27 PM|2LUS94539+48000001|8/6/2018 2:03:21 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|8/7/2018 11:09:19 AM|1Z0946Y50324977175|8/7/2018 12:08:59 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|Express Document|8/7/2018 12:08:31 PM|6097792326|8/7/2018 12:08:59 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|DHL|Express Document|8/7/2018 12:08:43 PM|6097795465|8/7/2018 12:08:59 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|8/14/2018 2:19:57 PM|1Z0434Y03556869691|8/15/2018 2:57:40 PM|Active|||ABDUL THE GREAT LLC|CTR|Business
122|IMRAN|HUSAIN|Primary|FedEx|Ground|8/16/2018 11:57:36 AM|1Z0434Y03547635|8/16/2018 12:36:19 PM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|2Day|9/1/2018 12:48:15 PM|1Z0434Y0323170370|9/11/2018 2:44:00 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|2Day|10/4/2018 12:53:14 PM|7018036000002908930410/4/2018 2:05:25 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|10/12/2018 10:36 AM|1Z0434Y032420053|10/12/2018 11:58:57 AM|Active|||ABDUL THE GREAT LLC|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|10/17/2018 10:07:03 AM|1Z0434Y03576715881|10/17/2018 10:44:27 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|10/22/2018 11:34 AM|1Z0434Y03577052410|22/2018 11:20:34 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|10/22/2018 10:33:43 AM|1Z0434Y0324439132|10/22/2018 11:20:34 AM|Active|||CAMERON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|USPS|Canada|10/26/2018 11:21:15 AM|7018068000002892989311/14/2018 10:15:29 AM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|10/26/2018 11:45:45 AM|1Z0434Y0324625378|10/26/2018 11:46:22 AM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|11/14/2018 10:16:00 AM|1Z0434Y03562302369|11/14/2018 10:16:12 AM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/5/2018 11:39:41 AM|1Z0434Y03358158471|12/5/2018 3:01:55 PM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/7/2018 11:30:45 AM|1Z0434Y0359339989|12/7/2018 2:34:57 PM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/7/2018 11:33:16 AM|1Z0434Y0326004713|12/7/2018 2:34:57 PM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/7/2018 11:35:07 AM|1Z0434Y0359341921|12/7/2018 2:34:57 PM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/10/2018 10:33:04 AM|1Z0434Y0359551445|12/10/2018 11:03:23 AM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/10/2018 10:33:20 AM|1Z0434Y0359549501|12/10/2018 11:03:23 AM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/10/2018 10:34:14 AM|1Z0434Y0359537863|12/10/2018 11:03:23 AM|Active|||PURE-FUTURE TECH|CTR|Business
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/10/2018 10:35:49 AM|1ZA0434Y0326214237|12/10/2018 11:03:23 AM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/12/2018 12:38:35 PM|1ZA0434Y0330235859|12/12/2018 2:36:35 PM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/13/2018 3:13:39 PM|1ZA0434Y0363617689|12/14/2018 12:21:24 PM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/15/2018 11:35:22 AM|1ZA0434Y0326860253|12/17/2018 12:15:11 PM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/15/2018 11:39:27 AM|1ZA0434Y0363833025|12/17/2018 12:15:11 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/15/2018 11:41:19 AM|1ZA0434Y0360174181|12/17/2018 12:15:11 PM|Active|||CAMRON NETWORKS|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/15/2018 11:43:06 AM|1ZA0434Y0363838842|12/17/2018 12:15:11 PM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/15/2018 11:44:17 AM|1ZA0434Y0330503578|12/17/2018 12:15:11 PM|Active|||CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/20/2018 10:51:36 AM|1ZA0434Y0360750361|12/21/2018 10:42:09 AM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/20/2018 11:07:57 AM|1ZA0434Y0327418971|12/21/2018 10:42:09 AM|Active|||PURE-FUTURE TECH|CTR|Business
122|IMRAN|HUSAIN|Primary|UPS|Ground|12/28/2018 6:52:29 PM|1TA0434Y0361169408|12/28/2018 6:53:02 PM|Active|||PURE-FUTURE TECH|CTR|Business
=========================================================
[BoxNumber]|[FirstName]|[LastName]|[BoxHolderType]|[PackageCount]|[BoxHolderStatus]|[MDLCode]
122|||2||CTR
122|IMRAN|HUSAIN|Primary|189|Active|CTR
122|KAMRAN|SHEIKH|Joint|3|Active|CTR
=========================================================
[AverageDaysHeld]|[TotalPackagesReceived]
0.525773195876288659|194
=========================================================
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003451

Center 0602                    Electronic Journal Viewer              The UPS Store

The UPS Store Center 0602
47000 Warm Springs BLVD
STE 1
Fremont, CA 94539-1667

09/27/2017 02:09:01 PM  Reg:001  Tran:7041

## Journal View

```
270140901
270140901 09/27/17 0602 001 7041 01     02:09 PM
270140901 CLERK # 6196 NEETU SINGH
270140901 Processing MBM WO ID 2993
270140901 MBM Customer IMRAN HUSAIN
270140901 POS Customer: IMRAN HUSAIN
270140901 001 063001 (004)            TO $   0.00
270140901     Key Fee          NR
270140902 002 063008 (004)            TO $   0.00
270140902     Free Months      NR QTY 2
270140902     Reg Unit Price    $   0.00
270140902 003 062201 (004)            TO $ 492.00
270140902     FS Business Small NR QTY 12
270140902     Reg Unit Price    $  41.00
270140902     Start Date 09/27/17 End Date 11/27/18
270140902 004 064001 (004)            TO $   0.00
270140902     24 Hour Access   NR QTY 12
270140902     Reg Unit Price    $   0.00
270140902     Start Date 09/27/17 End Date 11/27/18
270140902 005 064002 (004)            TO $   0.00
270140902     Call In Service  NR QTY 12
270140902     Reg Unit Price    $   0.00
270140902   · Start Date 09/27/17 End Date 11/27/18
270140902 006 064003 (004)            TO $   0.00
270140902     Mail Forwarding  NR QTY 12
270140902     Reg Unit Price    $   0.00
270140902     Start Date 09/27/17 End Date 11/27/18
270140902 007 064004 (004)            TO $   0.00
270140902     Pkg Notify - Emai NR QTY 12
270140902     Reg Unit Price    $   0.00
270140902     Start Date 09/27/17 End Date 11/27/18
270140902 008 063003 (004)            TO $   0.00
270140902     Set Up Fee       NR
270140904 Operator confirmed NR Items with customer
270140949 Customer accepted Credit Card Terms
270140949 Electronic Signature Accepted
```

