# Exhibit 154



United States District Court
Northern District of California

Case No. 4:18-CV-07602 YGR

Caste Title: Cisco Systems et al v Sheikh et al

Exhibit No. 154

Date Entered

Susan Y. Soong, Clerk

By: _____, Deputy Clerk

π PLAINTIFF

# Sumitomo Case#78 ESR

ENG-20033A

©2020 Sumitomo Electric Device Innovations USA All Rights Reserved

SUMITOMO
ELECTRIC
GROUP

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# Sumitomo Case#78

- Requestor Name: Santa Clara VTA
- Product tested:  6 units
- Tested date:  March 27, 2020
- Test Engineer:  Ken Uchida

| SN | PID | CPN | Observation | | | Assessment |
|---|---|---|---|---|---|---|
| | | | Label | Housing, Connector | Others | |
| ECL134305N6 (Shown on Label) | GLC-BX-U (Shown on Label) | 10-2094-02 (Shown on Label) | The serial number of the Brand Protection label is NOT associated with the module serial number. | The housing is different from  that of Sumitomo's SFP products. | The module serial number was shipped as MPN SBP6H44-C1-BN-49 in Nov. 2009. | This is not a Sumitomo's manufactured product. |
| ECL134305N8 (Shown on Label) | GLC-BX-U (Shown on Label) | 10-2094-02 (Shown on Label) | The serial number of the Brand Protection label is NOT associated with the module serial number. | The housing is different from  that of Sumitomo's SFP products. | The module serial number was shipped as MPN SBP6H44-C1-BN-49 in Nov. 2009. | This is not a Sumitomo's manufactured product. |
| ECL134305N9 (Shown on Label) | GLC-BX-U (Shown on Label) | 10-2094-02 (Shown on Label) | The serial number of the Brand Protection label is NOT associated with the module serial number. | The housing is different from  that of Sumitomo's SFP products. | The module serial number was shipped as MPN SBP6H44-C1-BN-49 in Nov. 2009. | This is not a Sumitomo's manufactured product. |

ENG-20033A  Mar. 27, 2020

©2020 Sumitomo Electric Device Innovations USA All Rights Reserved

**CONFIDENTIAL**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00008101

# Sumitomo Case#78 (Continued)

| SN | PID | CPN | Observation | | | Assessment |
|---|---|---|---|---|---|---|
| | | | Label | Housing, Connector | Others | |
| ECL134305R7 (Shown on Label) | GLC-BX-D (Shown on Label) | 10-2093-01 (Shown on Label) | The serial number of the Brand Protection label is NOT associated with the module serial number. | The housing is different from that of Sumitomo's SFP products. | The module serial number was shipped as MPN SBP6H44-C1-BN-31 in Nov. 2009. | This is not a Sumitomo's manufactured product. |
| ECL134305R8 (Shown on Label) | GLC-BX-D (Shown on Label) | 10-2093-01 (Shown on Label) | The serial number of the Brand Protection label is NOT associated with the module serial number. | The housing is different from that of Sumitomo's SFP products. | The module serial number was shipped as MPN SBP6H44-C1-BN-31 in Nov. 2009. | This is not a Sumitomo's manufactured product. |
| ECL134305R9 (Shown on Label) | GLC-BX-D (Shown on Label) | 10-2093-01 (Shown on Label) | The serial number of the Brand Protection label is NOT associated with the module serial number. | The housing is different from that of Sumitomo's SFP products. | The module serial number was shipped as MPN SBP6H44-C1-BN-31 in Nov. 2009. | This is not a Sumitomo's manufactured product. |



3

ENG-20033A  Mar. 27, 2020

©2020 Sumitomo Electric Device Innovations USA All Rights Reserved

**CONFIDENTIAL**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00008102



[http://sei-device.com](http://sei-device.com)

 MC-FM-001 Revision F

4

ENG-20033A  Mar. 27, 2020

©2020 Sumitomo Electric Device Innovations USA All Rights

SUMITOMO
ELECTRIC
GROUP

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00008103

# Exhibit 155

United States District Court
Northern District of California

π PLAINTIFF π

Case No. 4:18-CV-07602 YGR

Caste Title: Cisco Systems et al v Sheikh et al

Exhibit No. _____ 155

Date Entered _____

Susan Y. Soong, Clerk

By: _____, Deputy Clerk

**NeoPhotonics**

# Executive Summary Report

---

**Requester:** Santa Clara VTA
1)  **Product tested via photographs:** GLC-BX-D; **Product Serial Number:** NDG18460096, NDG18460099, NDG18460100
2)  **Product tested via photographs:** GLC-BX-U; **Product Serial Number:** NDG20011379, NDG20011380, NDG20011381

**Testing date:** March 25, 2020
**Test Engineer:**  Max Mercuri

---

Executive Summary Report

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00008104

| 1)  GLC-BX-D **product bearing serial number**  NDG18460096, NDG18460099, NDG18460100 | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| Label Serial Number | The label contains a valid eleven-digit product serial number and a TMG security label serial number.  The TMG security label serial number is associated with the product label serial number in our database. | The inspected product label serial number is invalid as per note 1 at attachment 1. |
| PCBA | The genuine NeoPhotonics PCBA is manufactured with NeoPhotonics parts. | These appear not to be genuine NeoPhotonics PCBAs based on the appearance of the edge connectors as per note 2 of attachment 1. |
| Mechanical | The shell is a genuine NeoPhotonics product. | This appears not to be genuine NeoPhotonics shell based on the appearance as per note 3 at attachment 1. |
| **Assessment:** The products under test are counterfeit based on the respective attributes, observations, and comments noted above. | | |

| Serial Number on the label | Security Number on the label | Security Number from our database | PID | Part Number | Valid Label (note 1) | Shipped | NeoPhotonics PCBA (note 2) | NeoPhotonics Shell (note 3) | Analysis |
|---|---|---|---|---|---|---|---|---|---|
| NDG18460096 | WABXD2010 | WADD31872 | GLC-BX-D | 10-2093-03 | No | Yes | No | No | Counterfeit |
| NDG18460099 | WABXD2012 | WADD31869 | GLC-BX-D | 10-2093-03 | No | Yes | No | No | Counterfeit |
| NDG18460100 | WABXD2013 | WADD31868 | GLC-BX-D | 10-2093-03 | No | Yes | No | No | Counterfeit |

Attachment 1

Page **2** of **3**

Executive Summary Report

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00008105

| 2)  GLC-BX-U **product bearing serial number** NDG20011379,  NDG20011380,  NDG20011381 | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| Label Serial Number | The label contains a valid eleven-digit product serial number and a TMG security label serial number.  The TMG security label serial number is associated with the product label serial number in our database. | The inspected product label serial number is invalid as per note 1 at attachment 2. |
| PCBA | The genuine NeoPhotonics PCBA is manufactured with NeoPhotonics parts. | These appear not to be genuine NeoPhotonics PCBAs based on the appearance of the edge connectors as per note 2 of attachment 2. |
| Mechanical | The shell is a genuine NeoPhotonics product. | This appears not to be genuine NeoPhotonics shell based on the appearance as per note 3 at attachment 2. |
| **Assessment:** The products under test are counterfeit based on the respective attributes, observations, and comments noted above. | | |

| Serial Number on the label | Security Number on the label | Security Number from our database | PID | Part Number | Valid Label (note 1) | Shipped | NeoPhotonics PCBA (note 2) | NeoPhotonics Shell (note 3) | Analysis |
|---|---|---|---|---|---|---|---|---|---|
| NDG20011379 | WABXU2085 | WAJ1B0205 | GLC-BX-U | 10-2094-03 | No | Yes | No | No | Counterfeit |
| NDG20011380 | WABXU2086 | WAJ1B0204 | GLC-BX-U | 10-2094-03 | No | Yes | No | No | Counterfeit |
| NDG20011381 | WABXU2087 | WAJ1B0203 | GLC-BX-U | 10-2094-03 | No | Yes | No | No | Counterfeit |

Attachment 2

* The attributes listed in the above analysis may or may not include every possible identifiable variance with a genuine Cisco product.

Page **3** of **3**

Executive Summary Report

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00008106

# Exhibit 157

United States District Court
Northern District of California

π PLAINTIFF   π

Case No. 4:18-CV-07602 YGR

Caste Title: Cisco Systems et al v Sheikh et al

Exhibit No. _____ 157 _____

Date Entered _____

Susan Y. Soong, Clerk

By: _____, Deputy Clerk

```
show ver
Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(6)E1, RELEASE SOFTWARE (fc4)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2018 by Cisco Systems, Inc.
Compiled Tue 06-Mar-18 06:58 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(4r)E3, RELEASE SOFTWARE (fc4)

wusa-corp1-sw01 uptime is 15 weeks, 4 days, 12 hours, 2 minutes
System returned to ROM by power-on
System restarted at 15:54:30 ARIZONA Wed Aug 28 2019
System image file is "flash:/c2960x-universalk9-mz.152-6.E1.bin"
Last reload reason: power-on


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2121B1WA
Last reset from power-on
2 Virtual Ethernet interfaces
1 FastEthernet interface
102 Gigabit Ethernet interfaces
6 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 5C:6E:46:05:91:00
Motherboard assembly number     : 73-14187-04
Power supply part number        : 341-0527-01
Motherboard serial number       : FOC2121Q1Y1
Power supply serial number      : DCB212140BW
Model revision number           : M0
Motherboard revision number     : A0
```

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003705

```
Model number                  : WS-C2960X-48FPD-L
Daughterboard assembly number : 73-14200-03
Daughterboard serial number   : FOC2121L7WK
System serial number          : FCW2121B1WA
Top Assembly Part Number       : 68-100463-01
Top Assembly Revision Number   : C0
Version ID                     : V04
CLEI Code Number               : CMMLJ00ARD
Daughterboard revision number  : A0
Hardware Board Revision Number : 0x18


Switch Ports Model                    SW Version         SW Image
------ ----- -----                    ----------         ----------
*   1  54    WS-C2960X-48FPD-L        15.2(6)E1          C2960X-UNIVERSALK9-M

show inventory
NAME: "1", DESCR: "WS-C2960X-48FPD-L"
PID: WS-C2960X-48FPD-L , VID: V04 , SN: FCW2121B1WA

NAME: "Switch 1 - FlexStackPlus Module", DESCR: "Stacking Module"
PID: C2960X-STACK  , VID: V02  , SN: FOC22027WKT


wusa-corp1-sw01#show diag
% Incomplete command.

wusa-corp1-sw01#show modu
wusa-corp1-sw01#show module
                           ^
% Invalid input detected at '^' marker.

wusa-corp1-sw01#show idprom all
                            ^
% Invalid input detected at '^' marker.

wusa-corp1-sw01#show sprom all
                           ^
% Invalid input detected at '^' marker.

wusa-corp1-sw01#show hardware
Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(6)E1, R
ELEASE SOFTWARE (fc4)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2018 by Cisco Systems, Inc.
Compiled Tue 06-Mar-18 06:58 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(4r)E3, RELEASE SOFTWAR
```

2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003706

```
E (fc4)

wusa-corp1-sw01 uptime is 15 weeks, 4 days, 12 hours, 15 minutes
System returned to ROM by power-on
System restarted at 15:54:30 ARIZONA Wed Aug 28 2019
System image file is "flash:/c2960x-universalk9-mz.152-6.E1.bin"
Last reload reason: power-on


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of
memory.
Processor board ID FCW2121B1WA
Last reset from power-on
2 Virtual Ethernet interfaces
1 FastEthernet interface
102 Gigabit Ethernet interfaces
6 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address        : 5C:6E:46:05:91:00
Motherboard assembly number      : 73-14187-04
Power supply part number         : 341-0527-01
Motherboard serial number        : FOC2121Q1Y1
Power supply serial number       : DCB212140BW
Model revision number            : M0
Motherboard revision number      : A0
Model number                     : WS-C2960X-48FPD-L
Daughterboard assembly number    : 73-14200-03
Daughterboard serial number      : FOC2121L7WK
System serial number             : FCW2121B1WA
Top Assembly Part Number         : 68-100463-01
Top Assembly Revision Number     : C0
```

                                        3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00003707

```
Version ID                    : V04
CLEI Code Number              : CMMLJ00ARD
Daughterboard revision number : A0
Hardware Board Revision Number : 0x18


Switch Ports Model              SW Version         SW Image
------ ----- -----              ----------         ----------
*    1  54   WS-C2960X-48FPD-L   15.2(6)E1          C2960X-UNIVERSALK9-
```

4

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003708

```
Switch Uptime                     : 15 weeks, 4 days, 12 hours, 18 minutes
Base ethernet MAC Address         : 00:41:D2:EC:5D:80
Motherboard assembly number       : 73-16692-04
3ower supply part number
-4%1I-L0P5O2W8E-R0-15
iSMEoNtShEe_rPbOoWaErRd_ IsNeVrAiLaIlD :n uImnbteerr f a c e   G i:1 /F0O/C4159:4 5i9nRvRaT1
 dP opwoewre rs uspepn1sye  s1e2r4i1a219  nmuimlbleirw a t t s   c:u rLrIeTn1t9 484119H KmOA
 vMooldtealg er e1v5i1s5i6o2n  mnVumber              : K0
Motherboard revision number       : A0
Model number                      : WS-C2960X-48LPS-L
Daughterboard assembly number     : 73-14200-03
Daughterboard serial number       : FOC19457BDD
System serial number              : FCW1946B181
Top assembly part number          : 68-100470-01
Top assembly revision number      : A0
Version ID                        : V03
CLEI Code Number                  : CMMLP00ARC
Daughterboard revision number     : A0


NAME: "2", DESCR: "WS-C2960X-48LPS-L"
PID: WS-C2960X-48LPS-L , VID: V03 , SN: FCW1946B181

NAME: "Switch 2 - FlexStackPlus Module", DESCR: "Stacking Module"
PID: C2960X-STACK      , VID: V02  , SN: FOC202315P9



show hardware

Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(6)E1, RELEASE SOFTWARE (fc4)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2018 by Cisco Systems, Inc.
Compiled Tue 06-Mar-18 06:58 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(4r)E3, RELEASE SOFTWARE (fc4)

wusa-corp1-sw01 uptime is 15 weeks, 4 days, 12 hours, 18 minutes
System returned to ROM by power-on
System restarted at 15:54:30 ARIZONA Wed Aug 28 2019
System image file is "flash:/c2960x-universalk9-mz.152-6.E1.bin"
Last reload reason: power-on


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003709

use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2121B1WA
Last reset from power-on
2 Virtual Ethernet interfaces
1 FastEthernet interface
102 Gigabit Ethernet interfaces
6 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.


Switch 02
---------
Switch Uptime                 : 15 weeks, 4 days, 12 hours, 18 minutes
Base ethernet MAC Address     : 00:41:D2:EC:5D:80
Motherboard assembly number   : 73-16692-04
Power supply part number      : 341-0528-01
Motherboard serial number     : FOC19459RRT
Power supply serial number    : LIT19441HK0
Model revision number         : K0
Motherboard revision number   : A0
Model number                  : WS-C2960X-48LPS-L
Daughterboard assembly number : 73-14200-03
Daughterboard serial number   : FOC19457BDD
System serial number          : FCW1946B181
Top assembly part number      : 68-100470-01
Top assembly revision number  : A0
Version ID                    : V03
CLEI Code Number              : CMMLP00ARC
Daughterboard revision number : A0

2

CISCO00003710

```
NAME: "1", DESCR: "WS-C2960X-48FPD-L"
PID: WS-C2960X-48FPD-L , VID: V04 , SN: FCW2121B1WJ

NAME: "Switch 1 - FlexStackPlus Module", DESCR: "Stacking Module"
PID: C2960X-STACK      , VID: V02 , SN: FOC202313HH

Cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
 agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2121B1WJ
Last reset from power-on
2 Virtual Ethernet interfaces
1 FastEthernet interface
100 Gigabit Ethernet interfaces
8 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address      : 5C:10:C6:4F:89:00
Motherboard assembly number    : 73-14187-04
Power supply part number       : 341-0527-01
Motherboard serial number      : FOC2121TP26
Power supply serial number     : DCB212129TK
Model revision number          : M0
Motherboard revision number    : A0
Model number                   : WS-C2960X-48FPD-L
Daughterboard assembly number  : 73-14200-03
Daughterboard serial number    : FOC2121SMG0
System serial number           : FCW2121B1WJ
Top Assembly Part Number        : 68-100463-01
Top Assembly Revision Number    : C0
Version ID                     : V04
CLEI Code Number               : CMMLJ00ARD
Daughterboard revision number  : A0
Hardware Board Revision Number : 0x18
```

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003711

```
Switch Ports Model                    SW Version          SW Image
------ ----- -----                    ----------          ----------
*   1  54    WS-C2960X-48FPD-L        15.2(6)E1           C2960X-UNIVERSALK9-M


sho hardware
Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(6)E1, RELEASE SOFTWARE (fc4)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2018 by Cisco Systems, Inc.
Compiled Tue 06-Mar-18 06:58 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(4r)E3, RELEASE SOFTWARE (fc4)

wusa-corp2-sw01 uptime is 15 weeks, 4 days, 12 hours, 27 minutes
System returned to ROM by power-on
System restarted at 05:54:15 UTC Thu Aug 29 2019
System image file is "flash:/c2960x-universalk9-mz.152-6.E1.bin"
Last reload reason: power-on



This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
 agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2121B1WJ
Last reset from power-on
2 Virtual Ethernet interfaces
1 FastEthernet interface
100 Gigabit Ethernet interfaces
8 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 5C:10:C6:4F:89:00
Motherboard assembly number     : 73-14187-04
Power supply part number        : 341-0527-01
```

2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003712

