# Exhibit A

RICHARD J. NELSON (State Bar No. 141658)
E-Mail:   *rnelson@sideman.com*
IAN K. BOYD (State Bar No. 191434)
E-Mail:   *iboyd@sideman.com*
ANGELA M. HE (State Bar No. 319351)
E-Mail:   *ahe@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHAHID H. SHEIKH, an individual, et al.,<br><br>Defendants. | Case No. 4:18-cv-7602-YGR<br><br>**[PROPOSED] ORDER GRANTING PERMANENT INJUNCTION**<br><br>Judge:  Honorable Yvonne Gonzalez Rogers<br><br>Trial Date:  January 7, 2021 |
| ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., a California corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NABIA UDDIN, an individual,<br><br>Third-Party Defendant. | |

SIDEMAN & BANCROFT LLP
LAW OFFICES
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

1  The above-captioned matter having come before the Court upon the parties'
2 joint stipulation requesting an order granting a permanent injunction pursuant to the
3 parties' settlement agreement, and the Court having considered the same,
4  NOW, **THEREFORE**, it is on this _____ day of _____, 2020;
5 ORDERED that Defendants Shahid Sheikh, Kamran Sheikh, Farhaad Sheikh,
6 Advanced Digital Solutions International, Inc., PureFutureTech LLC, K&F
7 Associates, LLC, Jessica Little, and Imran Husain are forever enjoined from:

8   a. manufacturing, importing, advertising, promoting, marketing, offering
9      to sell, selling, distributing, or transferring any products bearing
10     counterfeit CISCO trademarks;
11  b. using any other false designation of origin, false description or
12     representation, or any other use of CISCO'S name or marks, logo or
13     trade dress, or counterfeit versions thereof, in a manner calculated to
14     falsely advertise counterfeit products as being manufactured,
15     distributed, sponsored, authorized, or endorsed by CISCO, or otherwise
16     associated with CISCO in any way; and
17  c. secreting, concealing, destroying, selling off, transferring, returning, or
18     otherwise moving, storing, or disposing of any counterfeit CISCO
19     product, other than sending such counterfeit product to CISCO.

21  **IT IS SO ORDERED.**

23 Dated:

25                                    _____
                                      The Honorable Yvonne Gonzalez Rogers
26                                    United States District Judge