RICHARD J. NELSON (State Bar No. 141658)
E-Mail:  *rnelson@sideman.com*
IAN K. BOYD (State Bar No. 191434)
E-Mail:  *iboyd@sideman.com*
ANGELA M. HE (State Bar No. 319351)
E-Mail:  *ahe@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Plaintiffs
Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SHAHID H. SHEIKH, an individual, et al.,<br><br>Defendants. | Case No. 4:18-cv-7602-YGR<br><br>[~~PROPOSED~~] **ORDER GRANTING PERMANENT INJUNCTION**<br><br>Judge: Honorable Yvonne Gonzalez Rogers<br><br>Trial Date: January 7, 2021 |
| ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., a California corporation,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NABIA UDDIN, an individual,<br><br>Third-Party Defendant. | |

1  The above-captioned matter having come before the Court upon the parties' joint stipulation requesting an order granting a permanent injunction pursuant to the parties' settlement agreement, and the Court having considered the same,

NOW, **THEREFORE**, it is on this 16th day of December, 2020; ORDERED that Defendants Shahid Sheikh, Kamran Sheikh, Farhaad Sheikh, Advanced Digital Solutions International, Inc., PureFutureTech LLC, K&F Associates, LLC, Jessica Little, and Imran Husain are forever enjoined from:

    a. manufacturing, importing, advertising, promoting, marketing, offering to sell, selling, distributing, or transferring any products bearing counterfeit CISCO trademarks;

    b. using any other false designation of origin, false description or representation, or any other use of CISCO'S name or marks, logo or trade dress, or counterfeit versions thereof, in a manner calculated to falsely advertise counterfeit products as being manufactured, distributed, sponsored, authorized, or endorsed by CISCO, or otherwise associated with CISCO in any way; and

    c. secreting, concealing, destroying, selling off, transferring, returning, or otherwise moving, storing, or disposing of any counterfeit CISCO product, other than sending such counterfeit product to CISCO.

**IT IS SO ORDERED.**

Dated: December 16, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**