RICHARD J. NELSON (State Bar No. 141658)
E-Mail:        rnelson@sideman.com
IAN K. BOYD (State Bar No. 191434)
E-Mail:        iboyd@sideman.com
ANGELA M. HE (State Bar No. 319351)
E-Mail:        ahe@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Cisco Systems, Inc. and Cisco Technology, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ZAHID "DONNY" HASSAN SHEIKH, an individual, et al.,<br><br>          Defendants. | Case No. 4:18-cv-07602 YGR<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL BY PLAINTIFFS OF CLAIMS AGAINST DEFENDANTS**<br><br>Hon. Yvonne Gonzalez Rogers |

**NOTICE IS HEREBY GIVEN THAT** plaintiffs CISCO SYSTEMS, INC. and CISCO TECHNOLOGY, INC. (collectively, "Cisco") and defendants ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., PUREFUTURETECH, LLC, K&F ASSOCIATES, LLC, SHAHID SHEIKH, KAMRAN SHEIKH, FARHAAD SHEIKH, JESSICA LITTLE, and IMRAN HUSAIN ("Defendants") hereby **STIPULATE** and **AGREE** to the voluntary dismissal of the Defendants from this Action with prejudice, pursuant to the Parties' Settlement Agreement and Fed. R. Civ. Proc. Rule 41(a)(2). This stipulation shall not constitute a waiver of Defendants' right to continue pursuing its third-party claims against any and all of the third-party defendants. The parties are to each bear their own costs of this action.

**IT IS SO STIPULATED.**

DATED: June 1, 2021    SIDEMAN & BANCROFT LLP

By:    */s/ Richard J. Nelson*
Richard J. Nelson
Attorneys for Plaintiffs Cisco Systems, Inc.
and Cisco Technology, Inc.

DATED: June 1, 2021    McMANIS FAULKNER

By:    */s/ Tyler Atkinson*
Tyler Atkinson
Attorneys for Defendants Advanced Digital Solutions International, Inc., PureFutureTech, LLC, K&F Associates, LLC, Shahid Sheikh, Kamran Sheikh and Farhaad Sheikh

DATED: June 1, 2021    CROSBY & CROSBY, APLC

By:    */s/ Michael C. Crosby*
Michael C. Crosby
Attorneys for Defendants Jessica Little
and Imran Husain

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:

                THE HON. YVONNE ROGERS GONZALEZ
                United States District Judge

### ATTESTATION CLAUSE

Pursuant to Civil Local Rule 5.1., I hereby attest that counsel represented by conformed signatures above have concurred in the filing of this Stipulation and [Proposed] Order of Voluntary Dismissal.

DATED: June 1, 2021

By:    */s/ Richard J. Nelson*
        Richard J. Nelson