JOHN C. KIRKE, #175055
jkirke@donahue.com
KATHLEEN B. FRIEND, #214593
kfriend@donahue.com
DONAHUE FITZGERALD LLP
Attorneys at Law
1999 Harrison Street, 26th Floor
Oakland, California 94612-3520
Telephone:    (510) 451-3300
Facsimile:    (510) 451-1527

Attorneys for Third-Party Defendants
RAHI SYSTEMS, INC., PURE FUTURE TECHNOLOGY, INC., MASOOD MINHAS AKA MIKE MINHAS, NAUMAN KARAMAT AKA NORMAN KARAMAT, NABIA UDDIN, KAROLINE BANZON, and KAELYN NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation and CISCO TECHNOLOGY, INC., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ZAHID "DONNY" HASSAN SHEIKH, an individual; et al.,<br><br>Defendants.<br><br>AND RELATED CROSS ACTION | Case No. 4:18-cv-07602-YGR<br><br>[~~PROPOSED~~] **JUDGMENT** |

For the reasons stated in this Court's Order of July 23, 2021 (Dkt. 333), it is hereby ordered and adjudged that Third Party Plaintiff, ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC. ("ADSI") take nothing by way of its Third-Party Complaint against Third Party Defendant NABIA UDDIN and that the claims against her are dismissed with prejudice. UDDIN is entitled to recover her costs pursuant to a timely submitted bill of costs.

Further, for the reasons stated in this Court's Order of October 2, 2020 (Dkt 246), it is hereby ordered and adjudged that Third Party Defendants RAHI SYSTEMS, INC., PURE FUTURE TECHNOLOGY, INC., MASOOD MINHAS AKA MIKE MINHAS, NAUMAN KARAMAT AKA NORMAN KARAMAT, KAROLINE BANZON, and KAELYN NGUYEN, who prevailed on their Motion for Summary Judgment for the reasons stated in this Court's Order of October 2, 2020 (Dkt 246), shall recover attorneys' fees in the amount of $73,510.29. ADSI will pay interest on this judgment computed at the federal interest rate governed by 28 U.S.C. § 1961 from the date of Judgment until the date such judgment is paid.

IT IS SO ORDERED.

Dated: August 11, 2021

By: _____
Hon. Yvonne Gonzalez Rogers
United States District Court Judge

The proposed judgment is approved as to form,

Dated:                MCMANIS FAULKNER

By: /s/ Tyler Atkinson
Tyler Atkinson
Attorneys for Third Party Plaintiff
ADVANCED DIGITAL SOLUTIONS
INTERNATIONAL, INC.