# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **4:18-CV-07602-YGR**

Date case was first filed in U.S. District Court: **12/18/2018**

Date of judgment or order you are appealing: **08/11/2021**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Advanced Digital Solutions International, Inc., PureFutureTech, LLC, K&F Associates, LLC, Shahid Sheikh, Kamran Sheikh and Farhaad Sheikh

Is this a cross-appeal?  ○ Yes   ☉ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ☉ No

If Yes, what is the prior appeal case number?

Your mailing address:

McManis Faulkner, 50 W. San Fernando St., 10th Floor

City: San Jose    State: CA    Zip Code: 95113

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Tyler Atkinson    **Date** Sep 10, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Advanced Digital Solutions International, Inc., PureFutureTech, LLC, K&F Associates, LLC, Shahid Sheikh, Kamran Sheikh and Farhaad Sheikh

Name(s) of counsel (if any):

James McManis, Tyler Atkinson, Andrew Parkhurst
McMANIS FAULKNER

Address: 50 W. San Fernando St., 10th Floor, San Jose, CA 95113

Telephone number(s): (408) 279-8700

Email(s): jmcmanis@mcmanislaw.com; tatkinson@mcmanislaw.com; aparkhurst@mcmanislaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Cisco Systems, Inc., Cisco Technology, Inc.

Name(s) of counsel (if any):

Richard J. Nelson, Ian K. Boyd
SIDEMAN & BANCROFT, LLP

Address: One Embarcadero Center, 22nd Floor, San Francisco, CA 94111

Telephone number(s): (415) 392-1960

Email(s): rnelson@sideman.com; iboyd@sideman.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     *1*                              Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Rahi Systems, Inc., Pure Future Technology, Inc., Masood Minhas, Nauman Karamat, Karoline Banzon, Nabia Uddin, Kaelyn Nguyen

Name(s) of counsel (if any):

John Kirke, Kathleen Friend
DONAHUE FITZGERALD, LLP

Address: 1999 Harrison St., 26th Floor, Oakland, CA  94612-3520

Telephone number(s): (510) 451-3300

Email(s): jkirke@donahue.com; kfriend@donahue.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*