1 | Brian T. Hafter (SBN 173151)
  | brian.hafter@rimonlaw.com
2 | RIMON, P.C.
  | 423 Washington Street, Suite 600
3 | San Francisco, California 94111
  | Telephone: (415) 810-8403
4 | Facsimile: (415) 683-5472

5 | Attorneys for Defendant and Third Party Plaintiff
  | Advanced Digital Solutions International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation, | Case No. 4:18-CV-07602-YGR |
| Plaintiffs, | JOINT STIPULATION OF DISMISSAL |
| v. | The Hon. Yvonne Gonzalez Rogers<br>Courtroom 1, 4th Floor |
| ZAHID "DONNY" HASSAN SHEIKH, an individual; et al., | |
| Defendants. | |
| ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC., a California corporation, | |
| Third Party Plaintiff, | |
| v. | |
| RAHI SYSTEMS, INC., a California corporation; et al., | |
| Third Party Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT IT IS HEREBY STIPULATED AND AGREED, by and between Third Party Plaintiff Advanced Digital Solutions International, Inc. ("ADSI") and Third Party Defendants Rahi Systems, Inc., Pure Future Technology Inc., Masod Minhas, Nauman

Karamat, Karoline Banzon, Nabia Uddin, and Kaelyn Nguyen that the Third Party Complaint of ADSI shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its, his or her own costs and fees.

Dated: November 1, 2022                    RIMON, P.C.

                                           By: /s/ Brian T. Hafter
                                               Brian T. Hafter
                                               Attorneys for Defendant and Third Party Plaintiff
                                               ADVANCED DIGITAL SOLUTIONS
                                               INTERNATIONAL, INC.

Dated: November 1, 2022                    DONAHUE FITZGERALD LLP

                                           By: /s/ John C. Kirke
                                               John C. Kirke
                                               Attorneys for Third Party Defendants
                                               RAHI SYSTEMS, INC., PURE FUTURE
                                               TECHNOLOGY, INC., MASOD
                                               MINHAS, NAUMAN KARAMAT,
                                               KAROLINE BANZON, NABIA UDDIN,
                                               and KAELYN NGUYEN