Version 8.1.15.0                Page    1 of 3          Printed 4/11/2019 13:24

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                                    CISCO00003452

The UPS Store Center 0602
47000 Warm Springs BLVD
STE 1
Fremont, CA 94539-1667


09/27/2017 02:09:01 PM  Reg:001  Tran:7041


## Journal View

```
270140950                    SubTotal  $ 492.00
270140950                       Total  $ 492.00
270140950              Visa Credit     $ 492.00
270140950 ACCOUNT NUMBER *     ************3565
270140950 Appr Code: 07963D  (I)  Sale
270140950
270140950 ENTRY METHOD: ChipRead
270140950 MODE: Issuer
270140950 AID: A0000000031010
270140950 TVR: 8080008000
270140950 TSI: 7800
270140950 AC: BD82A63811EB47D4
270140950 ARC: 00
270140950 Mailbox Services Transaction:
270140950  Mailbox # 122
270140950  Customer IMRAN HUSAIN
270140950  MBM CustomerID 1166
270140950  MBM WQ ID 2993
270140950 Thank You IMRAN HUSAIN
270140950 RECEIPT ID# 83818242484803880524
270140958 EJ: End Of Tran
```

Version 8.1.15.0                     Page        2 of 3                Printed 4/11/2019 13:24

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003453

The UPS Store Center 0602
47000 Warm Springs BLVD
STE 1
Fremont, CA 94539-1667

09/27/2017 02:09:01 PM  Reg:001  Tran:7041

## Journal View

| Card Type | Acct No | Tender Amt | Approval | Tran Type | Entry Mthd |
|-----------|---------|------------|----------|-----------|------------|
| VISA | ****3565 | $492.00 | 07963D | Sale | Inserted |

Version 8.1.15.0              Page     3 of 3              Printed 4/11/2019 13:24

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003454

Center 0602 — Electronic Journal Viewer — The UPS Store

> The UPS Store Center 0602
> 47000 Warm Springs BLVD
> STE 1
> Fremont, CA 94539-1667

11/21/2018 09:58:18 AM  Reg:001  Tran:5121

## Journal View

```
325095818
325095818 11/21/18 0602 001 5121 01      09:58 AM
325095818 CLERK # 2323 DP BHAGRATH
325095818 Processing MBM WO ID 3421
325095818 MBM Customer IMRAN HUSAIN
325095818 POS Customer: IMRAN HUSAIN
325095818 001 062201 (004)              TO $ 492.00
325095818     FS Business Small NR QTY 12
325095818     Reg Unit Price     $  41.00
325095818     Start Date 11/27/18 End Date 01/27/20
325095818 002 064001 (004)              TO $   0.00
325095818     24 Hour Access    NR QTY 12
325095818     Reg Unit Price     $   0.00
325095818     Start Date 11/27/18 End Date 01/27/20
325095818 003 064002 (004)              TO $   0.00
325095818     Call In Service   NR QTY 12
325095818     Reg Unit Price     $   0.00
325095818     Start Date 11/27/18 End Date 01/27/20
325095818 004 064003 (004)              TO $   0.00
325095818     Mail Forwarding   NR QTY 12
325095818     Reg Unit Price     $   0.00
325095818     Start Date 11/27/18 End Date 01/27/20
325095818 005 064004 (004)              TO $   0.00
325095818     Pkg Notify - Emai NR QTY 12
325095818     Reg Unit Price     $   0.00
325095818     Start Date 11/27/18 End Date 01/27/20
325095820 Operator confirmed NR Items with customer
325095904 Customer accepted Credit Card Terms
325095904 Electronic Signature Accepted
325095904              SubTotal  $ 492.00
325095905                 Total  $ 492.00
325095905         Visa Credit    $ 492.00
325095905 ACCOUNT NUMBER *     ***********0753
325095905 Appr Code: 07894D  (I)  Sale
325095905
325095905 ENTRY METHOD: ChipRead
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00003455

The UPS Store Center 0602
47000 Warm Springs BLVD
STE 1
Fremont, CA 94539-1667


11/21/2018 09:58:18 AM  Reg:001  Tran:5121


## Journal View