```
Motherboard serial number      : FOC2121TP26
Power supply serial number     : DCB212129TK
Model revision number          : M0
Motherboard revision number    : A0
Model number                   : WS-C2960X-48FPD-L
Daughterboard assembly number  : 73-14200-03
Daughterboard serial number    : FOC2121SMG0
System serial number           : FCW2121B1WJ
Top Assembly Part Number       : 68-100463-01
Top Assembly Revision Number   : C0
Version ID                     : V04
CLEI Code Number               : CMMLJ00ARD
Daughterboard revision number  : A0
Hardware Board Revision Number : 0x18


Switch Ports Model                    SW Version          SW Image
------ ----- -----                    ----------          ----------
*    1 54    WS-C2960X-48FPD-L         15.2(6)E1           C2960X-UNIVERSALK9-M
  --More--
```

3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003713

```
show ver
Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(4)E1, RELEASE SOFTWARE (fc2)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDkOywswAVPiZPWi5
Copyright (c) 1986-2016 by Cisco Systems, Inc.
Compiled Thu 28-Jan-16 15:56 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(3r)E1, RELEASE SOFTWARE (fc1)

Switch uptime is 4 minutes
System returned to ROM by power-on
System restarted at 00:58:58 UTC Thu Jan 1 1970
System image file is "flash:/c2960x-universalk9-mz.152-4.E1/c2960x-universalk9-mz.152-4.E1.bin"
Last reload reason: power-on


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2013B003
Last reset from power-on
1 Virtual Ethernet interface
1 FastEthernet interface
50 Gigabit Ethernet interfaces
2 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 50:08:AC:5C:91:80
Motherboard assembly number     : 73-16693-05
Power supply part number        : 341-0537-02
Motherboard serial number       : FOC2136D06A
Power supply serial number      : DCB2019XY8
Model revision number           : M0
Motherboard revision number     : A0

                                 1
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003714

```
Model number               : WS-C2960X-48FPD-L
Daughterboard assembly number : 73-14200-03
Daughterboard serial number : FOC1892D02D
System serial number       : FCW2013B003
Top Assembly Part Number   : 68-100471-02
Top Assembly Revision Number : A0
Version ID                 : V05
CLEI Code Number           : CMMLJ00ARB
Daughterboard revision number : A0
Hardware Board Revision Number : 0x05


Switch Ports Model                SW Version         SW Image
------ ----- -----                ----------         ----------
 *   1  52   WS-C2960X-48FPD-L     15.2(4)E1          C2960X-UNIVERSALK9-M


Configuration register is 0xF

Switch#show inv
Switch#show inventory
NAME: "1", DESCR: "WS-C2960X-48FPD-L"
PID: WS-C2960X-48FPD-L , VID: V05 , SN: FCW2013B003


Switch#show hardware
Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(4)E1, RELEASE SOFTWARE (fc2)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2016 by Cisco Systems, Inc.
Compiled Thu 28-Jan-16 15:56 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(3r)E1, RELEASE SOFTWARE (fc1)

Switch uptime is 4 minutes
System returned to ROM by power-on
System restarted at 00:58:58 UTC Thu Jan 1 1970
System image file is "flash:/c2960x-universalk9-mz.152-4.E1/c2960x-universalk9-mz.152-4.E1.bin"
Last reload reason: power-on


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
```

2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2013B003
Last reset from power-on
1 Virtual Ethernet interface
1 FastEthernet interface
50 Gigabit Ethernet interfaces
2 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 50:08:AC:5C:91:80
Motherboard assembly number     : 73-16693-05
Power supply part number        : 341-0537-02
Motherboard serial number       : FOC2136D06A
Power supply serial number      : DCB2019XY8
Model revision number           : M0
Motherboard revision number     : A0
Model number                    : WS-C2960X-48FPD-L
Daughterboard assembly number   : 73-14200-03
Daughterboard serial number     : FOC1892D02D
System serial number            : FCW2013B003
Top Assembly Part Number        : 68-100471-02
Top Assembly Revision Number    : A0
Version ID                      : V05
CLEI Code Number                : CMMLJ00ARB
Daughterboard revision number   : A0
Hardware Board Revision Number  : 0x05


| Switch | Ports | Model             | SW Version | SW Image             |
| ------ | ----- | ----------------- | ---------- | -------------------- |
| *      | 1 52  | WS-C2960X-48FPD-L | 15.2(4)E1  | C2960X-UNIVERSALK9-M |


Configuration register is 0xF

3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003716

```
show ver
Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(4)E1, RELEASE SOFTWARE (fc2)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2016 by Cisco Systems, Inc.
Compiled Thu 28-Jan-16 15:56 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(3r)E1, RELEASE SOFTWARE (fc1)

Switch uptime is 4 minutes
System returned to ROM by power-on
System restarted at 00:58:58 UTC Thu Jan 1 1970
System image file is "flash:/c2960x-universalk9-mz.152-4.E1/c2960x-universalk9-mz.152-4.E1.bin"
Last reload reason: power-on


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2013B003
Last reset from power-on
1 Virtual Ethernet interface
1 FastEthernet interface
50 Gigabit Ethernet interfaces
2 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 50:08:AC:5C:91:80
Motherboard assembly number     : 73-16693-05
Power supply part number         : 341-0537-02
Motherboard serial number        : FOC2136D06A
Power supply serial number       : DCB2019XY8
Model revision number            : M0
Motherboard revision number      : A0

                                 1
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003717

```
Model number                      : WS-C2960X-48FPD-L
Daughterboard assembly number     : 73-14200-03
Daughterboard serial number       : FOC1892D02D
System serial number              : FCW2013B003
Top Assembly Part Number          : 68-100471-02
Top Assembly Revision Number      : A0
Version ID                        : V05
CLEI Code Number                  : CMMLJ00ARB
Daughterboard revision number     : A0
Hardware Board Revision Number    : 0x05


Switch Ports Model                    SW Version          SW Image
------ ----- -----                    ----------          ----------
*   1  52    WS-C2960X-48FPD-L        15.2(4)E1           C2960X-UNIVERSALK9-M


Configuration register is 0xF

Switch#show inv
Switch#show inventory
NAME: "1", DESCR: "WS-C2960X-48FPD-L"
PID: WS-C2960X-48FPD-L , VID: V05  , SN: FCW2013B003


Switch#show hardware
Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(4)E1, RELEASE SOFTWARE (fc2)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2016 by Cisco Systems, Inc.
Compiled Thu 28-Jan-16 15:56 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(3r)E1, RELEASE SOFTWARE (fc1)

Switch uptime is 4 minutes
System returned to ROM by power-on
System restarted at 00:58:58 UTC Thu Jan 1 1970
System image file is "flash:/c2960x-universalk9-mz.152-4.E1/c2960x-universalk9-mz.152-4.E1.bin"
Last reload reason: power-on


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
```

2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003718

to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2013B003
Last reset from power-on
1 Virtual Ethernet interface
1 FastEthernet interface
50 Gigabit Ethernet interfaces
2 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 50:08:AC:5C:91:80
Motherboard assembly number     : 73-16693-05
Power supply part number        : 341-0537-02
Motherboard serial number       : FOC2136D06A
Power supply serial number      : DCB2019XY8
Model revision number           : M0
Motherboard revision number     : A0
Model number                    : WS-C2960X-48FPD-L
Daughterboard assembly number   : 73-14200-03
Daughterboard serial number     : FOC1892D02D
System serial number            : FCW2013B003
Top Assembly Part Number        : 68-100471-02
Top Assembly Revision Number    : A0
Version ID                      : V05
CLEI Code Number                : CMMLJ00ARB
Daughterboard revision number   : A0
Hardware Board Revision Number  : 0x05


Switch Ports Model                  SW Version          SW Image
------ ----- -----                  ----------          --------
*    1 52    WS-C2960X-48FPD-L       15.2(4)E1           C2960X-UNIVERSALK9-M


Configuration register is 0xF


show inventory
NAME: "1", DESCR: "WS-C2960X-48FPD-L"
PID: WS-C2960X-48FPD-L , VID: V05  , SN: FCW2013A0EH


3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003719

```
Switch#
Apr 13 08:09:17.377: %ILPOWER-7-DETECT: Interface Gi1/0/47: Power Device detected: Cisco PD
Switch#
Switch#
Apr 13 08:09:18.418: %ILPOWER-5-POWER_GRANTED: Interface Gi1/0/47: Power granted
Apr 13 08:09:18.502: %ILPOWER-5-IEEE_DISCONNECT: Interface Gi1/0/47: PD removedshow hardware
Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(4)E1, RELEASE SOFTWARE (fc2)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2016 by Cisco Systems, Inc.
Compiled Thu 28-Jan-16 15:56 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(3r)E1, RELEASE SOFTWARE (fc1)

Switch uptime is 5 minutes
System returned to ROM by power-on
System restarted at 08:04:20 UTC Tue Apr 13 2021
System image file is "flash:/c2960x-universalk9-mz.152-4.E1/c2960x-universalk9-mz.152-4.E1.bin"
Last reload reason: power-on


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2013A0EH
Last reset from power-on
1 Virtual Ethernet interface
1 FastEthernet interface
50 Gigabit Ethernet interfaces
2 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 50:08:AC:5C:8D:80
```

4

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
Motherboard assembly number    : 73-16693-05
Power supply part number        : 341-0537-02
Motherboard serial number       : FOC2136C91I
Power supply serial number      : DCB2019XY4
Model revision number           : M0
Motherboard revision number     : A0
Model number                    : WS-C2960X-48FPD-L
Daughterboard assembly number   : 73-14200-03
Daughterboard serial number     : FOC1892D71Y
System serial number            : FCW2013A0EH
Top Assembly Part Number        : 68-100471-02
Top Assembly Revision Number    : A0
Version ID                      : V05
CLEI Code Number                : CMMLJ00ARB
Daughterboard revision number   : A0
Hardware Board Revision Number  : 0x05


Switch Ports Model                    SW Version          SW Image
------ ----- -----                    ----------          --------
*   1 52  WS-C2960X-48FPD-L          15.2(4)E1           C2960X-UNIVERSALK9-M


Configuration register is 0xF

Switch#
Switch#
Switch#show ver
Cisco IOS Software, C2960X Software (C2960X-UNIVERSALK9-M), Version 15.2(4)E1, RELEASE SOFTWARE (fc2)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2016 by Cisco Systems, Inc.
Compiled Thu 28-Jan-16 15:56 by prod_rel_team

ROM: Bootstrap program is C2960X boot loader
BOOTLDR: C2960X Boot Loader (C2960X-HBOOT-M) Version 15.2(3r)E1, RELEASE SOFTWARE (fc1)

Switch uptime is 5 minutes
System returned to ROM by power-on
System restarted at 08:04:20 UTC Tue Apr 13 2021
System image file is "flash:/c2960x-universalk9-mz.152-4.E1/c2960x-universalk9-mz.152-4.E1.bin"
Last reload reason: power-on


This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
```

5

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003721

```
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.

cisco WS-C2960X-48FPD-L (APM86XXX) processor (revision M0) with 524288K bytes of memory.
Processor board ID FCW2013A0EH
Last reset from power-on
1 Virtual Ethernet interface
1 FastEthernet interface
50 Gigabit Ethernet interfaces
2 Ten Gigabit Ethernet interfaces
The password-recovery mechanism is enabled.

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 50:08:AC:5C:8D:80
Motherboard assembly number     : 73-16693-05
Power supply part number        : 341-0537-02
Motherboard serial number       : FOC2136C91I
Power supply serial number      : DCB2019XY4
Model revision number           : M0
Motherboard revision number     : A0
Model number                    : WS-C2960X-48FPD-L
Daughterboard assembly number   : 73-14200-03
Daughterboard serial number     : FOC1892D71Y
System serial number            : FCW2013A0EH
Top Assembly Part Number        : 68-100471-02
Top Assembly Revision Number    : A0
Version ID                      : V05
CLEI Code Number                : CMMLJ00ARB
Daughterboard revision number   : A0
Hardware Board Revision Number  : 0x05


Switch Ports Model                   SW Version        SW Image
------ ----- -----                   ----------        ----------
*    1 52    WS-C2960X-48FPD-L        15.2(4)E1         C2960X-UNIVERSALK9-M


Configuration register is 0xF
```

6

```
NAME: "c38xx Stack", DESCR: "c38xx Stack"
PID: WS-C3850-48T-E    , VID: V07 , SN: FCW2107C00G

NAME: "Switch 1", DESCR: "WS-C3850-48T-E"
PID: WS-C3850-48T-E    , VID: V07 , SN: FCW2107C00G

NAME: "StackPort1/1", DESCR: "StackPort1/1"
PID: STACK-T1-50CM     , VID: V01 , SN: LCC2129G89J

NAME: "StackPort1/2", DESCR: "StackPort1/2"
PID: STACK-T1-50CM     , VID: V01 , SN: LCC2125G663

NAME: "Switch 1 - Power Supply A", DESCR: "Switch 1 - Power Supply A"
PID: PWR-C1-350WAC     , VID: V02 , SN: ART2150F6V0

cisco WS-C3850-48T (MIPS) processor (revision AB0) with 865070K/6147K bytes of memory.
Processor board ID FCW2107C00G
29 Virtual Ethernet interfaces
104 Gigabit Ethernet interfaces
8 Ten Gigabit Ethernet interfaces
2048K bytes of non-volatile configuration memory.
4194304K bytes of physical memory.
252000K bytes of Crash Files at crashinfo:.
1611414K bytes of Flash at flash:.
0K bytes of  at webui:.
252000K bytes of Crash Files at crashinfo-2:.
1611414K bytes of Flash at flash-2:.

Base Ethernet MAC Address      : 00:3c:10:21:bc:00
Motherboard Assembly Number    : 73-16296-08
Motherboard Serial Number      : FOC2107V5YZ
Model Revision Number          : AB0
Motherboard Revision Number    : B0
Model Number                   : WS-C3850-48T
System Serial Number           : FCW2107C00G


Switch Ports Model             SW Version      SW Image                Mode
------ ----- -----             ----------      --------                ----
*    1 56    WS-C3850-48T      16.3.5b         CAT3K_CAA-UNIVERSALK9 INSTALL

show hardware
Cisco IOS Software [Denali], Catalyst L3 Switch Software (CAT3K_CAA-UNIVERSALK9-M), Version 16.3.5b, RELEASE SOFTWARE
(fc1)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2017 by Cisco Systems, Inc.
Compiled Thu 02-Nov-17 11:07 by mcpre
```

1

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003723

```
Cisco IOS-XE software, Copyright (c) 2005-2017 by cisco Systems, Inc.
All rights reserved.  Certain components of Cisco IOS-XE software are
licensed under the GNU General Public License ("GPL") Version 2.0.  The
software code licensed under GPL Version 2.0 is free software that comes
with ABSOLUTELY NO WARRANTY.  You can redistribute and/or modify such
GPL code under the terms of GPL Version 2.0.  For more details, see the
documentation or "License Notice" file accompanying the IOS-XE software,
or the applicable URL provided on the flyer accompanying the IOS-XE
software.


ROM: IOS-XE ROMMON
BOOTLDR: CAT3K_CAA Boot Loader (CAT3K_CAA-HBOOT-M) Version 3.58, RELEASE SOFTWARE (P)

wusa-corp1-csw01 uptime is 15 weeks, 4 days, 12 hours, 23 minutes
Uptime for this control processor is 15 weeks, 4 days, 12 hours, 28 minutes
System returned to ROM by Power Failure
System image file is "flash:packages.conf"
Last reload reason: Power Failure



This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.


Technology Package License Information:

------------------------------------------------------------------
Technology-package                        Technology-package
Current                 Type              Next reboot
------------------------------------------------------------------
ipservicesk9            Permanent         ipservicesk9

cisco WS-C3850-48T (MIPS) processor (revision A80) with 865070K/6147K bytes of memory.
Processor board ID FCW2107C00G
29 Virtual Ethernet interfaces
```

2

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

```
104 Gigabit Ethernet interfaces
8 Ten Gigabit Ethernet interfaces
2048K bytes of non-volatile configuration memory.
4194304K bytes of physical memory.
252000K bytes of Crash Files at crashinfo:.
1611414K bytes of Flash at flash:.
0K bytes of  at webui:.
252000K bytes of Crash Files at crashinfo-2:.
1611414K bytes of Flash at flash-2:.


cisco WS-C3850-48T (MIPS) processor (revision AB0) with 865070K/6147K bytes of memory.
Processor board ID FCW2107C00G
29 Virtual Ethernet interfaces
104 Gigabit Ethernet interfaces
8 Ten Gigabit Ethernet interfaces
2048K bytes of non-volatile configuration memory.
4194304K bytes of physical memory.
252000K bytes of Crash Files at crashinfo:.
1611414K bytes of Flash at flash:.
0K bytes of  at webui:.
252000K bytes of Crash Files at crashinfo-2:.
1611414K bytes of Flash at flash-2:.

Base Ethernet MAC Address       : 00:3c:10:21:bc:00
Motherboard Assembly Number     : 73-16296-08
Motherboard Serial Number       : FOC2107V5YZ
Model Revision Number           : AB0
Motherboard Revision Number     : B0
Model Number                    : WS-C3850-48T
System Serial Number            : FCW2107C00G


Switch Ports Model              SW Version      SW Image              Mode
------ ----- -----              ----------      --------              ----
*    1 56    WS-C3850-48T       16.3.5b         CAT3K_CAA-UNIVERSALK9 INSTALL
```