```
325095905 MODE: Issuer
325095905 AID: A0000000031010
325095905 TVR: 8080008000
325095905 TSI: 7800
325095905 AC: 0AF7D2787C536CFC
325095905 ARC: 00
325095905 Mailbox Services Transaction:
325095905  Mailbox # 122
325095905  Customer IMRAN HUSAIN
325095905  MBM CustomerID 1166
325095905  MBM WQ ID 3421
325095905 Thank You IMRAN HUSAIN
325095905 RECEIPT ID# 83818269277323880524
325095913 EJ: End Of Tran
```

Version 8.1.15.0                Page     2 of 3              Printed 4/11/2019 13:22

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003456

The UPS Store Center 0602
47000 Warm Springs BLVD
STE 1
Fremont, CA 94539-1667

11/21/2018 09:58:18 AM  Reg:001  Tran:5121

## Journal View

| Card Type | Acct No | Tender Amt | Approval | Tran Type | Entry Mthd |
|-----------|---------|------------|----------|-----------|------------|
| VISA | ****0753 | $492.00 | 07894D | Sale | Inserted |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003457

# Exhibit 83

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

| | United States District Court<br>Northern District of California |
|---|---|
| π **PLAINTIFF** π | Case No. 4:18-CV-07602 YGR |
| | Caste Title: Cisco Systems et al v Sheikh et al |
| | Exhibit No. _____ 83 _____ |
| | Date Entered _____ |
| | Susan Y. Soong, Clerk |
| | By: _____, Deputy Clerk |

You received a package via FedEx/Priority Overnight from postal code  with tracking number 100998175419000945380078247301457 2 on 02/29/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 136624

Please sign below in presence of store clerk

Pickup Date:   3/2/2016 2:33 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003458

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from
postal code  with tracking number
101001666449000945380078247800179 on
03/02/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 136676

Please sign below in presence of store clerk

Pickup Date:    3/2/2016 2:33 PM

CISCO00003459

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 1010016660590009453800782509271384 on 03/04/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 136737

Please sign below in presence of store clerk

Pickup Date:     3/7/2016 11:03 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003460

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via DHL/Service from postal code HONG KONG with tracking number 72940143 on 03/04/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 136760

Please sign below in presence of store clerk

Pickup Date:   3/7/2016 11:03 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003461

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 10100166608900094538007825 26383924 on 03/07/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 136772

Please sign below in presence of store clerk

Pickup Date:     3/7/2016 11:03 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003462

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
CHINA with tracking number
100998216224009453800782582274629 on
03/15/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---:|:---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 137032

Please sign below in presence of store clerk

Pickup Date:    3/15/2016 1:45 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003463

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from
postal code  with tracking number
101001666344000945380078263432553 2 on
03/23/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 137163

Please sign below in presence of store clerk

Pickup Date:    3/24/2016 11:29 AM

CISCO00003464

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 101001666404000945380078267942596 on 03/28/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 137231

Please sign below in presence of store clerk

Pickup Date:   3/29/2016 11:23 AM

CISCO00003465

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 100419616464000945380080918 0966512 on 03/31/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 137298

Please sign below in presence of store clerk

Pickup Date:    4/1/2016 11:23 AM

CISCO00003466

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 1010016660440009453800782730741743 on 04/04/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 137332

Please sign below in presence of store clerk

Pickup Date:    4/4/2016 2:31 PM

CISCO00003467

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via OTHER/OTHER from postal code  with tracking number 2408718465  DHL on 04/05/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 137389

Please sign below in presence of store clerk

Pickup Date:    4/7/2016 8:42 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003468

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from
postal code  with tracking number
101001677179000945380078279392 4670 on
04/12/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 137505

Please sign below in presence of store clerk

Pickup Date:    4/12/2016 3:50 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003469

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code CHINA with tracking number 101001667209000945380078282127818 on 04/14/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 137554

Please sign below in presence of store clerk

Pickup Date:   4/14/2016 1:57 PM

CISCO00003470

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 10100166723900094538007828401635550 on 04/18/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---:|:---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 137592

Please sign below in presence of store clerk

Pickup Date:   4/18/2016 1:23 PM

CISCO00003471

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via DHL/Service from postal code
CHINA with tracking number 8332366081 on 04/18/2016.
It was received in Good condition. Please bring this slip to
a store clerk to pick up your item within 5 business day(s)
of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 137616

Please sign below in presence of store clerk

Pickup Date:   4/19/2016 1:12 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003472

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 1010016772840009453800782852796335 on 04/19/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 137617

Please sign below in presence of store clerk

Pickup Date:    4/19/2016 1:12 PM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via OTHER/OTHER from postal code  with tracking number 2629446411   DHL on 04/21/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 137695

Please sign below in presence of store clerk

Pickup Date:    4/22/2016 12:11 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003474

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 101001677344000945380078289341374 on 04/25/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

|                   |            |
|-------------------|------------|
| **Customer:**     | NABIA UDDIN |
| **Location:**     | Shelf      |
| **Package Type:** | Package    |

Package ID # 137722

Please sign below in presence of store clerk

Pickup Date:    4/25/2016 11:09 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003475

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Worldwide Express from postal code  with tracking number 1Z10032V0495266428 on 05/11/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138055

Please sign below in presence of store clerk

Pickup Date:    5/11/2016 12:21 PM

CISCO00003476

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Worldwide Express from postal code  with tracking number 1Z10032V0497219832 on 05/11/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138057

Please sign below in presence of store clerk

Pickup Date:   5/11/2016 12:21 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003477

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from
postal code  with tracking number
10041961817900094538008808448217694 on
05/12/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138062

Please sign below in presence of store clerk

Pickup Date:    5/12/2016 12:35 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
89503 with tracking number 1Z0946Y50309647050 on
05/17/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 138136

Please sign below in presence of store clerk

Pickup Date:    5/17/2016 11:02 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003479

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
89503 with tracking number 1Z0946Y50309647578 on
05/17/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 138137

Please sign below in presence of store clerk

Pickup Date:    5/17/2016 11:02 AM

CISCO00003480

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50343608546 on
05/19/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138175

Please sign below in presence of store clerk

Pickup Date:    5/19/2016 11:33 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003481

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 100998218314009453800783154999616 on 05/23/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138214

Please sign below in presence of store clerk

Pickup Date:    5/23/2016 10:11 AM

CISCO00003482

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
89503 with tracking number 1Z0946Y50309689694 on
05/23/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 138223

Please sign below in presence of store clerk

Pickup Date:    5/23/2016 10:11 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003483

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Next Day Air Saver from postal code 94538 with tracking number 1Z955FV91392938633 on 05/24/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138255

Please sign below in presence of store clerk

**Pickup Date:** 5/24/2016 1:48 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003484

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Next Day Air Saver from postal code 94538 with tracking number 1Z955FV91391435222 on 05/24/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 138256

Please sign below in presence of store clerk

Pickup Date:    5/24/2016 1:48 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
89503 with tracking number 1Z0946Y50309700616 on
05/24/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 138259

Please sign below in presence of store clerk

Pickup Date:     5/24/2016 1:48 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003486

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538–4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 101001668389000945380078320065209 3 on 05/26/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138295

Please sign below in presence of store clerk

Pickup Date:    5/26/2016 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003487

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50309722450 on
05/31/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---:|:---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 138365