3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003725

```
NAME: "Switch 2", DESCR: "WS-C3850-48T-E"
PID: WS-C3850-48T-E    , VID: V07  , SN: FCW2107D008

NAME: "StackPort2/1", DESCR: "StackPort2/1"
PID: STACK-T1-50CM     , VID: V01  , SN: LCC2129G89J

NAME: "StackPort2/2", DESCR: "StackPort2/2"
PID: STACK-T1-50CM     , VID: V01  , SN: LCC2125G663

NAME: "Switch 2 - Power Supply A", DESCR: "Switch 2 - Power Supply A"
PID: PWR-C1-350WAC     , VID: V02  , SN: ART2150F6K2


cisco WS-C3850-48T (MIPS) processor (revision AB0) with 865070K/6147K bytes of memory.
Processor board ID FCW2107C00G
29 Virtual Ethernet interfaces
104 Gigabit Ethernet interfaces
8 Ten Gigabit Ethernet interfaces
2048K bytes of non-volatile configuration memory.
4194304K bytes of physical memory.
252000K bytes of Crash Files at crashinfo:.
1611414K bytes of Flash at flash:.
0K bytes of  at webui:.
252000K bytes of Crash Files at crashinfo-2:.
1611414K bytes of Flash at flash-2:.


Switch 02
---------
Switch uptime                   : 15 weeks, 4 days, 12 hours, 28 minutes

Base Ethernet MAC Address       : 00:3c:10:c0:72:00
Motherboard Assembly Number     : 73-16296-08
Motherboard Serial Number       : FOC2107G461
Model Revision Number           : AB0
Motherboard Revision Number     : B0
Model Number                    : WS-C3850-48T
System Serial Number            : FCW2107D008

show hardware
Cisco IOS Software [Denali], Catalyst L3 Switch Software (CAT3K_CAA-UNIVERSALK9-M), Version 16.3.5b, RELEASE SOFTWARE
(fc1)
Technical Support: https://protect-us.mimecast.com/s/OQxtCDk0ywswAVPiZPWi5
Copyright (c) 1986-2017 by Cisco Systems, Inc.
Compiled Thu 02-Nov-17 11:07 by mcpre


Cisco IOS-XE software, Copyright (c) 2005-2017 by cisco Systems, Inc.
All rights reserved.  Certain components of Cisco IOS-XE software are
```

1

CISCO00003726

```
licensed under the GNU General Public License ("GPL") Version 2.0.  The
software code licensed under GPL Version 2.0 is free software that comes
with ABSOLUTELY NO WARRANTY.  You can redistribute and/or modify such
GPL code under the terms of GPL Version 2.0.  For more details, see the
documentation or "License Notice" file accompaning the IOS-XE software,
or the applicable URL provided on the flyer accompanying the IOS-XE
software.


ROM: IOS-XE ROMMON
BOOTLDR: CAT3K_CAA Boot Loader (CAT3K_CAA-HBOOT-M) Version 3.58, RELEASE SOFTWARE (P)

wusa-corp1-csw01 uptime is 15 weeks, 4 days, 12 hours, 23 minutes
Uptime for this control processor is 15 weeks, 4 days, 12 hours, 28 minutes
System returned to ROM by Power Failure
System image file is "flash:packages.conf"
Last reload reason: Power Failure



This product contains cryptographic features and is subject to United
States and local country laws governing import, export, transfer and
use. Delivery of Cisco cryptographic products does not imply
third-party authority to import, export, distribute or use encryption.
Importers, exporters, distributors and users are responsible for
compliance with U.S. and local country laws. By using this product you
agree to comply with applicable laws and regulations. If you are unable
to comply with U.S. and local laws, return this product immediately.

A summary of U.S. laws governing Cisco cryptographic products may be found at:
https://protect-us.mimecast.com/s/kca5CERPzKcOxDPfZzWYh

If you require further assistance please contact us by sending email to
export@cisco.com.


Technology Package License Information:

------------------------------------------------------------------
Technology-package                      Technology-package
Current                 Type            Next reboot
------------------------------------------------------------------
ipservicesk9            Permanent       ipservicesk9

cisco WS-C3850-48T (MIPS) processor (revision AB0) with 865070K/6147K bytes of memory.
Processor board ID FCW2107C00G
29 Virtual Ethernet interfaces
104 Gigabit Ethernet interfaces
8 Ten Gigabit Ethernet interfaces
```

2

CISCO00003727

```
2048K bytes of non-volatile configuration memory.
4194304K bytes of physical memory.
252000K bytes of Crash Files at crashinfo:.
1611414K bytes of Flash at flash:.
0K bytes of  at webui:.
252000K bytes of Crash Files at crashinfo-2:.
1611414K bytes of Flash at flash-2:.


Switch 02
---------
Switch uptime                       : 15 weeks, 4 days, 12 hours, 28 minutes

Base Ethernet MAC Address           : 00:3c:10:c0:72:00
Motherboard Assembly Number         : 73-16296-08
Motherboard Serial Number           : FOC2107G461
Model Revision Number               : AB0
Motherboard Revision Number         : B0
Model Number                        : WS-C3850-48T
System Serial Number                : FCW2107D008

Configuration register is 0x102
```

3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003728



December 18, 2019

To:     Sideman & Bancroft (Attn: Angela M. He)

From:   West USA Realty - Clint Fouts, President & CEO

RE:     Subpoena Response to File # 102764-11

The information contained in this response was received from our vendor (Valley Net Tech - Readout) and our employees Scott Quain & Steven Fouts (Emails and Purchase Order copy).

**Exhibit 1**

Readout from the Cisco Products

**Exhibit 2**

Original order requested from TNH (The Network Hardware) for Cisco Equipment showing Qty. 5 part number C2960X and Qty. 2 part number C3850.

Proof of payment on our credit card statement indicats payment made to K & F Associates and not TNH (The Network Hardware) as per purchase order.

**Exhibit 3**

Communication emails stating the Qty. 2 C2960X devices could not receive Smartnet and had to be returned to TNH.

The supporting documents for this response are being emailed today, December 18, 2019, to AHE@sideman.com , with the originals to follow by mail.

If you have any further questions, please feel free to contact me at 602-942-4200.

Thank you,

Clint Fouts
President & CEO

2355 W. UTOPIA ROAD, SUITE 100, PHOENIX, AZ  85027                    CORPORATE OFFICE: (602) 942-4200

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00003729

# EXHIBIT 2

**Subject:** Fwd: New Web Order No.10036513 from TheNetworkHardware.com
**From:** Steven Fouts <sfouts@westusa.com>
**Date:** 7/2/2018, 2:18 PM
**To:** Scott Quain <squain@westusa.com>

Begin forwarded message:

**From:** TheNetworkHardware <cs@thenetworkhardware.com>
**Subject: New Web Order No.10036513 from TheNetworkHardware.com**
**Date:** July 2, 2018 at 2:03:57 PM MST
**To:** sfouts@westusa.com

# TNH
The Network Hardware

**Your Order Detail**

**Order Date:** 07-02-2018

**Web Order Number:** 10036513

**Invoice Number:** (Generated after shipment)

**Shipping Method:** UPS 3 Day Select

**E-Mail:** sfouts@westusa.com

**Payment:** Visa | xxxx-xxxx-xxxx-5575   8/2019

**Comments:**

| Ship to | Bill to |
|---|---|
| West USA Realty<br>Steven  Fouts | Steven Fouts |
| 2340 E Beardsley Rd<br>suite 110<br>AZ  Phoenix  85024   US<br>602-942-4200 | 2340 E Beardsley Rd<br>Suite 110<br>AZ  Phoenix  85024  US<br>602-942-4200 |

**Purchased Items**

| Part# | Item Name | Qty | Unit Price | Sub Total |
|---|---|---|---|---|
| WS-C2960X-48FPD-L | Cisco WS-C2960X-48FPD-L ( Catalyst 2960-X) 48 Port PoE Managed Rack Mountable Switch | 5 | $1,540.00 | $7,700.00 |
| C2960X-STACK | Cisco FlexStack-Plus Network Stacking Module for Catalyst | 5 | $380.00 | $1,900.00 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                     CISCO00003730

| WS-C3850-48T-E | Cisco WS-C3850-48T-E (Catalyst 3850) 48 Port Managed Desktop Rack Mountable Switch | 2 | $4,870.00 | $9,740.00 |
|---|---|---|---|---|

| | | Sub Total: | $19,340.00 |
|---|---|---|---|
| | | Sales Tax: | $0.00 |
| | | Shipping & Handling: | $326.62 |
| | | **Total:** | **$19,666.62** |

Your will receive an email with your Invoice Number

© Copyright2018 thenetworkhardware.com All rights reserved

12/18/2019, 9:13 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003731

## Fwd: Fwd: New Web Order No.10036513 from TheNetworkHardware.com

From: Scott Quain <squain@westusa.com>
Sent: Wed, Dec 11, 2019 at 10:59
To: Shannonfouts@westusa.com

---

ℹ   Images not displayed.   **SHOW IMAGES**  |  **ALWAYS SHOW IMAGES FROM THIS SENDER**

---

Scott Quain
West USA IT Dept.
602.942.4200

-------- Forwarded Message --------
Subject: Fwd: New Web Order No.10036513 from TheNetworkHardware.com
Date:   Mon, 23 Jul 2018 13:24:36 -0700
From:   Steven Fouts <sfouts@westusa.com>
To:     Scott Quain <squain@westusa.com>

Begin forwarded message:

**From:** TheNetworkHardware <cs@thenetworkhardware.com>
**Subject: New Web Order No.10036513 from TheNetworkHardware.com**
**Date:** July 2, 2018 at 2:03:57 PM MST
**To:** sfouts@westusa.com

**Your Order Detail**
**Order Date:** 07-02-2018
**Web Order Number:** 10036513
**Invoice Number:** (Generated after shipment)
**Shipping Method:** UPS 3 Day Select
**E-Mail:** sfouts@westusa.com
**Payment:** Visa | xxxx-xxxx-xxxx-5575   8/2019
**Comments:**

| Ship to | Bill to |
|---|---|
| West USA Realty | Steven Fouts |
| Steven Fouts | |
| 2340 E Beardsley Rd | 2340 E Beardsley Rd |
| suite 110 | Suite 110 |
| AZ Phoenix 85024 US | AZ Phoenix 85024 US |
| 602-942-4200 | 602-942-4200 |

**Purchased Items**

| Part# | Item Name | Qty | Unit Price | Sub Total |
|---|---|---|---|---|
| WS-C2960X-48FPD-L | Cisco WS-C2960X-48FPD-L ( Catalyst 2960-X) 48 Port PoE Managed Rack Mountable Switch | 5 | $1,540.00 | $7,700.00 |
| C2960X-STACK | Cisco FlexStack-Plus Network Stacking Module for Catalyst | 5 | $380.00 | $1,900.00 |
| WS-C3850-48T-E | Cisco WS-C3850-48T-E (Catalyst 3850) 48 Port Managed Desktop Rack Mountable Switch | 2 | $4,870.00 | $9,740.00 |

|  |  |
|---|---|
| Sub Total: | $19,340.00 |
| Sales Tax: | $0.00 |
| Shipping & Handling: | $326.62 |
| **Total:** | **$19,666.62** |

Your will receive an email with your Invoice Number
© Copyright2018 thenetworkhardware.com All rights reserved

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      CISCO00003732



## S. FOUTS (...4338)

Things you can do

| Available to spend | Spending limit | Available for cash advance | Cash advance limit |
|---|---|---|---|
| **$28,297.08** | **Not Set**<br>Set Spending Limits > | **$9,500.00** | **Not Set** |

▼ PENDING (2)                                                        Pending charges $127.07

| Date | Description | Amount |
|---|---|---|
| Dec 18, 2019 | AMZN Mktp US | $90.17 |
| Dec 16, 2019 | STAPLES 1355 | $36.90 |

SHOWING [ Jul 17, 2018 statement ⌄ ]   Search  |  Sort Options

| Date ▼ | Description ▼ | Category ▼ | Amount ▼ | |
|---|---|---|---|---|
| Jul 9, 2018 | K&F ASSOCIATES | Office & shipping ⌄ | $19,666.62 | > |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003733

# EXHIBIT 3

**Subject:** RE: West USA Quote
**From:** Alan Newman <alanewm@cdw.com>
**Date:** 8/2/2018, 1:32 PM
**To:** Scott Quain <squain@westusa.com>

Scott,

I have already reached out to my Cisco resources to see if I can get clarification. However, both are out of office until Monday.

The response I received initially today, from my SmartNET team, was the devices were considered "gray market" and not eligible to attach SmartNETs to. That could mean a number of things. Not purchased from an authorized Cicso partner, or the devices could have been sold to another end user initially, then resold into the market while still being new. It is hard to pin down, but I have put the question to Cisco.

If I find any other information, I will let you know.

**Alan Newman**
Account Manager | **CDW**
**Small Business AZ, CO, NM, NV, UT**
1850 E. Northrop Blvd. | Chandler, AZ 85286
Direct: (480) 270-7078 | Cell: (602)-625-0860
Email: alanewm@cdw.com



**From:** Scott Quain <squain@westusa.com>
**Sent:** Thursday, August 02, 2018 11:56 AM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Alan,
Thank you for the explanation but I am still missing the part as to why Cisco has decline SmartNet on these switches. Is there someone that I need to contact directly at Cisco to find out this answer?

Thanks

--
Scott Quain
West USA Support Team
602.942.4200

---

**From:** Alan Newman <alanewm@cdw.com>

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER        CISCO00003734

**Date:** Thursday, August 2, 2018 at 11:44 AM
**To:** Scott Quain <squain@westusa.com>
**Subject:** RE: West USA Quote

Scott,

I can understand your confusion. If you recall, when you advised you had purchased the devices elsewhere, and you advised  you would still want SmartNET sevices, I informed you I would need to know where they were purchased and their serial numbers so Cisco could authenticate the devices. When SmartNET services are sold without the corresponding hardware on the initial order, Cisco requires us to send in serial numbers and where the devices were purchased, prior to processing any order for the requested services. Cisco then informs us if SmartNETS can be issued to those devices. Although I can quote the services pricing, until Cisco approves the devices, Cisco will not allow the SmartNET services to be issued.

In this instance, Cisco has declined to issue SmartNET services for the devices based on the information provided to us. The decision making in this process lies completely with Cisco.

I have reached out to my Cisco resources to see if there is an alternative way to get this resolved.

**Alan Newman**
Account Manager  |  **CDW**
**Small Business  AZ, CO, NM, NV, UT**
1850 E. Northrop Blvd.  |  Chandler, AZ 85286
Direct:  (480) 270-7078  |  Cell:  (602)-625-0860
Email:  alanewm@cdw.com



**From:** Scott Quain <squain@westusa.com>
**Sent:** Thursday, August 02, 2018 10:08 AM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Alan,
I'm confused as they had an earlier bid. What has changed?

--
Scott Quain
West USA Support Team
602.942.4200

**From:** Alan Newman <alanewm@cdw.com>
**Date:** Thursday, August 2, 2018 at 9:46 AM
**To:** Scott Quain <squain@westusa.com>

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003735

**Subject:** RE: West USA Quote

Good Morning Scott,

I just received word from my SmartNET team.  Unfortunately, Cisco has informed us they will not be able to issue SmartNET services for the devices that have been purchased.

**Alan Newman**
Account Manager | **CDW**
**Small Business  AZ, CO, NM, NV, UT**
1850 E. Northrop Blvd.  |  Chandler, AZ 85286
Direct:  (480) 270-7078  |  Cell:  (602)-625-0860
Email:  alanewm@cdw.com



**From:** Scott Quain <squain@westusa.com>
**Sent:** Tuesday, July 31, 2018 12:01 PM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Thanks Alan!

--
Scott Quain
West USA Support Team
602.942.4200

--------------------------------------------------

**From:** Alan Newman <alanewm@cdw.com>
**Date:** Tuesday, July 31, 2018 at 11:55 AM
**To:** Scott Quain <squain@westusa.com>
**Subject:** RE: West USA Quote

Good Afternoon Scott,

I did receive the info and I have sent the info to Cisco.  I have not heard back.  When I get a reply, I will get in touch.

Alan

**From:** Scott Quain <squain@westusa.com>
**Sent:** Tuesday, July 31, 2018 11:36 AM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Fwd: West USA Quote

12/18/2019, 11:39 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003736

I wanted to follow up and see if you got the info below.

Thanka

Scott Quain
West USA Support Team
602.942.4200

Begin forwarded message:

> **From:** Scott Quain <squain@westusa.com>
> **Date:** July 30, 2018 at 1:37:07 PM MST
> **To:** Alan Newman <alanewm@cdw.com>
> **Subject: Re: West USA Quote**

Alan,
Thanks for the info. The ASA was purchased through router-switch.com and the switches were through thenetworkhardware.com.

I also just wanted to verify these switches are confirmed to be serviceable by Cisco?

Thanks

Scott Quain
West USA Support Team
602.942.4200

On Jul 25, 2018, at 11:36 AM, Alan Newman <alanewm@cdw.com> wrote:

Hello Scott,

Pricing for the quote from a month ago was reflective of the discounts from Cisco due to the larger purchase size.  Being as this quote is SmartNet only, the Cisco discounts are significantly less.

**Alan Newman**
Account Representative | **CDW**
**Small Business  AZ, CO, NM, NV, UT**
1850 E. Northrop Blvd.  |  Chandler, AZ 85286
Direct:  (480) 270-7078  |  Cell:  (602)-625-0860
Email:  alanewm@cdw.com

<image003.png>

**From:** Scott Quain <squain@westusa.com>
**Sent:** Wednesday, July 25, 2018 11:25 AM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Alan,
Had a quick question on this quote. It appears that the Smartnet is higher priced now

12/18/2019, 11:39 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003737

for each unit compared to an earlier quote a month ago. I wanted to see why that is.