Please sign below in presence of store clerk

Pickup Date:    6/1/2016 10:28 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003488

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50310402614 on
06/01/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138381

Please sign below in presence of store clerk

Pickup Date:    6/1/2016 1:51 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003489

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50310416136 on
06/02/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138399

Please sign below in presence of store clerk

Pickup Date:     6/2/2016 1:11 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003490

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50343107784 on
06/07/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138499

Please sign below in presence of store clerk

Pickup Date:   6/7/2016 12:28 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003491

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50309773931 on
06/07/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 138501

Please sign below in presence of store clerk

Pickup Date:    6/7/2016 12:28 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003492

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via USPS/PriorityMail from postal code  with tracking number 70150640000398672479 on 06/14/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138622

Please sign below in presence of store clerk

Pickup Date:   6/17/2016 2:13 PM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from
postal code  with tracking number
1010016612090009453800783338247516 on
06/15/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138651

Please sign below in presence of store clerk

Pickup Date:    6/17/2016 2:13 PM

CISCO00003494

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Next Day Air from postal code  with tracking number 1Z71XW330159468028 on 06/16/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138692

Please sign below in presence of store clerk

Pickup Date:   6/17/2016 2:13 PM

CISCO00003495

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 100998171314000945380078392994996 on 06/21/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 138768

Please sign below in presence of store clerk

Pickup Date:    6/21/2016 11:41 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003496

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/First Packs from postal
code  with tracking number
102761091316000945380078341 3473816 on
06/22/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138786

Please sign below in presence of store clerk

Pickup Date:   6/22/2016 1:50 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003497

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 1009981713590009453800783424896230 on 06/24/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 138829

Please sign below in presence of store clerk

Pickup Date:   6/27/2016 10:20 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003498

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50309904450 on
06/27/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138863

Please sign below in presence of store clerk

Pickup Date:   6/27/2016 10:20 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003499

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
with tracking number
1010016724190009453800783447281828 on
06/28/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138886

Please sign below in presence of store clerk

Pickup Date:    6/28/2016 2:33 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003500

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50344772303 on
06/29/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 138903

Please sign below in presence of store clerk

Pickup Date:    6/30/2016 8:11 AM

CISCO00003501

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z955FV90394729704 on
06/30/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 138927

Please sign below in presence of store clerk

Pickup Date:   7/1/2016 8:16 AM

CISCO00003502

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 101001662464000945380078348115510 on 07/01/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138933

Please sign below in presence of store clerk

Pickup Date:   7/1/2016 11:06 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003503

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Next Day Air from postal
code  with tracking number 1Z955FV90190804311 on
07/05/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138960

Please sign below in presence of store clerk

Pickup Date:    7/5/2016 11:58 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003504

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50310996457 on
07/05/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138964

Please sign below in presence of store clerk

Pickup Date:   7/5/2016 11:58 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003505

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Packages from postal code  with tracking number 100998212074000945380078350262583 on 07/06/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138983

Please sign below in presence of store clerk

Pickup Date:    7/6/2016 12:39 PM

CISCO00003506

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
with tracking number
102760552076000945380078351716 2782 on
07/06/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 138984

Please sign below in presence of store clerk

Pickup Date:    7/6/2016 12:39 PM

CISCO00003507

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50311078090 on
07/07/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139014

Please sign below in presence of store clerk

Pickup Date:    7/7/2016 2:03 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003508

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50311171694 on
07/13/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139128

Please sign below in presence of store clerk

Pickup Date:   7/13/2016 1:27 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 100998172284000945380078359645 0799 on 07/19/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139222

Please sign below in presence of store clerk

Pickup Date:   7/19/2016 10:49 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003510

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50311287131 on
07/20/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139234

Please sign below in presence of store clerk

Pickup Date:     7/20/2016 11:44 AM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from
postal code  with tracking number
100998172314000945380078361934896 on
07/21/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139250

Please sign below in presence of store clerk

Pickup Date:   7/21/2016 10:50 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003512

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50344663109 on
07/22/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 139267

Please sign below in presence of store clerk

Pickup Date:   7/22/2016 2:10 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003513

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Packages from postal code  with tracking number 101001662419000945380078367487 8735 on 07/28/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139352

Please sign below in presence of store clerk

Pickup Date:   7/28/2016 11:03 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003514

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50311930891 on
08/01/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 139420

Please sign below in presence of store clerk

Pickup Date:    8/1/2016 1:56 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003515

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via OTHER/OTHER from postal
code  with tracking number 2645725784 DHL on
08/01/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139426

Please sign below in presence of store clerk

Pickup Date:    8/2/2016 1:42 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003516

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/2Day from postal code
with tracking number 1Z9E107W0294471852 on
08/02/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139432

Please sign below in presence of store clerk

Pickup Date:    8/2/2016 1:42 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003517

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 1004161130890009453800807718136376 on 08/08/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 139533

Please sign below in presence of store clerk

Pickup Date:   8/8/2016 1:52 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003518

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50312075975 on
08/09/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139566

Please sign below in presence of store clerk

Pickup Date:    8/9/2016 2:07 PM

CISCO00003519

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/2Day from postal code
with tracking number 1Z9E107W0290082057 on
08/10/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139591

Please sign below in presence of store clerk

Pickup Date:    8/11/2016 11:03 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003520

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Packages from postal code  with tracking number 1001900231660009453800776977742347 on 08/12/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 139638

Please sign below in presence of store clerk

Pickup Date:    8/12/2016 2:27 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003521

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50311778011 on
08/17/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 139716

Please sign below in presence of store clerk

Pickup Date:   8/17/2016 3:00 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via DHL/Service from postal code
with tracking number JJD014600003553254327 on
08/18/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 139759

Please sign below in presence of store clerk

Pickup Date:    8/19/2016 10:30 AM

CISCO00003523

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via OTHER/OTHER from postal
code  with tracking number 2711578166 on 08/22/2016.
It was received in Good condition. Please bring this slip to
a store clerk to pick up your item within 5 business day(s)
of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139839

Please sign below in presence of store clerk

Pickup Date:   8/22/2016 1:24 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003524

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50312326097 on
08/23/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 139852

Please sign below in presence of store clerk

Pickup Date:    8/23/2016 2:59 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003525