Thanks

—

Scott Quain
West USA Support Team
602.942.4200

---

**From:** Alan Newman <alanewm@cdw.com>
**Date:** Tuesday, July 24, 2018 at 4:40 PM
**To:** Scott Quain <squain@westusa.com>
**Subject:** RE: West USA Quote

Good Afternoon Scott,

Cisco SmartNET quote is attached. Thanks for providing the serial numbers for the devices you purchased. I have passed that info on to Cisco. Please note on the quote I referenced authentication by Cisco. They have requested the name of the reseller from where the switches were purchased prior to being able to process the quote. Please keep in mind this is a Cisco request not CDW's.

Please contact me with any questions.

Thanks.

**Alan Newman**
Account Representative | **CDW**
**Small Business AZ, CO, NM, NV, UT**
1850 E. Northrop Blvd. | Chandler, AZ 85286
Direct: (480) 270-7078 | Cell: (602)-625-0860
Email: alanewm@cdw.com

<image004.png>

**From:** Scott Quain <squain@westusa.com>
**Sent:** Tuesday, July 24, 2018 12:31 PM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Alan,
Please let me know if you can get this quote back today or early tomorrow.

Thanks

--

Scott Quain
West USA Support Team

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER      CISCO00003738

602.942.4200

**From:** Alan Newman <alanewm@cdw.com>
**Date:** Tuesday, July 24, 2018 at 12:05 PM
**To:** Scott Quain <squain@westusa.com>
**Subject:** RE: West USA Quote

Good Afternoon Scott,

I see you converted the Meraki quote. Thanks. I will send these serial numbers to
Cisco to get the SmartNets in process. I will get back in touch when I receive the info
back from Cisco.

Thanks.

**Alan Newman**
Account Representative | **CDW**
**Small Business  AZ, CO, NM, NV, UT**
1850 E. Northrop Blvd. | Chandler, AZ 85286
Direct: (480) 270-7078 | Cell: (602)-625-0860
Email: alanewm@cdw.com

<image005.png>

**From:** Scott Quain <squain@westusa.com>
**Sent:** Tuesday, July 24, 2018 12:02 PM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Alan,
I got the Meraki's ordered however I need to see about the SmartNet for the
switches/firewall that I have. Please send me over a quote for those. Here is the info
on those.

| Prod# | SN# |
|---|---|
| ASA5516-FPWR-K9 | JMX2217G07M |
| WS-C3850-48T-E | FCW2107C00G |
| WS-C3850-48T-E | FCW2107D008 |
| WS-C2960X-48FPD-L | FCW2121B1WA |
| WS-C2960X-48FPD-L | FCW2121B1WJ |
| WS-C2960X-48FPD-L | FOC2110S24Z |

12/18/2019, 11:39 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003739

WS-C2960X-48FPD-L                    FCW2121B1W3

WS-C2960X-48FPD-L                    FOC2110S22H

Thanks

--
Scott Quain
West USA Support Team
602.942.4200

---

**From:** Alan Newman <alanewm@cdw.com>
**Date:** Monday, July 23, 2018 at 12:43 PM
**To:** Scott Quain <squain@westusa.com>
**Subject:** RE: West USA Quote

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                          CISCO00003740

**Subject:** RE: West USA Quote
**From:** Alan Newman <alanewm@cdw.com>
**Date:** 8/10/2018, 8:44 AM
**To:** Scott Quain <squain@westusa.com>

Good Morning Scott,

I thought I would give you an update. Cisco is just getting into this. I have sent the serial numbers. When I know more, I will let you know.

**Alan Newman**
Account Manager | **CDW**
**Small Business AZ, CO, NM, NV, UT**
1850 E. Northrop Blvd. | Chandler, AZ 85286
Direct: (480) 270-7078 | Cell: (602)-625-0860
Email: alanewm@cdw.com



**From:** Scott Quain <squain@westusa.com>
**Sent:** Tuesday, July 31, 2018 12:01 PM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Thanks Alan!

--
Scott Quain
West USA Support Team
602.942.4200

**From:** Alan Newman <alanewm@cdw.com>
**Date:** Tuesday, July 31, 2018 at 11:55 AM
**To:** Scott Quain <squain@westusa.com>
**Subject:** RE: West USA Quote

Good Afternoon Scott,

I did receive the info and I have sent the info to Cisco. I have not heard back. When I get a reply, I will get in touch.

Alan

1 of 5                                                                                    12/18/2019, 9:17 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00003741

**From:** Scott Quain <squain@westusa.com>
**Sent:** Tuesday, July 31, 2018 11:36 AM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Fwd: West USA Quote

I wanted to follow up and see if you got the info below.

Thanka

Scott Quain
West USA Support Team
602.942.4200

Begin forwarded message:

> **From:** Scott Quain <squain@westusa.com>
> **Date:** July 30, 2018 at 1:37:07 PM MST
> **To:** Alan Newman <alanewm@cdw.com>
> **Subject: Re: West USA Quote**
>
> Alan,
> Thanks for the info. The ASA was purchased through router-switch.com and the switches were
> through thenetworkhardware.com.
>
> I also just wanted to verify these switches are confirmed to be serviceable by Cisco?
>
> Thanks
>
> Scott Quain
> West USA Support Team
> 602.942.4200
>
> On Jul 25, 2018, at 11:36 AM, Alan Newman <alanewm@cdw.com> wrote:
>
>> Hello Scott,
>>
>> Pricing for the quote from a month ago was reflective of the discounts from Cisco due
>> to the larger purchase size. Being as this quote is SmartNet only, the Cisco discounts
>> are significantly less.
>>
>> **Alan Newman**
>> Account Representative  |  **CDW**
>> **Small Business  AZ, CO, NM, NV, UT**
>> 1850 E. Northrop Blvd.  |  Chandler, AZ 85286
>> Direct: (480) 270-7078  |  Cell: (602)-625-0860
>> Email: alanewm@cdw.com
>>
>> <image003.png>
>>
>>
>> **From:** Scott Quain <squain@westusa.com>
>> **Sent:** Wednesday, July 25, 2018 11:25 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003742

**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Alan,
Had a quick question on this quote. It appears that the Smartnet is higher priced now for each unit compared to an earlier quote a month ago. I wanted to see why that is.

Thanks

--
Scott Quain
West USA Support Team
602.942.4200


**From:** Alan Newman <alanewm@cdw.com>
**Date:** Tuesday, July 24, 2018 at 4:40 PM
**To:** Scott Quain <squain@westusa.com>
**Subject:** RE: West USA Quote

Good Afternoon Scott,

Cisco SmartNET quote is attached. Thanks for providing the serial numbers for the devices you purchased. I have passed that info on to Cisco. Please note on the quote I referenced authentication by Cisco. They have requested the name of the reseller from where the switches were purchased prior to being able to process the quote. Please keep in mind this is a Cisco request not CDW's.

Please contact me with any questions.

Thanks.

**Alan Newman**
Account Representative | CDW
**Small Business AZ, CO, NM, NV, UT**
1850 E. Northrop Blvd. | Chandler, AZ 85286
Direct: (480) 270-7078 | Cell: (602)-625-0860
Email: alanewm@cdw.com

<image004.png>


**From:** Scott Quain <squain@westusa.com>
**Sent:** Tuesday, July 24, 2018 12:31 PM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Alan,
Please let me know if you can get this quote back today or early tomorrow.

12/18/2019, 9:17 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003743

Thanks

--
Scott Quain
West USA Support Team
602.942.4200

**From:** Alan Newman <alanewm@cdw.com>
**Date:** Tuesday, July 24, 2018 at 12:05 PM
**To:** Scott Quain <squain@westusa.com>
**Subject:** RE: West USA Quote

Good Afternoon Scott,

I see you converted the Meraki quote.  Thanks.  I will send these serial numbers to
Cisco to get the SmartNets in process.  I will get back in touch when I receive the info
back from Cisco.

Thanks.

**Alan Newman**
Account Representative  |  **CDW**
**Small Business  AZ, CO, NM, NV, UT**
1850 E. Northrop Blvd.  |  Chandler, AZ 85286
Direct:  (480) 270-7078  |  Cell:  (602)-625-0860
Email:  alanewm@cdw.com

<image005.png>

**From:** Scott Quain <squain@westusa.com>
**Sent:** Tuesday, July 24, 2018 12:02 PM
**To:** Alan Newman <alanewm@cdw.com>
**Subject:** Re: West USA Quote

Alan,
I got the Meraki's ordered however I need to see about the SmartNet for the
switches/firewall that I have. Please send me over a quote for those. Here is the info
on those.

| Prod# | SN# |
|---|---|
| ASA5516-FPWR-K9 | JMX2217G07M |
| WS-C3850-48T-E | FCW2107C00G |
| WS-C3850-48T-E | FCW2107D008 |
| WS-C2960X-48FPD-L | FCW2121B1WA |

12/18/2019, 9:17 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003744

| | |
|---|---|
| WS-C2960X-48FPD-L | FCW2121B1WJ |
| WS-C2960X-48FPD-L | FOC2110S24Z |
| WS-C2960X-48FPD-L | FCW2121B1W3 |
| WS-C2960X-48FPD-L | FOC2110S22H |

Thanks

--
Scott Quain
West USA Support Team
602.942.4200


**From:** Alan Newman <alanewm@cdw.com>
**Date:** Monday, July 23, 2018 at 12:43 PM
**To:** Scott Quain <squain@westusa.com>
**Subject:** RE: West USA Quote

12/18/2019, 9:17 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003745

**Subject:** RE: RMA for 10036513. New order will be 10036619
**From:** "CS" <cs@thenetworkhardware.com>
**Date:** 11/20/2018, 7:20 AM
**To:** "'Scott Quain'" <squain@westusa.com>
**CC:** "'Steven Fouts'" <sfouts@westusa.com>

HI;

Yes it has been shipped here is the tracking# 773767319353

BR
SAM

**From:** Scott Quain [mailto:squain@westusa.com]
**Sent:** Monday, November 19, 2018 10:28 PM
**To:** Scott Quain <squain@westusa.com>
**Cc:** CS <cs@thenetworkhardware.com>; Steven Fouts <sfouts@westusa.com>
**Subject:** Re: RMA for 10036513. New order will be 10036619

Can you please confirm these two have shipped? If so, what is the tracking info?

Thanks

Scott Quain
West USA Support Team
602.942.4200

On Nov 13, 2018, at 5:25 PM, Scott Quain <squain@westusa.com> wrote:

Jessica,
Since you are able to verify these two switches are acceptable by Cisco for Smartnet go ahead and ship them.

Thanks

Scott Quain
West USA IT Dept.

On Mon, Nov 12, 2018 at 2:55 PM CS <cs@thenetworkhardware.com> wrote:

Hi Stephen,
    Good afternoon. I've got two incoming : WS-C2960X-48FPD-L to me.  We've already checked the serial numbers and they are smart net eligible.  The boxes are a little worn, but the seal is still intact.   (Picts attached)  Will keep you posted.
Thanks for your patience,

Here are the Serial Numbers Please advise if these are ok to ship.

*FCW2013B003*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER
CISCO00003746

*FCW2013AOEH*

Jessica

**From:** TNH Customer Service [mailto:cs@thenetworkhardware.com]
**Sent:** Thursday, November 01, 2018 10:32 PM
**To:** Scott Quain <squain@westusa.com>
**Cc:** cs@thenetworkhardware.com
**Subject:** Re: RMA for 10036513. New order will be 10036619

Hi Scott,

   We received qty 2 back of the WS-C2960X-48FPD-L.  I'm waiting on stock to come in and will ship out two replacements.  Will keep you posted.

Thanks,
Jessica



-----Original Message-----
From: "Scott Quain" <squain@westusa.com>
Sent: Thursday, October 25, 2018 6:53pm
To: "TNH Customer Service" <cs@thenetworkhardware.com>
Cc: cs@thenetworkhardware.com
Subject: Re: RMA for 10036513

Jessica,
Attached is the image of the shipping receipt with the tracking number on it.
Please let me know if you need anything else.
Thanks
Scott Quain
<image001.jpg>
Get Outlook for iOS


On Thu, Oct 25, 2018 at 4:05 PM -0700, "TNH Customer Service" <cs@thenetworkhardware.com> wrote:

   Hi Scott,

      Good afternoon.  Just wanted to check in and see if you had tracking for this return.  I have a shipment coming in for stock that I will be able to use for your RMA replacement.

      Best Regards,
      Jessica



-----Original Message-----
From: "TNH Customer Service" <cs@thenetworkhardware.com>
Sent: Monday, October 22, 2018 1:17pm
To: "Scott Quain" <squain@westusa.com>
Cc: sfouts@westusa.com, cs@thenetworkhardware.com

12/18/2019, 9:11 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003747

Subject: FW: RMA for 10036513

You have been approved to return qty 2:

| | |
|---|---|
| WS-C2960X-48FPD-L | FOC2110S24Z |
| WS-C2960X-48FPD-L | FOC2110S22H |

The serial numbers will be matched against the 5 that was shipped. It is important that the original Cisco box be included with all pertaining accessories. They should be overboxed.

Please return to:

TheNetwork Hardware
Attn: RMA 10036513
9000 Crow Canyon Rd, STE. S135
Danville, CA 94506

Thank you,
Jessica

-----Original Message-----
From: "TNH Customer Service" <cs@thenetworkhardware.com>
Sent: Monday, August 13, 2018 1:54pm
To: "Steven Fouts" <sfouts@westusa.com>
Cc: cs@thenetworkhardware.com
Subject: RMA for 10036513

Hi Steven,

  Good afternoon. We will have two new serial numbers to provide for you very soon. In the meanwhile I'd like to provide you with a RMA to return the other two switches.
  You have been approved to return qty 2:

| | |
|---|---|
| WS-C2960X-48FPD-L | FOC2110S24Z |
| WS-C2960X-48FPD-L | FOC2110S22H |

The serial numbers will be matched against the 5 that was shipped. It is important that the original Cisco box be included with all pertaining accessories. They should be overboxed.

Please return to:

TheNetwork Hardware
Attn: RMA 10036513
9000 Crow Canyon Rd, STE. S135
Danville, CA 94506

Thank you,
Jessica

-----Original Message-----
From: "Steven Fouts" <sfouts@westusa.com>

12/18/2019, 9:11 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003748

Sent: Tuesday, August 7, 2018 4:03pm
To: "TNH Customer Service" <cs@thenetworkhardware.com>
Subject: Re: 10036513

Jessica,
They are below.
WS-C2960X-48FPD-L          FOC2110S24Z
WS-C2960X-48FPD-L          FOC2110S22H

On Aug 7, 2018, at 3:34 PM, TNH Customer Service
<cs@thenetworkhardware.com> wrote:
Hi Steven,

  Please let me know the serial numbers for the two bad units of the WS-C2960X-
48FPD-L.
Sam is working on getting you a smart net quote for all 6 switches.

Thanks,



Best Regards,

*Jessica McIntosh*
*Operations*
*Direct: 510.509.1757*


www.thenetworkhardware.com
www.tape4backup.com
Tel. 888.995.1331

<tnh-Logo.png>

*CISCO, LCDs, Toners, Tapes and more!*

Note: Credit Card payments are subject to an additional 3.5% fee.
PayPal payments are subject to an additional 4% fee.
International Wire payments add an additional $50 charge.
Domestic Wire payments add an additional $25 charge.
<tnh-Logo.png>


<image002.jpg> Virus-free. www.avg.com


--
Sent from Gmail Mobile

12/18/2019, 9:11 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003749

**Subject: 10036513 New Quote: 2802**
**From:** "TNH Customer Service" <cs@thenetworkhardware.com>
**Date:** 10/22/2018, 1:16 PM
**To:** "Scott Quain" <squain@westusa.com>
**CC:** sfouts@westusa.com, cs@thenetworkhardware.com

Hi Scott,

I created a new quote with your updated shipping address. It is my understanding that you are requesting two more units that are smart net ready. You are not requiring us to send you the serial numbers ahead as long as they meet this requirement.
I'll double check with Sam and get back to you soon. It is normal policy to have the old ones returned back first before replacements can be sent. I'll resend the RMA.

Thanks
Jessica

Best Regards,

*Jessica McIntosh*
*Operations*
*Direct: 510.509.1757*

www.thenetworkhardware.com
www.tape4backup.com
Tel. 888.995.1331

*CISCO, LCDs, Toners, Tapes and more!*

Note: Credit Card payments are subject to an additional 3.5% fee.
PayPal payments are subject to an additional 4% fee.
International Wire payments add an additional $50 charge.
Domestic Wire payments add an additional $25 charge.

-----Original Message-----
From: "Scott Quain" <squain@westusa.com>
Sent: Thursday, September 27, 2018 11:05am
To: cs@thenetworkhardware.com
Cc: sfouts@westusa.com
Subject: FW: Re: 10036513

The Switch SN's are good so we can if you could please send us over an RMA we will send the others back as you ship these to us. I also wanted to make sure you have are updated address

West USA Realty
Attn: Steven Fouts
2355 W Utopia Rd
Suite 100
Phoenix, AZ 85027

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00003750

Thanks

Scott Quain
West USA Support Team


-----Original Message-----
From: "Steven Fouts" <sfouts@westusa.com>
Sent: Wednesday, September 26, 2018 11:14am
To: "Scott Quain" <squain@westusa.com>
Subject: Re: 10036513


On Sep 26, 2018, at 10:47 AM, CS <cs@thenetworkhardware.com> wrote:
Hi;

These 2 are arriving by next week Both are clean please check and approve

FCW2107E030

FCW2108B4NV

*Sam Davis*

CISCO Account Services

CCIE# 48091
Cage Code:7VMA1

DUNS# 080559911

www.thenetworkhardware.com

www.tape4backup.com

888.995.1331

888.449.5050 Fax

*CISCO, LCDs, Toners, Tapes and more!*


**From:** CS [mailto:cs@thenetworkhardware.com]
**Sent:** Tuesday, August 14, 2018 7:12 PM
**To:** 'Steven Fouts' <sfouts@westusa.com>
**Subject:** RE: 10036513

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003751

Good Morning Steven;

Please check these 2 Serial Numbers and advise if these are good so we can bring for you right away.