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 1004161543890009453800810375320411 on 09/26/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 140512

Please sign below in presence of store clerk

Pickup Date:   9/26/2016 2:37 PM

CISCO00003526

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Express Saver from postal code  with tracking number B8022601083630425D on 10/04/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 140656

Please sign below in presence of store clerk

Pickup Date:    10/4/2016 1:47 PM

CISCO00003527

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50346546027 on
11/01/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 141125

Please sign below in presence of store clerk

Pickup Date:    11/1/2016 4:28 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003528

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50313394173 on 11/15/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 141398

Please sign below in presence of store clerk

Pickup Date:    11/15/2016 3:14 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003529

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50346903266 on
11/28/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

|  |  |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 141651

Please sign below in presence of store clerk

Pickup Date:    11/28/2016 12:09 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003530

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50313569412 on
11/28/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 141653

Please sign below in presence of store clerk

Pickup Date:    11/28/2016 12:09 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50313960453 on
11/30/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 141747

Please sign below in presence of store clerk

Pickup Date:    11/30/2016 1:52 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003532

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50313578251 on
11/30/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 141749

Please sign below in presence of store clerk

Pickup Date:    11/30/2016 1:52 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003533

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50346967224 on
12/01/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 141774

Please sign below in presence of store clerk

Pickup Date:    12/1/2016 1:50 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003534

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50313736339 on
12/06/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 141923

Please sign below in presence of store clerk

Pickup Date:   12/6/2016 3:35 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003535

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50314130491 on
12/07/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 141967

Please sign below in presence of store clerk

Pickup Date:   12/7/2016 2:04 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50313880898 on 12/13/2016. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 142140

Please sign below in presence of store clerk

Pickup Date:   12/13/2016 2:22 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003537

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from
postal code  with tracking number
1004161172390009453800810737301482 on
12/16/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 142224

Please sign below in presence of store clerk

Pickup Date:    12/16/2016 1:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003538

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50314093059 on
12/17/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 142267

Please sign below in presence of store clerk

Pickup Date:    12/19/2016 11:27 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003539

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50314353572 on
12/21/2016. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 142351

Please sign below in presence of store clerk

Pickup Date:    12/21/2016 1:48 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003540

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50315264612 on
01/16/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 142771

Please sign below in presence of store clerk

Pickup Date:    1/16/2017 1:39 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003541

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50315283333 on
01/17/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 142782

Please sign below in presence of store clerk

Pickup Date:    1/17/2017 1:39 PM

CISCO00003542

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50348722225 on
01/20/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 142864

Please sign below in presence of store clerk

Pickup Date:    1/20/2017 2:14 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003543

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number B8088138848670402D on 01/24/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 142914

Please sign below in presence of store clerk

Pickup Date:   1/24/2017 2:01 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003544

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50314926097 on
01/24/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 142922

Please sign below in presence of store clerk

Pickup Date:    1/24/2017 2:01 PM

CISCO00003545

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50314981214 on
01/26/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

|                    |              |
|-------------------:|:-------------|
| **Customer:**      | NABIA UDDIN  |
| **Location:**      | Shelf        |
| **Package Type:**  | Package      |

Package ID # 142966

Please sign below in presence of store clerk

Pickup Date:   1/26/2017 2:11 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003546

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50314979656 on
01/26/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 142967

Please sign below in presence of store clerk

Pickup Date:   1/26/2017 2:11 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003547

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50348313506 on
01/26/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 142968

Please sign below in presence of store clerk

Pickup Date:   1/26/2017 2:11 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50314980699 on
01/26/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 142969

Please sign below in presence of store clerk

Pickup Date:    1/26/2017 2:11 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003549

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
with tracking number
10041960840400094538080811116187771 on
01/27/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 142986

Please sign below in presence of store clerk

Pickup Date:    1/27/2017 2:12 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003550

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50315004616 on
01/27/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 143002

Please sign below in presence of store clerk

Pickup Date:    1/27/2017 2:12 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003551

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50348371220 on
01/30/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 143026

Please sign below in presence of store clerk

Hardcopy Signature Provided

Pickup Date:    1/30/2017 3:20 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003552

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50315717534 on
02/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 143270

Please sign below in presence of store clerk

Pickup Date:    2/13/2017 2:21 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003553

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50315715456 on 02/14/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 143289

Please sign below in presence of store clerk

Pickup Date:    2/14/2017 1:43 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50315341056 on
02/15/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 143332

Please sign below in presence of store clerk

Pickup Date:    2/15/2017 1:19 PM

CISCO00003555

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx Ground/Ground from postal code  with tracking number 1Z0946Y50348694140 on 02/17/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 143370

Please sign below in presence of store clerk

Pickup Date:    2/17/2017 2:11 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003556

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50315437775 on
02/20/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 143391

Please sign below in presence of store clerk

Pickup Date:    2/21/2017 1:31 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003557

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50348776829 on
02/22/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 143440

Please sign below in presence of store clerk

Pickup Date:    2/22/2017 3:14 PM

CISCO00003558

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50315564137 on 02/28/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 143562

Please sign below in presence of store clerk

Pickup Date:     2/28/2017 2:40 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003559

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50315605217 on 03/06/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 143682

Please sign below in presence of store clerk

Pickup Date:     3/6/2017 3:19 PM

CISCO00003560

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50315682698 on
03/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 143705

Please sign below in presence of store clerk

Pickup Date:   3/7/2017 2:03 PM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
with tracking number
10041960225400094538008077/18238176 on
03/17/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 143909

Please sign below in presence of store clerk

Pickup Date:    3/17/2017 2:07 PM

CISCO00003562

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50316240136 on
03/20/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 143949

Please sign below in presence of store clerk

Pickup Date:    3/20/2017 12:38 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003563

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50349605181 on
03/22/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 143994

Please sign below in presence of store clerk

Pickup Date:    3/22/2017 1:10 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003564

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50316019653 on
03/27/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 144070

Please sign below in presence of store clerk

Pickup Date:    3/27/2017 3:39 PM

CISCO00003565

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50316233895 on
04/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144271