FCW2119B5W6

FCW2119B27Y


*Sam Davis*

**CISCO Account Services**

CCIE# 48091
Cage Code:7VMA1

DUNS# 080559911

www.thenetworkhardware.com

www.tape4backup.com

**888.995.1331**

**888.449.5050 Fax**

*CISCO, LCDs, Toners, Tapes and more!*



**From:** Steven Fouts [mailto:sfouts@westusa.com]
**Sent:** Wednesday, August 08, 2018 4:04 AM
**To:** TNH Customer Service <cs@thenetworkhardware.com>
**Subject:** Re: 10036513

Jessica,

They are below.

| | |
|---|---|
| WS-C2960X-48FPD-L | FOC2110S24Z |
| WS-C2960X-48FPD-L | FOC2110S22H |


On Aug 7, 2018, at 3:34 PM, TNH Customer Service
<cs@thenetworkhardware.com> wrote:


Hi Steven,

12/18/2019, 9:12 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                     CISCO00003752

Please let me know the serial numbers for the two bad units of the WS-C2960X-48FPD-L.

Sam is working on getting you a smart net quote for all 6 switches.

Thanks,

Best Regards,

*Jessica McIntosh*

*Operations*

*Direct: 510.509.1757*

www.thenetworkhardware.com

www.tape4backup.com

Tel. 888.995.1331

<tnh-Logo.png>

*CISCO, LCDs, Toners, Tapes and more!*

Note: Credit Card payments are subject to an additional 3.5% fee.

PayPal payments are subject to an additional 4% fee.

International Wire payments add an additional $50 charge.

Domestic Wire payments add an additional $25 charge.

<tnh-Logo.png>

12/18/2019, 9:12 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003753

<image001.jpg> Virus-free. www.avg.com

tnh-Logo.png

NETWORKHARDWARE

Attachments:

tnh-Logo.png                                          10.5 KB

12/18/2019, 9:12 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00003754

**Subject:** FW: Fwd: New Serial number
**From:** "Scott Quain" <squain@westusa.com>
**Date:** 9/17/2018, 9:42 AM
**To:** Marc@valleynettech.com

Marc,
Could you please verify that these two SN's will be able to acquire Smartnet.

    Fcw2119b5yb

    Fcw2119b5wd

Scott Quain
West USA Support Team


-----Original Message-----
From: "Steven Fouts" <sfouts@westusa.com>
Sent: Monday, September 10, 2018 11:10am
To: "Scott Quain" <squain@westusa.com>
Subject: Fwd: New Serial number



    Begin forwarded message:
    **From:** "CS" <cs@thenetworkhardware.com>
    **Subject: New Serial number**
    **Date:** September 10, 2018 at 8:33:12 AM MST
    **To:** "'Steven Fouts'" <sfouts@westusa.com>

    Hi;

    Please check these 2 Serial Numbers so we can ship them for you

    Fcw2119b5yb

    Fcw2119b5wd

    *Sam Davis*

    CISCO Account Services

    CCIE# 48091
    Cage Code:7VMA1

    DUNS# 080559911

    www.thenetworkhardware.com

1 of 2

12/18/2019, 9:18 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003755

www.tape4backup.com

888.995.1331

888.449.5050 Fax

*CISCO, LCDs, Toners, Tapes and more!*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003756

**Subject:** Re: RMA for 10036513
**From:** Scott Quain <squain@westusa.com>
**Date:** 10/25/2018, 6:53 PM
**To:** TNH Customer Service <cs@thenetworkhardware.com>
**CC:** <cs@thenetworkhardware.com>

Jessica,
Attached is the image of the shipping receipt with the tracking number on it.

Please let me know if you need anything else.

Thanks

Scott Quain

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003757



(025) 301-0415

10/23/18   12:32 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

001 010010 (002)              T1 $  11.95
   22 x 22 x 22 box
002 001040 (001)              T1 $  68.29
Ground Commercial
Tracking# 1ZV006120345285016

                    SubTotal  $  80.24
                Glendale (T1) $   1.14
                       Total  $  81.38

                CHASE VISA    $  81.38
ACCOUNT NUMBER *          *************8029
Appr Code: 07082G   (T)  Sale

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00003758

Get Outlook for iOS

On Thu, Oct 25, 2018 at 4:05 PM -0700, "TNH Customer Service" <cs@thenetworkhardware.com>
wrote:

Hi Scott,

Good afternoon. Just wanted to check in and see if you had tracking for this return. I have a shipment coming
in for stock that I will be able to use for your RMA replacement.

Best Regards,
Jessica


-----Original Message-----
From: "TNH Customer Service" <cs@thenetworkhardware.com>
Sent: Monday, October 22, 2018 1:17pm
To: "Scott Quain" <squain@westusa.com>
Cc: sfouts@westusa.com, cs@thenetworkhardware.com
Subject: FW: RMA for 10036513

You have been approved to return qty 2:


WS-C2960X-48FPD-L          FOC2110S24Z
WS-C2960X-48FPD-L          FOC2110S22H

The serial numbers will be matched against the 5 that was shipped. It is important that the original Cisco box be
included with all pertaining accessories. They should be overboxed.

Please return to:

TheNetwork Hardware
Attn: RMA 10036513
9000 Crow Canyon Rd, STE. S135
Danville, CA 94506

Thank you,
Jessica


-----Original Message-----
From: "TNH Customer Service" <cs@thenetworkhardware.com>
Sent: Monday, August 13, 2018 1:54pm
To: "Steven Fouts" <sfouts@westusa.com>
Cc: cs@thenetworkhardware.com
Subject: RMA for 10036513

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                              CISCO00003759

Hi Steven,

Good afternoon.  We will have two new serial numbers to provide for you very soon.  In the meanwhile I'd like to provide you with a RMA to return the other two switches.
You have been approved to return qty 2:

| | |
|---|---|
| WS-C2960X-48FPD-L | FOC2110S24Z |
| WS-C2960X-48FPD-L | FOC2110S22H |

The serial numbers will be matched against the 5 that was shipped.  It is important that the original Cisco box be included with all pertaining accessories.  They should be overboxed.

Please return to:

TheNetwork Hardware
Attn: RMA 10036513
9000 Crow Canyon Rd, STE. S135
Danville, CA 94506

Thank you,
Jessica


-----Original Message-----
From: "Steven Fouts" <sfouts@westusa.com>
Sent: Tuesday, August 7, 2018 4:03pm
To: "TNH Customer Service" <cs@thenetworkhardware.com>
Subject: Re: 10036513

Jessica,
They are below.

| | |
|---|---|
| WS-C2960X-48FPD-L | FOC2110S24Z |
| WS-C2960X-48FPD-L | FOC2110S22H |

On Aug 7, 2018, at 3:34 PM, TNH Customer Service <cs@thenetworkhardware.com> wrote:
Hi Steven,

Please let me know the serial numbers for the two bad units of the WS-C2960X-48FPD-L.
Sam is working on getting you a smart net quote for all 6 switches.

Thanks,


Best Regards,

Jessica McIntosh
Operations
Direct: 510.509.1757


www.thenetworkhardware.com
www.tape4backup.com
Tel. 888.995.1331

4 of 5

12/18/2019, 9:19 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003760

<tnh-Logo.png>

*CISCO, LCDs, Toners, Tapes and more!*

Note: Credit Card payments are subject to an additional 3.5% fee.
PayPal payments are subject to an additional 4% fee.
International Wire payments add an additional $50 charge.
Domestic Wire payments add an additional $25 charge.
<tnh-Logo.png>

12/18/2019, 9:19 AM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003761

# DECLARATION OF CUSTODIAN OF RECORDS

Regarding: **CISCO PRODUCTS**

SS# _____

DOB or other ID# _____     Our File # **102764-11**

I am duly authorized as Custodian of Records (or other qualified witness) with the authority to certify records for:

**WEST USA REALTY c/o CLINTON FOUTS**
**2355 W Utopia Rd**
**Phoenix, AZ 85027**

**CERTIFICATION OF RECORDS COPIED** (Custodian's initials _____ )

Including this declaration, all documents, records, and other things called for in the Subpoena Duces Tecum or Authorization which are in my custody have been photocopied at my office, in my presence, under my direction and control; and the copy submitted with declaration is a true copy thereof.

To the best of my knowledge all records referred to above were prepared or compiled by the personnel of the above named business, in the ordinary course of business, at or near the time of the acts, conditions, or events recorded.

No documents, records, or other things have been withheld in order to avoid their being photocopied.

Certain records were omitted because _____

_____

_____

**CERTIFICATION OF NO RECORDS** (Custodian's initials _____ )
A thorough search of the business revealed no records described in the attached subpoena or authorization for the following reason(s):
___ Patient was never treated at this facility
___ Records were destroyed
___ Records were lost/misplaced
___ Records purged/nothing found
___ Storage facilities were searched and no records found
___ Radiological Film/Images were: __ lost __ destroyed __ not taken at this facility __ patient has them
___ Billing records were: __ purged __ not kept because this is a prepaid health plan
___ This person was never employed at this facility
___ Other comments:

_____

_____

This certification is limited to the information supplied to me in the attached document: records may exist under another name, another spelling, or other identifying data.

**CUSTODIAN SIGNATURE**
I DECLARE under penalty of perjury the foregoing is true and correct.

Executed on 12|18|2019              at West USA Realty , AZ
                                                                          State to be filed
                                                                          in by Custodian
Print Name  Clint Fouts            Signed _____

Phone #  602 942 4200

Order#: 102764-11/CPROOF59

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00003762

# Exhibit 158

# Cisco Systems, Inc. Brand Protection Engineering
## Executive Summary Report

**Requester:** West USA Realty

**Product tested via console readouts:**

1. WS-C2960X-48FPD-L bearing serial number FCW2121B1WA
2. WS-C2960X-48FPD-L bearing serial number FCW2121B1WJ
3. WS-C2960X-48FPD-L bearing serial number FCW2013B003
4. WS-C2960X-48FPD-L bearing serial number FCW2013A0EH
5. WS-C3850-48T-E bearing serial number FCW2107C00G
6. WS-C3850-48T-E bearing serial number FCW2107D008
7. WS-C2960X-48LPS-L bearing serial number FCW1946B181

**Testing Date:** December 18, 2019
**Test Engineer:** Michael Heidecker
**Validation Engineer:** Raymond Kwan

π PLAINTIFF   π

United States District Court
Northern District of California

Case No. 4:18-CV-07602 YGR

Caste Title: Cisco Systems et al v Sheikh et al

Exhibit No.        158

Date Entered _____

Susan Y. Soong, Clerk

By: _____, Deputy Clerk

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                        CISCO00008665

| 1. WS-C2960X-48FPD-L bearing serial number FCW2121B1WA | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| A genuine product contains a unique Media Access Control (MAC) Address number, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product has a MAC Address that is linked to the product serial number. | The MAC Address contained in the console readout is 5C:6E:46:05:91:00 and the product serial number contained in the console readout is FCW2121B1WA. See Exhibit 1. | I checked the manufacturing databases, and the MAC Address is not linked with the corresponding product serial number. Instead, the MAC Address is invalid. |
| A genuine product contains a unique Printed Circuit Board Assembly (PCBA) serial number, in addition to the product serial number.  Both numbers are recorded in the manufacturing databases. A genuine product should have a PCBA serial number that is linked to the product serial number. | The PCBA serial number contained in the console readout is FOC2121Q1Y1 and the product serial number contained in the console readout is FCW2121B1WA.  See Exhibit 1. | I checked the manufacturing databases, and the PCBA serial number is not linked with the corresponding product serial number. Instead, the PCBA serial number is invalid. |
| A genuine product contains a Version Identification number (VID) on the unit label, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product should have a VID number that is linked to the product serial number. | The VID number contained in the console readout is V04 and the product serial number contained in the console readout is FCW2121B1WA.  See Exhibit 1. | I checked the manufacturing databases, and the VID number is not linked with the corresponding product serial number. Instead, the VID number should be V07. |
| **Assessment:** The product under test is counterfeit based on the respective attributes, observations, and comments noted above. The MSRP value for a genuine WS-C2960X-48FPD-L product is $8,725.50. | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00008666

Exhibit 1:

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address      : 5C:6E:46:05:91:00
Motherboard assembly number    : 73-14187-04
Power supply part number       : 341-0527-01
Motherboard serial number      : FOC2121Q1Y1
Power supply serial number     : DCB212140BW
Model revision number          : M0
Motherboard revision number    : A0
Model number                   : WS-C2960X-48FPD-L
Daughterboard assembly number  : 73-14200-03
Daughterboard serial number    : FOC2121L7WK
System serial number           : FCW2121B1WA
Top Assembly Part Number       : 68-100463-01
Top Assembly Revision Number   : C0
Version ID                     : V04
CLEI Code Number               : CMMLJ00ARD
Daughterboard revision number  : A0
Hardware Board Revision Number : 0x18

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00008667

| 2.  WS-C2960X-48FPD-L bearing serial number FCW2121B1WJ | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| A genuine product contains a unique Media Access Control (MAC) Address number, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product has a MAC Address that is linked to the product serial number. | The MAC Address contained in the console readout is 5C:10:C6:4F:89:00 and the product serial number contained in the console readout is FCW2121B1WJ.  See Exhibit 2. | I checked the manufacturing databases, and the MAC Address is not linked with the corresponding product serial number. Instead, the MAC Address is invalid. |
| A genuine product contains a unique Printed Circuit Board Assembly (PCBA) serial number, in addition to the product serial number.  Both numbers are recorded in the manufacturing databases. A genuine product should have a PCBA serial number that is linked to the product serial number. | The PCBA serial number contained in the console readout is FOC2121TP26 and the product serial number contained in the console readout is FCW2121B1WJ.  See Exhibit 2. | I checked the manufacturing databases, and the PCBA serial number is not linked with the corresponding product serial number. Instead, the PCBA serial number is invalid. |
| A genuine product contains a Version Identification number (VID) on the unit label, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product should have a VID number that is linked to the product serial number. | The VID number contained in the console readout is V04 and the product serial number contained in the console readout is FCW2121B1WJ.  See Exhibit 2. | I checked the manufacturing databases, and the VID number is not linked with the corresponding product serial number. Instead, the VID number should be V07. |
| **Assessment:** The product under test is counterfeit based on the respective attributes, observations, and comments noted above. The MSRP value for a genuine WS-C2960X-48FPD-L product is $8,725.50. | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00008668

Exhibit 2:

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address      : 5C:10:C6:4F:89:00
Motherboard assembly number    : 73-14187-04
Power supply part number       : 341-0527-01
Motherboard serial number      : FOC2121TP26
Power supply serial number     : DCB212129TK
Model revision number          : M0
Motherboard revision number    : A0
Model number                   : WS-C2960X-48FPD-L
Daughterboard assembly number  : 73-14200-03
Daughterboard serial number    : FOC2121SMG0
System serial number           : FCW2121B1WJ
Top Assembly Part Number       : 68-100463-01
Top Assembly Revision Number   : C0
Version ID                     : V04
CLEI Code Number               : CMMLJ00ARD
Daughterboard revision number  : A0
Hardware Board Revision Number : 0x18

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                        CISCO00008669

| 3.  WS-C2960X-48FPD-L bearing serial number FCW2013B003 | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| A genuine product contains a unique Media Access Control (MAC) Address number, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product has a MAC Address that is linked to the product serial number. | The MAC Address contained in the console readout is 50:08:AC:5C:91:80 and the product serial number contained in the console readout is FCW2013B003.  See Exhibit 3. | I checked the manufacturing databases, and the MAC Address is not linked with the corresponding product serial number. Instead, the MAC Address is invalid. |
| A genuine product contains a unique Printed Circuit Board Assembly (PCBA) serial number, in addition to the product serial number.  Both numbers are recorded in the manufacturing databases. A genuine product should have a PCBA serial number that is linked to the product serial number. | The PCBA serial number contained in the console readout is FOC2136D06A and the product serial number contained in the console readout is FCW2013B003.  See Exhibit 3. | I checked the manufacturing databases, and the PCBA serial number is not linked with the corresponding product serial number. Instead, the PCBA serial number is invalid. |
| A genuine product contains a Common Language Equipment Identifier (CLEI) Code and product serial number.  Both numbers are recorded in the manufacturing databases. A genuine product should have a CLEI Code that is linked to the product serial number. | The CLEI Code contained in the console readout is CMMLJ00ARB and the product serial number contained in the console readout is FCW2013B003.  See Exhibit 3. | I checked the manufacturing databases, and the CLEI Code is not linked with the corresponding product serial number. Instead, the CLEI Code should be CMMLJ00ARD. |
| **Assessment:** The product under test is counterfeit based on the respective attributes, observations, and comments noted above. The MSRP value for a genuine WS-C2960X-48FPD-L product is $8,725.50. | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00008670

Exhibit 3:

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address       : 50:08:AC:5C:91:80
Motherboard assembly number    : 73-16693-05
Power supply part number       : 341-0537-02
Motherboard serial number      : FOC2136D06A
Power supply serial number     : DCB2019XY8
Model revision number          : M0
Motherboard revision number    : A0
Model number                   : WS-C2960X-48FPD-L
Daughterboard assembly number  : 73-14200-03
Daughterboard serial number    : FOC1892D02D
System serial number           : FCW2013B003
Top Assembly Part Number       : 68-100471-02
Top Assembly Revision Number   : A0
Version ID                     : V05
CLEI Code Number               : CMMLJ00ARB
Daughterboard revision number  : A0
Hardware Board Revision Number : 0x05