Please sign below in presence of store clerk

Pickup Date:    4/7/2017 3:23 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50349879743 on
04/10/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144309

Please sign below in presence of store clerk

Pickup Date:   4/10/2017 2:08 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003567

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350088783 on
04/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144417

Please sign below in presence of store clerk

Pickup Date:   4/18/2017 1:39 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003568

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50316754939 on
04/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 144422

Please sign below in presence of store clerk

Pickup Date:    4/18/2017 1:39 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50316600498 on 04/19/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144439

Please sign below in presence of store clerk

Pickup Date:    4/19/2017 1:50 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50316648330 on
04/21/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144506

Please sign below in presence of store clerk

Pickup Date:    4/21/2017 2:19 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003571

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50349985824 on
04/24/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 144522

Please sign below in presence of store clerk

Pickup Date:     4/24/2017 4:03 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003572

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350024823 on
04/25/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144550

Please sign below in presence of store clerk

Pickup Date:   4/25/2017 3:36 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50316692014 on 04/25/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144554

Please sign below in presence of store clerk

Pickup Date:   4/25/2017 3:36 PM

CISCO00003574

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50316698250 on
04/26/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144571

Please sign below in presence of store clerk

Pickup Date:    4/27/2017 1:46 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
with tracking number
10042194343400094538080807717046930 on
05/01/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144655

Please sign below in presence of store clerk

Pickup Date:    5/1/2017 1:50 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003576

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50316851655 on
05/04/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144746

Please sign below in presence of store clerk

Pickup Date:   5/4/2017 3:16 PM

CISCO00003577

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317015459 on
05/04/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 144751

Please sign below in presence of store clerk

Pickup Date:    5/4/2017 3:16 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003578

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50316855811 on
05/05/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144767

Please sign below in presence of store clerk

Pickup Date:    5/5/2017 2:14 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
with tracking number
100421954164000945380081037836766 on
05/12/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 144873

Please sign below in presence of store clerk

Pickup Date:   5/12/2017 3:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003580

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350341507 on
05/12/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 144881

Please sign below in presence of store clerk

Pickup Date:   5/12/2017 3:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003581

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317074216 on
05/16/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 144930

Please sign below in presence of store clerk

Pickup Date:    5/16/2017 2:26 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003582

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 101001664254000945380078658033808085 on 05/17/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144941

Please sign below in presence of store clerk

Pickup Date:   5/17/2017 1:48 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 1013179142390009453808811471419837 on 05/18/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144967

Please sign below in presence of store clerk

Pickup Date:   5/18/2017 11:31 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003584

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350438225 on
05/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144983

Please sign below in presence of store clerk

Pickup Date:   5/18/2017 11:31 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003585

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317109054 on
05/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 144984

Please sign below in presence of store clerk

Pickup Date:     5/18/2017 11:31 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003586

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317103854 on
05/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144985

Please sign below in presence of store clerk

Pickup Date:    5/18/2017 11:31 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003587

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317110097 on
05/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144986

Please sign below in presence of store clerk

Pickup Date:   5/18/2017 11:31 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003588

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350442907 on
05/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144987

Please sign below in presence of store clerk

Pickup Date:     5/18/2017 11:31 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003589

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317110613 on
05/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 144988

Please sign below in presence of store clerk

Pickup Date:   5/18/2017 11:31 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003590

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317104371 on
05/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 144989

Please sign below in presence of store clerk

Pickup Date:    5/18/2017 11:31 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003591

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317166251 on
05/23/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145078

Please sign below in presence of store clerk

Pickup Date:   5/23/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003592

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317166779 on
05/23/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145079

Please sign below in presence of store clerk

Pickup Date:    5/23/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003593

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350500620 on
05/23/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145080

Please sign below in presence of store clerk

Pickup Date:    5/23/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50317167812 on 05/23/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145081

Please sign below in presence of store clerk

Pickup Date:   5/23/2017 2:41 PM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code with tracking number 101001664040009453800786696189807 on 05/30/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145165

Please sign below in presence of store clerk

Pickup Date:   5/30/2017 2:44 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003596

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317454850 on
05/31/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145206

Please sign below in presence of store clerk

hand delivered

Pickup Date:   5/31/2017 1:01 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003597

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350801706 on
06/06/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145301

Please sign below in presence of store clerk

Pickup Date:    6/6/2017 1:46 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50350836027 on 06/08/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145363

Please sign below in presence of store clerk

**Pickup Date:**   6/8/2017 2:15 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003599

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350856309 on
06/12/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145408

Please sign below in presence of store clerk

Pickup Date:    6/12/2017 1:48 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003600

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317524015 on
06/12/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145410

Please sign below in presence of store clerk

Pickup Date:    6/12/2017 1:48 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003601

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317525050 on
06/12/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145411

Please sign below in presence of store clerk

Pickup Date:    6/12/2017 1:48 PM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317523490 on
06/12/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145412

Please sign below in presence of store clerk

Pickup Date:    6/12/2017 1:48 PM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50350857862 on 06/12/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145417

Please sign below in presence of store clerk

Pickup Date:    6/13/2017 9:29 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317565614 on
06/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 145421

Please sign below in presence of store clerk

Pickup Date:   6/13/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003605

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317570813 on
06/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145422

Please sign below in presence of store clerk

Pickup Date:   6/13/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003606

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350903105 on
06/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145424

Please sign below in presence of store clerk

Pickup Date:   6/13/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317568737 on
06/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145425

Please sign below in presence of store clerk

Pickup Date:    6/13/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003608

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317569254 on
06/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145426

Please sign below in presence of store clerk

Pickup Date:    6/13/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003609