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                        CISCO00008671

| 4.  WS-C2960X-48FPD-L bearing serial number FCW2013A0EH | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| A genuine product contains a unique Media Access Control (MAC) Address number, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product has a MAC Address that is linked to the product serial number. | The MAC Address contained in the console readout is 50:08:AC:5C:8D:80 and the product serial number contained in the console readout is FCW2013A0EH.  See Exhibit 4. | I checked the manufacturing databases, and the MAC Address is not linked with the corresponding product serial number. Instead, the MAC Address is invalid. |
| A genuine product contains a unique Printed Circuit Board Assembly (PCBA) serial number, in addition to the product serial number.  Both numbers are recorded in the manufacturing databases. A genuine product should have a PCBA serial number that is linked to the product serial number. | The PCBA serial number contained in the console readout is FOC2136C91I and the product serial number contained in the console readout is FCW2013A0EH.  See Exhibit 4. | I checked the manufacturing databases, and the PCBA serial number is not linked with the corresponding product serial number. Instead, the PCBA serial number is invalid. |
| A genuine product contains a Common Language Equipment Identifier (CLEI) Code and product serial number.  Both numbers are recorded in the manufacturing databases. A genuine product should have a CLEI Code that is linked to the product serial number. | The CLEI Code contained in the console readout is CMMLJ00ARB and the product serial number contained in the console readout is FCW2013A0EH.  See Exhibit 3. | I checked the manufacturing databases, and the CLEI Code is not linked with the corresponding product serial number. Instead, the CLEI Code should be CMMLJ00ARD. |
| **Assessment:** The product under test is counterfeit based on the respective attributes, observations, and comments noted above. The MSRP value for a genuine WS-C2960X-48FPD-L product is $8,725.50. | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00008672

Exhibit 4:

512K bytes of flash-simulated non-volatile configuration memory.
Base ethernet MAC Address     : 50:08:AC:5C:8D:80
Motherboard assembly number   : 73-16693-05
Power supply part number      : 341-0537-02
Motherboard serial number     : FOC2136C91I
Power supply serial number    : DCB2019XY4
Model revision number         : M0
Motherboard revision number   : A0
Model number                  : WS-C2960X-48FPD-L
Daughterboard assembly number : 73-14200-03
Daughterboard serial number   : FOC1892D71Y
System serial number          : FCW2013A0EH
Top Assembly Part Number      : 68-100471-02
Top Assembly Revision Number  : A0
Version ID                    : V05
CLEI Code Number              : CMMLJ00ARB
Daughterboard revision number : A0
Hardware Board Revision Number : 0x05

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                              CISCO00008673

| 5.  WS-C3850-48T-E bearing serial number FCW2107C00G | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| A genuine product contains a unique Media Access Control (MAC) Address number, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product has a MAC Address that is linked to the product serial number. | The MAC Address contained in the console readout is 00:3C:10:21:BC:00 and the product serial number contained in the console readout is FCW2107C00G.  See Exhibit 5. | I checked the manufacturing databases, and the MAC Address is not linked with the corresponding product serial number. Instead, the MAC Address is linked to a WS-C3850-48T-L (SN: FOC2201U04J). |
| A genuine product contains a unique Printed Circuit Board Assembly (PCBA) serial number, in addition to the product serial number.  Both numbers are recorded in the manufacturing databases. A genuine product should have a PCBA serial number that is linked to the product serial number. | The PCBA serial number contained in the console readout is FOC2107V5YZ and the product serial number contained in the console readout is FCW2107C00G.  See Exhibit 5. | I checked the manufacturing databases, and the PCBA serial number is not linked with the corresponding product serial number. Instead, the PCBA serial number is invalid. |
| **Assessment:** The product under test is counterfeit based on the respective attributes, observations, and comments noted above. The MSRP value for a genuine WS-C3850-48T-E product is $27,147.05. | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00008674