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317566131 on
06/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:**  NABIA UDDIN
**Location:**  Shelf
**Package Type:**  Package

Package ID # 145427

Please sign below in presence of store clerk

Pickup Date:    6/13/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003610

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350901545 on
06/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145428

Please sign below in presence of store clerk

Pickup Date:    6/13/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003611

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317564053 on
06/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145429

Please sign below in presence of store clerk

Pickup Date:    6/13/2017 2:05 PM

CISCO00003612

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317570297 on
06/13/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---:|:---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145430

Please sign below in presence of store clerk

Pickup Date:   6/13/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
with tracking number
10041960520900094538008114626488834 on
06/14/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145443

Please sign below in presence of store clerk

Pickup Date:    6/14/2017 12:08 PM

CISCO00003614

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317584335 on
06/14/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145447

Please sign below in presence of store clerk

Pickup Date:    6/14/2017 12:08 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003615

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350924940 on
06/15/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145472

Please sign below in presence of store clerk

Pickup Date:    6/15/2017 3:14 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003616

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317604616 on
06/16/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145492

Please sign below in presence of store clerk

Pickup Date:   6/16/2017 1:23 PM

CISCO00003617

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350982664 on
06/20/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145544

Please sign below in presence of store clerk

Pickup Date:    6/20/2017 2:32 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003618

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538–4954**
**(510) 226–7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317648810 on
06/20/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---:|:---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145545

Please sign below in presence of store clerk

Pickup Date:     6/20/2017 2:32 PM

CISCO00003619

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317649855 on
06/20/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145546

Please sign below in presence of store clerk

Pickup Date:    6/20/2017 2:32 PM

CISCO00003620

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50317651413 on 06/21/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145571

Please sign below in presence of store clerk

Pickup Date:   6/21/2017 2:19 PM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50317651931 on 06/21/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 145572

Please sign below in presence of store clerk

Pickup Date:    6/21/2017 2:19 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350984224 on
06/21/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145573

Please sign below in presence of store clerk

Pickup Date:   6/21/2017 2:19 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003623

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
with tracking number
10100166534400094538007869558219 44 on
06/23/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145598

Please sign below in presence of store clerk

Pickup Date:    6/23/2017 1:55 PM

CISCO00003624

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317667013 on
06/23/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145616

Please sign below in presence of store clerk

Pickup Date:   6/23/2017 1:55 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003625

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50350999825 on
06/23/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145619

Please sign below in presence of store clerk

**Pickup Date:** 6/23/2017 1:55 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003626

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50317674818 on 06/26/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145665

Please sign below in presence of store clerk

Pickup Date:   6/26/2017 3:04 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003627

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317673775 on
06/26/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145666

Please sign below in presence of store clerk

Pickup Date:    6/26/2017 3:04 PM

CISCO00003628

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317688858 on
06/28/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145695

Please sign below in presence of store clerk

Pickup Date:    6/28/2017 12:05 PM

CISCO00003629

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351188584 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145778

Please sign below in presence of store clerk

Pickup Date:   7/7/2017 2:41 PM

CISCO00003630

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351197949 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145779

Please sign below in presence of store clerk

Pickup Date:   7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003631

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351185461 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145780

Please sign below in presence of store clerk

Pickup Date:   7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003632

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317854730 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145781

Please sign below in presence of store clerk

Pickup Date:    7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317852652 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 145782

Please sign below in presence of store clerk

Pickup Date:   7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003634

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50317851617 on 07/07/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145783

Please sign below in presence of store clerk

**Pickup Date:**    7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003635

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317854212 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145784

Please sign below in presence of store clerk

Pickup Date:    7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317853179 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145785

Please sign below in presence of store clerk

Pickup Date:     7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003637

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50351196388 on 07/07/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145786

Please sign below in presence of store clerk

Pickup Date:    7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317863579 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:**   **NABIA UDDIN**
**Location:**   Shelf
**Package Type:**   Package

Package ID # 145787

Please sign below in presence of store clerk

Pickup Date:    7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003639

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317864096 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 145788

Please sign below in presence of store clerk

Pickup Date:    7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003640

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50351187021 on 07/07/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | NABIA UDDIN |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145789

Please sign below in presence of store clerk

Pickup Date:    7/7/2017 2:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003641

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317855775 on
07/07/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 145790

Please sign below in presence of store clerk

Pickup Date:    7/7/2017 2:41 PM

CISCO00003642

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50317990459 on
07/14/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145910

Please sign below in presence of store clerk

Pickup Date:     7/14/2017 2:45 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003643

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318199492 on
07/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145967

Please sign below in presence of store clerk

Pickup Date:   7/18/2017 12:25 PM

CISCO00003644

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50318198975 on 07/18/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145968

Please sign below in presence of store clerk

Pickup Date:    7/18/2017 12:25 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351531783 on
07/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145973

Please sign below in presence of store clerk

Pickup Date:    7/18/2017 12:25 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003646

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318180251 on
07/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 145974

Please sign below in presence of store clerk

Pickup Date:   7/18/2017 12:25 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003647

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50351391381 on 07/20/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146005

Please sign below in presence of store clerk

Pickup Date:    7/20/2017 12:10 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50318058572 on 07/20/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146006

Please sign below in presence of store clerk

Pickup Date:   7/20/2017 12:10 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003649

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318059099 on
07/20/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146007

Please sign below in presence of store clerk

Pickup Date:    7/20/2017 12:10 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003650

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50318057537 on 07/20/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146008

Please sign below in presence of store clerk

Pickup Date:   7/20/2017 12:10 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003651

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351527109 on
08/03/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---:|:---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 146207