Exhibit 5:

```
Base Ethernet MAC Address      : 00:3c:10:21:bc:00
Motherboard Assembly Number     : 73-16296-08
Motherboard Serial Number      : FOC2107V5YZ
Model Revision Number          : AB0
Motherboard Revision Number     : B0
Model Number            : WS-C3850-48T
System Serial Number        : FCW2107C00G

NAME: "Switch 1", DESCR: "WS-C3850-48T-E"
PID: WS-C3850-48T-E    , VID: V07  , SN: FCW2107C00G
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00008675

| 6.  WS-C3850-48T-E bearing serial number FCW2107D008 | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| A genuine product contains a unique Media Access Control (MAC) Address number, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product has a MAC Address that is linked to the product serial number. | The MAC Address contained in the console readout is 00:3C:10:C0:72:00 and the product serial number contained in the console readout is FCW2107D008.  See Exhibit 6. | I checked the manufacturing databases, and the MAC Address is not linked with the corresponding product serial number. Instead, the MAC Address is linked to a WS-C3850-48T-L (SN: FCW2201D05X). |
| A genuine product contains a unique Printed Circuit Board Assembly (PCBA) serial number, in addition to the product serial number.  Both numbers are recorded in the manufacturing databases. A genuine product should have a PCBA serial number that is linked to the product serial number. | The PCBA serial number contained in the console readout is FOC2107G461 and the product serial number contained in the console readout is FCW2107D008.  See Exhibit 6. | I checked the manufacturing databases, and the PCBA serial number is not linked with the corresponding product serial number. Instead, the PCBA serial number is invalid. |
| **Assessment:** The product under test is counterfeit based on the respective attributes, observations, and comments noted above. The MSRP value for a genuine WS-C3850-48T-E product is $27,147.05. | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                          CISCO00008676

Exhibit 6:

Base Ethernet MAC Address        : 00:3c:10:c0:72:00
Motherboard Assembly Number       : 73-16296-08
Motherboard Serial Number       : FOC2107G461
Model Revision Number         : AB0
Motherboard Revision Number        : B0
Model Number             : WS-C3850-48T
System Serial Number          : FCW2107D008

NAME: "Switch 2", DESCR: "WS-C3850-48T-E"
PID: WS-C3850-48T-E    , VID: V07  , SN: FCW2107D008

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    CISCO00008677

| 7.  WS-C2960X-48LPS-L bearing serial number FCW1946B181 | | |
|---|---|---|
| **Attribute of a Genuine Product** | **Observations of Product Under Test** | **Analysis** |
| A genuine product contains a unique Media Access Control (MAC) Address number, in addition to the product serial number. Both numbers are recorded in the manufacturing databases. A genuine product has a MAC Address that is linked to the product serial number. | The MAC Address contained in the console readout is 00:41:D2:EC:5D:80 and the product serial number contained in the console readout is FCW1946B181.  See Exhibit 7. | I checked the manufacturing databases, and the MAC Address is linked with the corresponding PID and product serial number. |
| A genuine product contains a unique Printed Circuit Board Assembly (PCBA) serial number, in addition to the product serial number.  Both numbers are recorded in the manufacturing databases. A genuine product should have a PCBA serial number that is linked to the product serial number. | The PCBA serial number contained in the console readout is FOC19459RRT and the product serial number contained in the console readout is FCW1946B181.  See Exhibit 7. | I checked the manufacturing databases, and the PCBA serial number is linked with the corresponding PID and product serial number. |
| **Assessment:** The product under test is genuine based on the respective attributes, observations, and comments noted above. The MSRP value for a genuine WS-C2960X-48LPS-L product is $6,105.75. | | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                        CISCO00008678

Exhibit 7:

Base ethernet MAC Address     : 00:41:D2:EC:5D:80
Motherboard assembly number    : 73-16692-04
Power supply part number      : 341-0528-01
Motherboard serial number     : FOC19459RRT
Power supply serial number    : LIT19441HK0
Model revision number       : K0
Motherboard revision number    : A0
Model number           : WS-C2960X-48LPS-L
Daughterboard assembly number  : 73-14200-03
Daughterboard serial number   : FOC19457BDD
System serial number       : FCW1946B181
Top assembly part number     : 68-100470-01
Top assembly revision number   : A0
Version ID            : V03
CLEI Code Number         : CMMLP00ARC
Daughterboard revision number  : A0

---

* The attributes listed in the above analysis may or may not include every possible identifiable variance with a genuine Cisco product.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    CISCO00008679

# Exhibit 183

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in

| | United States District Court<br>Northern District of California |
|---|---|
| | Case No.: 4:18-CV-07602 YGR |
| | Caste Title: Cisco Systems et al v Sheikh et al |
| | Exhibit No.    183 |
| | Date Entered |
| | Susan Y. Soong, Clerk |
| | By: _____, Deputy Clerk |

# UNITED STATES DISTRICT COURT
## for the
### Northern District of California

CISCO SYSTEMS, INC., et. al.

      *Plaintiff*

v.

ZAHID "DONNY" HASSAN SHEIKH, et. al.

      *Defendant*

Civil Action No.  4:18-cv-07602 YGR

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

American Express Company, c/o CT Corporation System, Registered Agent
818 West Seventh Street, Suite 930, Los Angeles, CA  90017

To:

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:  All statements of account, for credit card number 3732 700195 61024, in the name of Kamran Sheikh, from May 1, 2016 to the date of production.

| Place: Sideman & Bancroft LLP<br>One Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111 | Date and Time:<br><br>03/09/2020 10:00 am |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    02/18/2020

     *CLERK OF COURT*

            OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Cisco Systems, Inc. and Cisco Technology, Inc. _____ , who issues or requests this subpoena, are:

Richard Nelson, Sideman & Bancroft LLP, One Embarcadero Center, 22nd Floor, San Francisco, CA 94111, (415) 392-1960

rnelson@sideman.com    **Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AMEX000001

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009022

**DUPLICATE COPY**

**Business Platinum Card®**
ADSI INC

**OPEN** SM

p. 15/32

Closing Date 10/17/16

Account Ending 5-61008

---

| **Detail Continued** |
|---|

| | | | Foreign Spend | **Amount** |
|---|---|---|---|---|

**KAMRAN SHEIKH**
Card Ending 5-61024

| | | | Foreign Spend | **Amount** |
|---|---|---|---|---|
| 09/19/16 | PAYPAL*EASTERNGRP | | | $62.00 |
| | 4029357733   AZ | | | |
| | 402-935-7733 | | | |
| | Description | | | |
| | TAXI CABS AND LIMOUS | | | |
| 09/21/16 | UNITED AIRLINES | | | $19.99 |
| | HOUSTON   TX | | | |
| | UNITED AIRLINES | | | |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO INTL | SHANGHAI PUDONG A | UA | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number:01629260166796          Date of Departure:09/21
Passenger Name:SHEIKH/INFLIGHT WIFI
Document Type:WIFI

| 09/23/16 | CTRIP CHARMING INT'L TRAVELL TD CHINA | 2,004.00 China Yuan Renminbs | $300.49 |
|---|---|---|---|
| | SHANGHAI   SH | | |
| | 2FNO1230A SIPINGRDY | | |
| 09/27/16 | EXPRESSVPN.COM 000971000010402 | | $12.95 |
| | NEWARK   DE | | |
| | SUPPORT@EXPRESSVPN.COM | | |
| 09/28/16 | ETERNAL EAST DELUXE-LIMO SERVICES COL | 400.00 Hong Kong Dollars | $51.59 |
| | LANTAU ISLAND   HK | | |
| | TRAVEL AGENCY | | |
| | Description | | |
| | TRAVEL SERVICES | | |
| 09/28/16 | NOVOTEL BEIJING PEACE HOTEL   CHINA | 3,539.34 China Yuan Renminbs | $530.63 |
| | BEIJING   BE | | |
| | 3 JINYU HUTONG WANGFU | | |
| 10/02/16 | SHANGRI-LA HOTEL SHENZHEN CHINA | 399.94 China Yuan Renminbs | $59.96 |
| | SHENZHEN   GU | | |
| | EAST SIDE RAILWAY STATION | | |
| 10/04/16 | SHALIMAAR RESTAURANT 0910 | | $23.93 |
| | FREMONT   CA | | |
| | 510-579-1513 | | |
| | FOOD   $23.93 | | |
| 10/07/16 | PF CHANG'S | | $19.71 |
| | FREMONT   CA | | |
| | 111-111-1111 | | |
| | Description | | |
| | FOOD/BEVERAGE | | |
| 10/07/16 | SAFEWAY | | $18.98 |
| | PLEASANTON   CA | | |
| | GROCERY STORE | | |

AMEX000044

Continued on reverse

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009065

**DUPLICATE COPY**
Account Ending 5-61008

p. 6/18

---

| **Detail Continued** | *Indicates posting date | | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 07/19/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 07/19/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 07/19/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 07/20/18 | FULL COMPASS SYS VT 0035765153593 COMMERCIAL EQUIP/SUPPLY | MADISON | WI | $475.01 |
| 07/20/18 | ZENDESK, INC. INV0350937794538 | SAN FRANCISCO | CA | $14.00 |
| 07/23/18 | PURECHAT INC 00-08027473514 480-3621900 | SCOTTSDALE | AZ | $12.00 |
| 07/24/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 07/24/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $7.20 |
| 07/25/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $2.99 |
| 07/25/18 | ZENDESK, INC. INV0352183294538 | SAN FRANCISCO | CA | $28.00 |
| 07/26/18 | MONOPRICE, INC. 0MZBQT9P94538 MONOPRICE INC | RANCHO CUCO | CA | $237.64 |
| 07/26/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 07/27/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 07/27/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 07/30/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 07/31/18 | ARIBA SUPPLIER SOLUTIO LICENSES | 801-316-0655 | PA | $25.00 |
| 08/01/18 | VISTAPR*VISTAPRINT.COM PRINTING | 866-8936743 | MA | $48.05 |
| 08/01/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/01/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/01/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $7.20 |
| 08/01/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/01/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/02/18 | PAYFLOW/PAYPAL 0045 888-883-9770 | LAVISTA | NE | $30.30 |
| 08/03/18 | ZENDESK, INC. INV0354732994538 | SAN FRANCISCO | CA | $14.00 |
| 08/04/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $198.00 |
| 08/06/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/06/18 | USPS.COMCLICKNSHIP660427000 8002758777 | 800-344-7779 | DC | $6.70 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**DUPLICATE COPY**

**Business Platinum Card®**
ADSI INC

**OPEN** SM                              p. 7/18

Closing Date 08/17/18

Account Ending 5-61008

| Detail Continued | *Indicates posting date | | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 08/06/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/06/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $119.98 |
| 08/07/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/08/18 | FREIGHTCENTER INC WEB APPLICAT | 800-716-7608 | FL | $399.99 |
| 08/08/18 | SERVERTECH 2157741243 | 2157741243 | PA | $11,902.00 |
| 08/09/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $7.20 |
| 08/09/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $164.60 |
| 08/10/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/10/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/10/18 | VERTICALRESPONSE INC 866-683-7842 | SAN FRANCISCO | CA | $120.00 |
| 08/10/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $99.06 |
| 08/10/18 | ZENDESK, INC. INV0356605694538 | SAN FRANCISCO | CA | $14.00 |
| 08/10/18 | AMZN MKTP US BOOKSTORES | AMZN.COM/BILL | WA | $364.47 |
| 08/11/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $2.99 |
| 08/13/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/13/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 08/14/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $44.24 |
| 08/14/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $82.30 |
| 08/15/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $7.20 |
| 08/15/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $13.65 |
| 08/15/18 | SERVERTECH 2157741243 | 2157741243 | PA | $12,978.00 |
| 08/16/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $13.40 |
| 08/17/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $0.99 |

| | | | | **Amount** |
|---|---|---|---|---|

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Continued on reverse

AMEX000428

CISCO00009449

**DUPLICATE COPY**
Account Ending 5-61008

---

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 09/04/18 | MONOPRICE, INC.<br>A32ZYSSG91730<br>MONOPRICE INC | RANCHO CUCO | CA | | $76.17 |
| 09/04/18 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $12.99 |
| 09/04/18 | PAYFLOW/PAYPAL0045<br>888-883-9770 | LA VISTA | NE | | $31.50 |
| 09/05/18 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $7.20 |
| 09/05/18 | PURELAND SUPPLY LLC<br>6104440590 | 610-4440590 | PA | | $265.00 |
| 09/06/18 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 09/06/18 | FREIGHTCENTER INC<br>WEBAPPLICAT | 800-716-7608 | FL | | $157.00 |
| 09/07/18 | THE UPS STORE<br>BUSINESS SERVICE | PORTLAND | OR | | $45.44 |
| 09/07/18 | SERVERTECH<br>2157741243 | 2157741243 | PA | | $9,330.00 |
| 09/09/18 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $11.99 |
| 09/10/18 | VERTICALRESPONSE INC<br>866-683-7842 | SAN FRANCISCO | CA | | $120.00 |
| 09/10/18 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 09/10/18 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 09/10/18 | ZENDESK, INC.<br>INV0365132494538 | SAN FRANCISCO | CA | | $14.00 |
| 09/11/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $2.99 |
| 09/11/18 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 09/11/18 | SERVERTECH<br>2157741243 | 2157741243 | PA | | $2,560.00 |
| 09/12/18 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 09/12/18 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 09/13/18 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $132.25 |
| 09/14/18 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 09/14/18 | SERVERTECH SUPPLY INC<br>2157741243 | PHILADELPHIA | PA | | $510.00 |



| | | | Foreign Spend | Amount |
|---|---|---|---|---|

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Business Platinum Card®**    **DUPLICATE COPY**    OPEN℠    p. 7/21
ADSI INC

Closing Date 10/17/18    Account Ending 5-61008

---

### Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 10/10/18 | VERTICALRESPONSEINC<br>866-683-7842 | SANFRANCISCO | CA | $120.00 |
| 10/10/18 | THEUPSSTORE<br>BUSINESSSERVICE | PORTLAND | OR | $13.62 |
| 10/10/18 | ZENDESK,INC.<br>INV0373817494538 | SANFRANCISCO | CA | $14.00 |
| 10/11/18 | WWW.ITUNES.COM/BILL<br>DIRECTMKTGINTERNET | CUPERTINO | CA | $2.99 |
| 10/12/18 | WISECOMTECHNOLOGIESINC0<br>15145020706<br>COMPUTERDATAPROCESSIN | LANHAM | MD | $9,939.50 |
| 10/15/18 | THEUPSSTORE<br>BUSINESSSERVICE | PORTLAND | OR | $14.16 |
| 10/15/18 | AMZNMKTPUS*M82ZW4F62<br>BOOKSTORES | AMZN.COM/BILL | WA | $46.72 |
| 10/16/18 | USPS.COMCLICKNSHIP660427000<br>8002758777 | 800-344-7779 | DC | $7.20 |
| 10/17/18 | WWW.ITUNES.COM/BILL<br>DIRECTMKTGINTERNET | CUPERTINO | CA | $0.99 |

| | | | | Amount |
|---|---|---|---|---|

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER    Continued on reverse    CISCO00009483

DUPLICATE COPY
Account Ending 5-61008

**Detail Continued**



|  | | Foreign Spend | Amount |
|---|---|---|---|

**KAMRAN SHEIKH**
Card Ending 5-61024 Monthly Spending Limit:   $75,000

| Date | Description | | Foreign Spend | Amount |
|---|---|---|---|---|
| 10/17/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $835.15 |
| 10/18/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $145.10 |
| 10/18/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $211.28 |
| 10/19/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $30.98 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009504

**DUPLICATE COPY**

**Business Platinum Card®**
ADSI INC
██████████

**OPEN**℠

p. 7/15

Closing Date 11/16/18

Account Ending 5-61008

---

| **Detail Continued** | | | | |
|---|---|---|---|---|

| | | | Foreign Spend | **Amount** |
|---|---|---|---|---|
| 10/19/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $280.45 |
| 10/19/18 | SERVERTECH 2157741243 | 2157741243 | PA | $3,850.00 |
| 10/20/18 | ZENDESK, INC. INV0376715894538 | SAN FRANCISCO | CA | $14.00 |
| 10/20/18 | AMZN MKTP US*M84HS6ZR0 BOOKSTORES | AMZN.COM/BILL | WA | $7,422.12 |
| 10/20/18 | AMZN MKTP US*M88E58JZ2 BOOKSTORES | AMZN.COM/BILL | WA | $115.32 |
| 10/22/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $7.20 |
| 10/22/18 | XEROUS INV-1678834 +15753239267 | SAN FRANCISCO | CA | $9.00 |
| 10/23/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 10/23/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 10/23/18 | SERVERTECH 2157741243 | 2157741243 | PA | $6,320.00 |
| 10/23/18 | PURECHAT INC 00-08027473514 480-3621900 | SCOTTSDALE | AZ | $12.00 |
| 10/24/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $12.90 |
| 10/24/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $24.64 |
| 10/25/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $2.99 |
| 10/25/18 | ZENDESK, INC. INV0378020894538 | SAN FRANCISCO | CA | $28.00 |
| 10/25/18 | AMZN MKTP US*M85DU0041 BOOKSTORES | AMZN.COM/BILL | WA | $105.91 |
| 10/26/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 10/26/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 10/29/18 | SERVERTECH 2157741243 | 2157741243 | PA | $9,200.00 |
| 10/30/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 11/02/18 | PAYFLOW/PAYPAL 0045 888-883-9770 | LAVISTA | NE | $30.00 |
| 11/02/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $66.40 |
| 11/02/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $78.20 |
| 11/03/18 | ZENDESK, INC. INV0380650594538 | SAN FRANCISCO | CA | $14.00 |
| 11/05/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $7.20 |
| 11/07/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |

Continued on reverse

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009505

**DUPLICATE COPY**
Account Ending 5-61008

p. 8/15

## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/07/18 | FREIGHTCENTER INC WEB APPLICAT | 800-716-7608 | FL | | $607.32 |
| 11/08/18 | VISTAPR*VISTAPRINT.COM PRINTING | 866-8936743 | MA | | $25.38 |
| 11/09/18 | USPS.COM CLICKN SHIP 660427000 8002758777 | 800-344-7779 | DC | | $70.40 |
| 11/09/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | | $13.00 |
| 11/09/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | | $14.34 |
| 11/10/18 | ZENDESK, INC. INV0382631894538 | SAN FRANCISCO | CA | | $14.00 |
| 11/10/18 | VERTICALRESPONSE INC 866-683-7842 | SAN FRANCISCO | CA | | $120.00 |
| 11/11/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | | $2.99 |
| 11/13/18 | BAR*INTRONIS INTRONIS20411895008 | CAMPBELL | CA | | $300.00 |
| 11/13/18 | USPS.COM CLICKN SHIP 660427000 8002758777 | 800-344-7779 | DC | | $6.70 |
| 11/14/18 | USPS.COM CLICKN SHIP 660427000 8002758777 | 800-344-7779 | DC | | $6.70 |
| 11/14/18 | ZPSSTORE.COM 542929804736940 8775025593 | DES MOINES | IA | | $10.98 |
| 11/15/18 | THE UPS STORE COURIER SERVICE | SAN FRANCISCO | CA | | $195.00 |



CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

AMEX000485
Continued on next page
CISCO00009506

**DUPLICATE COPY**

**Business Platinum Card®**
ADSI INC ▮▮▮▮▮▮

**OPEN**.sm

p. 5/17

Closing Date 12/17/18

Account Ending 5-61008

---

| **Detail Continued** |
| --- |

|  |  |  | Foreign Spend | **Amount** |
|---|---|---|---|---|



**KAMRAN SHEIKH**
Card Ending 5-61024   Monthly Spending Limit:   $75,000

|  |  |  | Foreign Spend | **Amount** |
|---|---|---|---|---|
| 11/16/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 11/16/18 | PAYPAL*BARNONETECH 4029357733 | 4029357733 | CA | $2,940.60 |
| 11/16/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $19.99 |
| 11/17/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $0.99 |
| 11/19/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $33.35 |
| 11/20/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $7.20 |
| 11/20/18 | HOO*HOOTSUITE INC 778-588-9767 | 778-588-9767 | CA | $29.00 |
| 11/20/18 | ZENDESK, INC. INV0385495394538 | SAN FRANCISCO | CA | $14.00 |
| 11/22/18 | XEROU SINV-1725035 +15753239267 | SAN FRANCISCO | CA | $9.00 |
| 11/23/18 | THE UPS STORE COURIER SERVICE | SAN FRANCISCO | CA | $195.00 |

AMEX000498

Continued on reverse

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009519

**DUPLICATE COPY**
Account Ending 5-61008

p. 6/17

## Detail Continued

| Date | Description | Location | State | Foreign Spend | Amount |
|------|-------------|----------|-------|---------------|--------|
| 11/23/18 | PURECHATINC 00-08027473514<br>480-3621900 | SCOTTSDALE | AZ | | $12.00 |
| 11/23/18 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $74.99 |
| 11/25/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $2.99 |
| 11/25/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $30.98 |
| 11/25/18 | ZENDESK, INC.<br>INV0386764794538 | SANFRANCISCO | CA | | $28.00 |
| 11/26/18 | USPS.COMCLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 11/26/18 | THE UPS STORE<br>BUSINESS SERVICE | PORTLAND | OR | | $39.13 |
| 11/27/18 | USPS.COMCLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 11/27/18 | SERVERTECH<br>2157741243 | 2157741243 | PA | | $4,200.00 |
| 11/28/18 | USPS.COMCLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $7.20 |
| 11/28/18 | SERVERTECH<br>2157741243 | 2157741243 | PA | | $2,440.00 |
| 11/29/18 | USPS.COMCLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $7.20 |
| 11/29/18 | USPS.COMCLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $141.90 |