Please sign below in presence of store clerk

Pickup Date:    8/3/2017 12:39 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from
postal code  with tracking number
10041960711900094538008116122931349 on
08/09/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146291

Please sign below in presence of store clerk

Pickup Date:    8/9/2017 12:37 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
CISCO00003653

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318266052 on
08/09/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146307

Please sign below in presence of store clerk

**Pickup Date:**   8/9/2017 12:37 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003654

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351600421 on
08/09/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146308

Please sign below in presence of store clerk

Pickup Date:     8/9/2017 12:37 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003655

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318266570 on
08/09/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146311

Please sign below in presence of store clerk

Pickup Date:    8/9/2017 12:37 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003656

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318263457 on
08/09/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146314

Please sign below in presence of store clerk

Pickup Date:    8/9/2017 12:37 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 100419617149000945380081145794272 on 08/10/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146326

Please sign below in presence of store clerk

Pickup Date:    8/10/2017 11:51 AM

CISCO00003658

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318294656 on
08/11/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146361

Please sign below in presence of store clerk

Pickup Date:    8/11/2017 12:28 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318376817 on
08/14/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146386

Please sign below in presence of store clerk

Pickup Date:    8/14/2017 12:40 PM

CISCO00003660

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351726788 on
08/15/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146404

Please sign below in presence of store clerk

Pickup Date:   8/15/2017 1:52 PM

CISCO00003661

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318393978 on
08/15/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146405

Please sign below in presence of store clerk

Pickup Date:    8/15/2017 1:52 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003662

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 1004196072390009453800812137728328 on 08/16/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146417

Please sign below in presence of store clerk

Pickup Date:   8/16/2017 1:41 PM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318730933 on
08/17/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146446

Please sign below in presence of store clerk

Pickup Date:    8/17/2017 3:00 PM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351809466 on
08/18/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 146467

Please sign below in presence of store clerk

Pickup Date:   8/18/2017 12:18 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/2Day from postal code
with tracking number
10041611729900094538008114157942592 on
08/21/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 146495

Please sign below in presence of store clerk

Pickup Date:   8/21/2017 10:12 AM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318773058 on
08/21/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146496

Please sign below in presence of store clerk

Pickup Date:    8/21/2017 10:12 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003667

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50352104304 on 08/21/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146507

Please sign below in presence of store clerk

Pickup Date:    8/21/2017 12:57 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50352105867 on
08/21/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146517

Please sign below in presence of store clerk

Pickup Date:    8/21/2017 12:57 PM

CISCO00003669

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351815708 on
08/21/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 146518

Please sign below in presence of store clerk

Pickup Date:    8/21/2017 12:57 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318482890 on
08/21/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146523

Please sign below in presence of store clerk

Pickup Date:    8/21/2017 12:57 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003671

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50318794893 on 08/22/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146534

Please sign below in presence of store clerk

Pickup Date:    8/22/2017 1:21 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318809457 on
08/22/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146538

Please sign below in presence of store clerk

Pickup Date:    8/22/2017 1:21 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003673

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351837542 on
08/23/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146565

Please sign below in presence of store clerk

Pickup Date:    8/23/2017 12:49 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003674

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318504731 on
08/23/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 146567

Please sign below in presence of store clerk

Pickup Date:    8/23/2017 12:49 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003675

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 101001677419000945380078751690646 3 on 08/28/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:**  NABIA UDDIN
**Location:**  Shelf
**Package Type:**  Package

Package ID # 146627

Please sign below in presence of store clerk

Pickup Date:    8/28/2017 12:46 PM

CISCO00003676

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318873413 on
08/29/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146662

Please sign below in presence of store clerk

Pickup Date:    8/29/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003677

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318874458 on
08/29/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** **NABIA UDDIN**
**Location:** Shelf
**Package Type:** Package

Package ID # 146663

Please sign below in presence of store clerk

Pickup Date:    8/29/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003678

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50351917107 on
08/29/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146664

Please sign below in presence of store clerk

Pickup Date:    8/29/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003679

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50352207266 on
08/29/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:**   NABIA UDDIN
**Location:**   Shelf
**Package Type:**   Package

Package ID # 146665

Please sign below in presence of store clerk

Pickup Date:    8/29/2017 2:05 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50352282149 on 09/01/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 146748

Please sign below in presence of store clerk

Pickup Date:    9/5/2017 10:01 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003681

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318949332 on
09/01/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146749

Please sign below in presence of store clerk

Pickup Date:   9/5/2017 10:01 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003682

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50318949850 on 09/01/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146751

Please sign below in presence of store clerk

**Pickup Date:** 9/5/2017 10:01 AM

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50318946219 on 09/01/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146756

Please sign below in presence of store clerk

Pickup Date:    9/5/2017 10:01 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318642538 on
09/05/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

| | |
|---|---|
| **Customer:** | **NABIA UDDIN** |
| **Location:** | Shelf |
| **Package Type:** | Package |

Package ID # 146779

Please sign below in presence of store clerk

Pickup Date:    9/5/2017 1:50 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318715334 on
09/06/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146822

Please sign below in presence of store clerk

Pickup Date:   9/6/2017 2:27 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003686

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via FedEx/Priority Overnight from postal code  with tracking number 100998178149000945380078767005218 on 09/11/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146889

Please sign below in presence of store clerk

Pickup Date:    9/11/2017 3:41 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003687

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50352417860 on 09/11/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146901

Please sign below in presence of store clerk

Pickup Date:   9/11/2017 3:41 PM

CISCO00003688

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code with tracking number 1Z0946Y50352121465 on 09/12/2017. It was received in Good condition. Please bring this slip to a store clerk to pick up your item within 5 business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146939

Please sign below in presence of store clerk

Pickup Date:   9/12/2017 1:00 PM

CISCO00003689

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50318787614 on
09/12/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146940

Please sign below in presence of store clerk

Pickup Date:   9/12/2017 1:00 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50352453740 on
09/12/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 146941

Please sign below in presence of store clerk

Pickup Date:    9/12/2017 1:00 PM

CISCO00003691

**The UPS Store #1805**
**3984 WASHINGTON BLVD**
**FREMONT, CA 94538-4954**
**(510) 226-7690**
**store1805@theupsstore.com**

You received a package via UPS/Ground from postal code
with tracking number 1Z0946Y50352297740 on
09/22/2017. It was received in Good condition. Please
bring this slip to a store clerk to pick up your item within 5
business day(s) of 04/12/2019 to avoid storage fees.

# 315

**Customer:** NABIA UDDIN
**Location:** Shelf
**Package Type:** Package

Package ID # 147194

Please sign below in presence of store clerk

Pickup Date:    9/25/2017 12:09 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003692