| 11/29/18 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $15.17 |
| 12/02/18 | GOOGLE*GSUITE_TAPE4BA<br>ADVERTISING | CC@GOOGLE.COM | CA | | $44.00 |
| 12/03/18 | TOUCHBOARDS.COMTOUCHBOARDS<br>15162694538<br>TOUCHBOARDS.COM<br>205WESTWOOD AVE<br>LONGBRANCH, NJ07740<br>P 732-222-1511 / F 732-222-7088 | LONGBRANCH | NJ | | $34.94 |
| 12/03/18 | USPS.COMCLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $60.60 |
| 12/03/18 | USPS.COMCLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 12/03/18 | THE UPS STORE<br>BUSINESS SERVICE | PORTLAND | OR | | $14.86 |
| 12/03/18 | IBACKUP.COMPROSOFTN1DRIVECOM<br>CALABASAS | CALABASAS | CA | | $99.50 |
| 12/03/18 | ZENDESK, INC.<br>INV0389381594538 | SANFRANCISCO | CA | | $14.00 |
| 12/03/18 | PAYFLOW/PAYPAL 0045<br>888-883-9770 | LAVISTA | NE | | $30.30 |
| 12/04/18 | SP*PRINCETECHNOLOGY<br>4078781232 | SANFORD | FL | | $4,400.00 |
| 12/04/18 | USPS.COMCLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 12/05/18 | VARSTREET INC 0363<br>781-273-3979 | BURLINGTON | MA | | $824.00 |
| 12/05/18 | AMZN MKTP US*M07UO7SL1<br>BOOKSTORES | AMZN.COM/BILL | WA | | $659.00 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Continued on next page

CISCO00009520

**DUPLICATE COPY**

**Business Platinum Card®**
ADSI INC
[redacted]

Closing Date 12/17/18

**OPEN**SM

p. 7/17

Account Ending 5-61008

---

| Detail Continued |
| --- |

| Date | Description | Location | State | Foreign Spend | Amount |
| --- | --- | --- | --- | --- | --- |
| 12/05/18 | TOUCHBOARDS.COM TOUCHBOARDS 15162694538 TOUCHBOARDS.COM 205 WESTWOOD AVE LONGBRANCH, NJ 07740 P 732-222-1511 / F 732-222-7088 | LONGBRANCH | NJ | | $1,494.14 |
| 12/05/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | | $78.20 |
| 12/05/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | | $6.70 |
| 12/05/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | | $152.71 |
| 12/05/18 | UPWORK*-211751889REF BUSINESS SERVICE | DUBLIN | | | $102.75 |
| 12/06/18 | GOOGLE*GSUITE_GSA-ADS ADVERTISING | CC@GOOGLE.COM | CA | | $108.33 |
| 12/06/18 | NETFLIX.COM SUBSCRIPTION | 866-579-7172 | CA | | $26.97 |
| 12/07/18 | DHL EXPRESS USA INC VIRT 42349233331 MESSENGER SVC/DELIVERY | WESTON | FL | | $880.15 |
| 12/07/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | | $220.55 |
| 12/10/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | | $7.20 |
| 12/10/18 | VERTICALRESPONSE INC 866-683-7842 | SANFRANCISCO | CA | | $120.00 |
| 12/10/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | | $51.93 |
| 12/10/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | | $15.17 |
| 12/10/18 | ZENDESK, INC. INV0391296694538 | SANFRANCISCO | CA | | $14.00 |
| 12/11/18 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | | $2.99 |
| 12/11/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | | $53.65 |
| 12/11/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | | $13.65 |
| 12/11/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | | $16.95 |
| 12/13/18 | BAR*INTRONIS INTRONIS20411895008 | CAMPBELL | CA | | $249.00 |
| 12/13/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | | $7.20 |
| 12/13/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | | $29.24 |
| 12/13/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | | $66.67 |
| 12/13/18 | MEMORY4LESS MEMORY4LESS 714-821-3354 | ANAHEIM | CA | | $560.00 |
| 12/14/18 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | | $6.70 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

AMEX000500

Continued on reverse

CISCO00009521

**DUPLICATE COPY**

**Business Platinum Card**
ADSI INC
███████

p. 5/13

Closing Date 01/17/19

Account Ending 5-61008

---

| Detail Continued | Amount |
|---|---|

| ███ | ███ | ███ | ███ | ███ | ███ |
|---|---|---|---|---|---|
| | ███ | ███ | | | |
| ███ | ███ | | ███ | ███ | ███ |
| ███ | ███ | | ███ | ███ | ███ |

---

**KAMRAN SHEIKH**
Card Ending 5-61024   Monthly Spending Limit:   $75,000

| | | | | Amount |
|---|---|---|---|---|
| 12/17/18 | SERVERTECH 2157741243 | 2157741243 | PA | $2,400.00 |
| 12/17/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $49.51 |
| 12/18/18 | USPS.COM CLICKN SHIP 660427000 8002758777 | 800-344-7779 | DC | $817.25 |
| 12/18/18 | USPS.COM CLICKN SHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 12/18/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $14.34 |
| 12/18/18 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $13.62 |
| 12/18/18 | ZOHO CORPORATION ZOHO CORPORATIO PLEASANTON | PLEASANTON | CA | $203.18 |
| 12/18/18 | ZOHO CORPORATION ZOHO CORPORATIO PLEASANTON | PLEASANTON | CA | $203.18 |
| 12/18/18 | ZOHO CORPORATION ZOHO CORPORATIO PLEASANTON | PLEASANTON | CA | $121.91 |
| 12/18/18 | ZOHO CORPORATION ZOHO CORPORATIO PLEASANTON | PLEASANTON | CA | $203.18 |
| 12/18/18 | ZOHO CORPORATION ZOHO CORPORATIO PLEASANTON | PLEASANTON | CA | $975.25 |
| 12/18/18 | ZOHO CORPORATION ZOHO CORPORATIO PLEASANTON | PLEASANTON | CA | $203.18 |
| 12/19/18 | AMAZON SELLER REPAY BOOKSTORES | AMZN.COM/BILL | WA | $45.08 |
| 12/19/18 | LiveChat 000000001 6172752400 | 617-275-2400 | MA | $396.00 |
| 12/19/18 | USPS.COM CLICKN SHIP 660427000 8002758777 | 800-344-7779 | DC | $32.55 |
| 12/19/18 | USPS.COM CLICKN SHIP 660427000 8002758777 | 800-344-7779 | DC | $134.65 |
| 12/19/18 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $205.70 |
| 12/20/18 | USPS.COM CLICKN SHIP 660427000 8002758777 | 800-344-7779 | DC | $7.20 |
| 12/20/18 | FREIGHTCENTER INC WEBAPPLICAT | 800-716-7608 | FL | $448.07 |
| 12/20/18 | HOO*HOOTSUITE INC 778-588-9767 | 778-588-9767 | CA | $29.00 |
| 12/20/18 | ZENDESK, INC. INV0394256094538 | SAN FRANCISCO | CA | $14.00 |

Continued on reverse

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009537

**DUPLICATE COPY**
Account Ending 5-61008

p. 6/13

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 12/21/18 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | $15.17 |
| 12/21/18 | USPS.COMCLICKNSHIP660427000<br>8002758777 | 800-344-7779 | DC | $7.20 |
| 12/22/18 | XEROUS INV-1771208<br>+15753239267 | SAN FRANCISCO | CA | $9.00 |
| 12/23/18 | PURECHAT INC 00-08027473514<br>480-3621900 | SCOTTSDALE | AZ | $12.00 |
| 12/24/18 | THE UPS STORE<br>BUSINESS SERVICE | PORTLAND | OR | $31.77 |
| 12/25/18 | ZENDESK, INC.<br>INV 0395488194538 | SAN FRANCISCO | CA | $28.00 |
| 12/25/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | $2.99 |
| 12/25/18 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | $15.99 |
| 12/26/18 | USPS.COMCLICKNSHIP660427000<br>8002758777 | 800-344-7779 | DC | $6.70 |
| 12/26/18 | USPS.COMCLICKNSHIP660427000<br>8002758777 | 800-344-7779 | DC | $14.40 |
| 12/27/18 | USPS.COMCLICKNSHIP660427000<br>8002758777 | 800-344-7779 | DC | $7.20 |
| 12/28/18 | USPS.COMCLICKNSHIP660427000<br>8002758777 | 800-344-7779 | DC | $6.70 |
| 12/28/18 | ZOHOCORPORATION ZOHOCORPORATIO<br>PLEASANTON | PLEASANTON | CA | $1,572.82 |
| 12/29/18 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | $12.99 |
| 12/31/18 | THE UPS STORE<br>BUSINESS SERVICE | PORTLAND | OR | $16.50 |
| 01/01/19 | GOOGLE*GSUITE_TAPE4BA<br>ADVERTISING | CC@GOOGLE.COM | CA | $49.02 |
| 01/01/19 | GOOGLE*GSUITE_GSA-ADS<br>ADVERTISING | CC@GOOGLE.COM | CA | $123.10 |
| 01/02/19 | VARSTREET INC 0363<br>781-273-3979 | BURLINGTON | MA | $824.00 |
| 01/02/19 | THE UPS STORE<br>BUSINESS SERVICE | PORTLAND | OR | $16.50 |
| 01/02/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | $15.17 |
| 01/02/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | $22.16 |
| 01/02/19 | PAYFLOW/PAYPAL 0045<br>888-883-9770 | LA VISTA | NE | $30.30 |
| 01/03/19 | ZENDESK, INC.<br>INV 0397964694538 | SAN FRANCISCO | CA | $14.00 |
| 01/03/19 | USPS.COMCLICKNSHIP660427000<br>8002758777 | 800-344-7779 | DC | $6.70 |
| 01/03/19 | USPS.COMCLICKNSHIP660427000<br>8002758777 | 800-344-7779 | DC | $6.70 |
| 01/04/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | $59.98 |
| 01/04/19 | AMZN MKTP US*M24S46RT2<br>BOOKSTORES | AMZN.COM/BILL | WA | $39.96 |
| 01/06/19 | NETFLIX.COM<br>SUBSCRIPTION | 866-579-7172 | CA | $26.97 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Continued on next page

CISCO00009538

**DUPLICATE COPY**

**Business Platinum Card**
ADSI INC

p. 7/13

Closing Date 01/17/19

Account Ending 5-61008

---

| **Detail Continued** |
|---|

| | | | | | Amount |
|---|---|---|---|---|---|
| 01/07/19 | SERVERTECH<br>2157741243 | 2157741243 | PA | | $840.00 |
| 01/07/19 | ZOHO CORPORATION ZOHO CORPORATIO<br>PLEASANTON | PLEASANTON | CA | | $240.00 |
| 01/07/19 | ZOHO CORPORATION ZOHO CORPORATIO<br>PLEASANTON | PLEASANTON | CA | | $3,331.20 |
| 01/08/19 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 01/08/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $149.98 |
| 01/09/19 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $13.65 |
| 01/09/19 | THE UPS STORE<br>BUSINESS SERVICE | PORTLAND | OR | | $180.00 |
| 01/10/19 | FREIGHTCENTER INC<br>WEB APPLICAT | 800-716-7608 | FL | | $287.56 |
| 01/10/19 | VERTICAL RESPONSE INC<br>866-683-7842 | SAN FRANCISCO | CA | | $120.00 |
| 01/10/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $12.17 |
| 01/10/19 | ZENDESK, INC.<br>INV 0399947294538 | SAN FRANCISCO | CA | | $14.00 |
| 01/11/19 | VZWAPOCC<br>VZWIRELESS | 800-922-0204 | FL | | $90.08 |
| 01/11/19 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $2.99 |
| 01/14/19 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 01/14/19 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 01/14/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $20.17 |
| 01/14/19 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 01/15/19 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $7.20 |
| 01/15/19 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $7.20 |
| 01/15/19 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $20.85 |
| 01/15/19 | UPWORK*-217678925REF<br>BUSINESS SERVICE | DUBLIN | | | $51.38 |
| 01/16/19 | AMAZON SELLER REPAY<br>BOOKSTORES | AMZN.COM/BILL | WA | | $40.78 |
| 01/16/19 | USPS.COM CLICKNSHIP 660427000<br>8002758777 | 800-344-7779 | DC | | $6.70 |
| 01/16/19 | FREIGHTCENTER INC<br>WEB APPLICAT | 800-716-7608 | FL | | $238.32 |
| 01/17/19 | AMAZON SELLER REPAY<br>BOOKSTORES | AMZN.COM/BILL | WA | | $39.99 |
| 01/17/19 | WWW.ITUNES.COM/BILL<br>DIRECT MKTG INTERNET | CUPERTINO | CA | | $0.99 |

Continued on reverse

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009539

**DUPLICATE COPY**

**Business Platinum Card**
ADSI INC

p. 5/12

Closing Date 02/14/19

Account Ending 5-62006

---

**Detail Continued**

Amount



**KAMRAN SHEIKH**
Card Ending 5-61024   Monthly Spending Limit:   $75,000

| | | | | Amount |
|---|---|---|---|---|
| 01/17/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 01/17/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 01/17/19 | UPWORK*-217935633 REF BUSINESS SERVICE | DUBLIN | | $102.75 |
| 01/18/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $14.40 |
| 01/20/19 | ZENDESK, INC. INV0402825294538 | SAN FRANCISCO | CA | $14.00 |
| 01/20/19 | HOO*HOOTSUITE INC 778-588-9767 | 778-588-9767 | CA | $29.00 |
| 01/21/19 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $59.99 |
| 01/22/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $13.65 |
| 01/22/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $7.20 |
| 01/22/19 | XEROUS INV-1817711 +15753239267 | SAN FRANCISCO | CA | $9.00 |
| 01/22/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $6.70 |
| 01/22/19 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $16.82 |
| 01/22/19 | ZOHO CORPORATION ZOHO CORPORATIO PLEASANTON | PLEASANTON | CA | $180.16 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

AMEX000530

Continued on reverse

CISCO00009551

**DUPLICATE COPY**

**Business Platinum Card**
ADSI INC

p. 5/12

Closing Date 03/17/19

Account Ending 5-62006

| Detail Continued | | | | Amount |
|---|---|---|---|---|

▇▇▇  ▇▇▇▇▇▇▇▇  ▇▇▇▇▇  ▇  ▇▇▇
▇▇▇▇▇▇▇▇
▇▇▇  ▇▇▇▇▇▇▇▇  ▇▇▇▇▇  ▇  ▇▇▇
▇▇  ▇▇▇▇▇▇▇▇▇  ▇▇▇▇▇▇  ▇  ▇▇▇

**KAMRAN SHEIKH**
Card Ending 5-61024   Monthly Spending Limit:   $75,000

| | | | Amount |
|---|---|---|---|
| 02/14/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $7.90 |
| 02/14/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $12.17 |
| 02/14/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $21.20 |
| 02/14/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $9.99 |
| 02/14/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $7.99 |
| 02/17/19 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $0.99 |
| 02/19/19 | WWW.ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $12.99 |
| 02/19/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $12.17 |
| 02/19/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $159.05 |
| 02/19/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $7.35 |
| 02/19/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $7.35 |
| 02/20/19 | USPS.COM CLICKNSHIP 660427000 8002758777 | 800-344-7779 | DC | $23.15 |
| 02/20/19 | HOO*HOOTSUITE INC 778-588-9767 | 778-588-9767 | CA | $29.00 |
| 02/20/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $7.99 |
| 02/20/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $12.17 |
| 02/20/19 | ZENDESK, INC. INV0411808494538 | SAN FRANCISCO | CA | $14.00 |
| 02/22/19 | XEROUS INV-1864946 +15753239267 | SAN FRANCISCO | CA | $9.00 |
| 02/22/19 | SPOTIFY USA DIRECT MKTG MISC | NEW YORK | | $14.99 |
| 02/23/19 | PURECHAT INC 00-08027473514 480-3621900 | SCOTTSDALE | AZ | $12.00 |
| 02/25/19 | ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $2.99 |
| 02/25/19 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $15.71 |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009563

**DUPLICATE COPY**
Account Ending 5-62006

## Detail Continued

| | | | | Amount |
|---|---|---|---|---|
| 02/25/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $12.17 |
| 02/25/19 | ZENDESK, INC. INV0413152294538 | SAN FRANCISCO | CA | $28.00 |
| 02/26/19 | THE UPS STORE BUSINESS SERVICE | PORTLAND | OR | $17.17 |
| 02/27/19 | ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $89.99 |
| 02/28/19 | HLU*HULU 1279062687564-U HULU.COM/BILL | HULU.COM/BILL | CA | $5.99 |
| 03/01/19 | VARSTREET INC 0363 781-273-3979 | BURLINGTON | MA | $824.00 |
| 03/01/19 | GOOGLE*GSUITE_GSA-ADS ADVERTISING | CC@GOOGLE.COM | CA | $170.83 |
| 03/01/19 | GOOGLE*GSUITE_TAPE4BA ADVERTISING | CC@GOOGLE.COM | CA | $55.00 |
| 03/03/19 | ZENDESK, INC. INV0415801994538 | SAN FRANCISCO | CA | $14.00 |
| 03/04/19 | PAYFLOW/PAYPAL 0045 888-883-9770 | LA VISTA | NE | $30.00 |
| 03/05/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $79.99 |
| 03/06/19 | NETFLIX.COM SUBSCRIPTION | 866-579-7172 | CA | $26.97 |
| 03/10/19 | ZENDESK, INC. INV0417815794538 | SAN FRANCISCO | CA | $14.00 |
| 03/10/19 | VERTICALRESPONSE INC 866-683-7842 | SAN FRANCISCO | CA | $120.00 |
| 03/11/19 | VZWAPOCC VZWIRELESS | 800-922-0204 | FL | $90.08 |
| 03/11/19 | ITUNES.COM/BILL DIRECT MKTG INTERNET | CUPERTINO | CA | $2.99 |
| 03/13/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $11.99 |

| | | | | Amount |
|---|---|---|---|---|

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Continued on next page

**DUPLICATE COPY**

**Business Platinum Card**
ADSI INC

p. 5/11

Closing Date 07/17/19

Account Ending 5-62006

---

## Detail Continued

| | | | Amount |
|---|---|---|---|
| ████ | ████████ | ████ █ | ████ |
| ███ | ██████ | ████ █ | ██ |
| ████ | ██████ | ████ █ | ████ |
| ████ | ████████ | ████ █ | ███ |
| ████ | ██████ | ████ █ | ████ |
| ████ | ██████ | ████ █ | ████ |

**KAMRAN SHEIKH**
Card Ending 5-61024   Monthly Spending Limit:   $75,000

| | | | Amount |
|---|---|---|---|
| 06/17/19 | BAR*INTRONIS<br>INTRONIS20411895008 | CAMPBELL | CA | $300.00 |
| 06/18/19 | THE UPS STORE<br>BUSINESS SERVICE | SAN FRANCISCO | CA | $194.44 |
| 06/20/19 | ZENDESK, INC.<br>INV0453982194538 | SAN FRANCISCO | CA | $14.00 |
| 06/21/19 | SERVER TECH SUPPLY INC<br>2157741243 | PHILADELPHIA | PA | $8,932.00 |
| 06/22/19 | SPOTIFY USA<br>DIRECT MKTG MISC | NEW YORK | | $14.99 |
| 06/22/19 | XEROUS INV-2052937<br>+15753239267 | SAN FRANCISCO | CA | $9.00 |
| 06/23/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | $335.52 |
| 06/23/19 | PURE CHAT INC 00-08027473514<br>480-3621900 | SCOTTSDALE | AZ | $12.00 |
| 06/24/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | $167.76 |
| 06/25/19 | ITUNES.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $2.99 |
| 06/25/19 | ZENDESK, INC.<br>INV0455445594538 | SAN FRANCISCO | CA | $28.00 |
| 06/29/19 | ITUNES.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | $12.99 |
| 07/01/19 | GOOGLE*GSUITE_GSA-ADS<br>ADVERTISING | CC@GOOGLE.COM | CA | $325.00 |
| 07/01/19 | VARSTREET INC 0363<br>781-273-3979 | BURLINGTON | MA | $824.00 |
| 07/02/19 | GOOGLE*GSUITE_TAPE4BA<br>ADVERTISING | CC@GOOGLE.COM | CA | $60.00 |
| 07/02/19 | PAYFLOW/PAYPAL 0045<br>888-883-9770 | LA VISTA | NE | $30.30 |
| 07/03/19 | ZENDESK, INC.<br>INV0458452494538 | SAN FRANCISCO | CA | $14.00 |
| 07/06/19 | NETFLIX.COM<br>NETFLIX.COM | 866-579-7172 | CA | $28.97 |

AMEX000596

Continued on reverse

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009617

**DUPLICATE COPY**
Account Ending 5-62006

p. 4/13

---

| Detail |
| --- |

|  |  |  |  | Foreign Spend | **Amount** |
| --- | --- | --- | --- | --- | --- |

**KAMRAN SHEIKH**
Card Ending 5-61024  Monthly Spending Limit:  $75,000

|  |  |  |  | Foreign Spend | **Amount** |
| --- | --- | --- | --- | --- | --- |
| 11/16/19 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ |  | $19.99 |
| 11/16/19 | THE UPS STORE BUSINESS SERVICE | SAN FRANCISCO | CA |  | $180.00 |

AMEX000673

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Continued on next page

CISCO00009694

**DUPLICATE COPY**

**Business Platinum Card**
ADSI INC

p. 5/13

Closing Date 12/17/19

Account Ending 5-62006

---

| **Detail Continued** |
|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 11/20/19 | ZENDESK, INC.<br>INV0513479394103 | SAN FRANCISCO | CA | | $14.00 |
| 11/22/19 | SPOTIFY USA<br>DIRECT MKTG MISC | NEW YORK | | | $14.99 |
| 11/22/19 | THE UPS STORE<br>BUSINESS SERVICE | SAN FRANCISCO | CA | | $19.66 |
| 11/22/19 | XEROUS INV-2285449<br>+15753239267 | DENVER | CO | | $9.00 |
| 11/23/19 | PURE CHAT INC 00-08027473514<br>480-3621900 | SCOTTSDALE | AZ | | $12.00 |
| 11/23/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $79.99 |
| 11/25/19 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | | $2.99 |
| 11/25/19 | ZENDESK, INC.<br>INV0514944094103 | SAN FRANCISCO | CA | | $28.00 |
| 11/29/19 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | | $52.98 |
| 11/29/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $18.17 |
| 12/01/19 | GOOGLE *GSUITE_TAPE4BA<br>ADVERTISING | CC@GOOGLE.COM | CA | | $60.00 |
| 12/01/19 | IDRIVE.COM8558158706*IDRIVE.COM8558158<br>CALABASAS | CALABASAS | CA | | $99.50 |
| 12/01/19 | GOOGLE *GSUITEGSA-ADSII.COM GOOGLE INC<br>ADVERTISING SERVICE | CC GOOGLE.COM | | | $325.00 |
| 12/02/19 | VARSTREET INC 0363<br>781-273-3979 | BURLINGTON | MA | | $824.00 |
| 12/02/19 | PAYFLOW/PAYPAL0045<br>888-883-9770 | LAVISTA | NE | | $30.00 |
| 12/03/19 | ZENDESK, INC.<br>INV0517978094103 | SAN FRANCISCO | CA | | $14.00 |
| 12/04/19 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | | $69.99 |
| 12/04/19 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | | $429.98 |
| 12/06/19 | NETFLIX.COM<br>NETFLIX.COM | 866-579-7172 | CA | | $28.97 |
| 12/10/19 | VERTICAL RESPONSE INC<br>866-683-7842 | SAN FRANCISCO | CA | | $120.00 |
| 12/10/19 | GODADDY.COM<br>(480)505-8855 | 480-505-8855 | AZ | | $18.17 |
| 12/10/19 | ZENDESK, INC.<br>INV0520085694103 | SAN FRANCISCO | CA | | $14.00 |
| 12/11/19 | APPLE.COM/BILL<br>RECORD STORE | INTERNET CHARGE | CA | | $54.99 |
| 12/11/19 | VZWAPOCC<br>VZ WIRELESS | 800-922-0204 | FL | | $90.08 |

| | | Foreign Spend | Amount |
|---|---|---|---|
| ▮ ▮▮▮▮▮▮▮ ▮▮▮▮ | | | |
| ▮▮▮▮ ▮▮▮▮▮▮ | ▮▮▮▮▮ | ▮ | |

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Continued on reverse

CISCO00009695

p. 5/11

**Business Platinum Card**
ADSI INC

Closing Date 05/17/20

Account Ending 5-62006

| Detail Continued | | | | |
|---|---|---|---|---|
| | | | | **Amount** |
| 04/20/20 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $314.54 |
| 04/20/20 | ZENDESK, INC. INV05645372 94103 | SAN FRANCISCO | CA | $14.00 |
| 04/21/20 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $22.16 |
| 04/22/20 | SPOTIFY USA DIRECT MKTG MISC | NEW YORK | | $14.99 |
| 04/23/20 | PURE CHAT INC 00-08027473514 480-3621900 | SCOTTSDALE | AZ | $12.00 |
| 04/23/20 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $18.17 |
| 04/25/20 | APPLE.COM/BILL RECORD STORE | INTERNET CHARGE | CA | $2.99 |
| 04/25/20 | ZENDESK, INC. INV05660965 94103 | SAN FRANCISCO | CA | $28.00 |
| 04/29/20 | AMAZON SELLER REPAY BOOK STORES | AMZN.COM/BILL | WA | $40.03 |
| 04/29/20 | FREIGHTCENTER INC WEB APPLICAT | 800-716-7608 | FL | $27.27 |
| 05/01/20 | VARSTREET INC 0363 781-273-3979 | BURLINGTON | MA | $234.00 |
| 05/01/20 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $22.16 |
| 05/01/20 | GOOGLE*GSUITE GSA-ADSII.COM GOOGLE INC COMPUTER PROGRAMMING | CC GOOGLE.COM | | $372.00 |
| 05/02/20 | GOOGLE *GSUITE_TAPE4BA ADVERTISING | CC@GOOGLE.COM | CA | $54.00 |
| 05/03/20 | ZENDESK, INC. INV05692014 94103 | SAN FRANCISCO | CA | $14.00 |
| 05/04/20 | PAYFLOW/PAYPAL 0045 888-883-9770 | LAVISTA | NE | $30.00 |
| 05/05/20 | THE UPS STORE BUSINESS SERVICE | SAN FRANCISCO | CA | $200.11 |
| 05/06/20 | NETFLIX.COM CABLE & PAY TV | 866-579-7172 | CA | $15.99 |
| 05/09/20 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $159.98 |
| 05/10/20 | ZENDESK, INC. INV05713871 94103 | SAN FRANCISCO | CA | $14.00 |
| 05/10/20 | VERTICALRESPONSE INC ONLINE MKTNG | 855-333-1055 | MN | $120.00 |
| 05/16/20 | GODADDY.COM (480)505-8855 | 480-505-8855 | AZ | $18.17 |

**Amount**

Continued on reverse

AMEX000748

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

CISCO00009769