| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | NOV 3 2022 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CISCO SYSTEMS, INC., a California corporation; CISCO TECHNOLOGY, INC., a California corporation,

    Plaintiffs,

 v.

ADVANCED DIGITAL SOLUTIONS INTERNATIONAL, INC.; et al.,

    Defendants-Appellants,

 v.

RAHI SYSTEMS, INC.; et al.,

    Third-party-defendants-Appellees.

No. 21-16516

D.C. No. 4:18-cv-07602-YGR
Northern District of California, Oakland

ORDER

The parties' motion to voluntarily dismiss the appeal with prejudice under Rule 42(b) of the Federal Rules of Appellate Procedure, Dkt. No. 43, is GRANTED. Each party is to bear its, his or her own costs and fees. This order constitutes the mandate of this court.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT

            By: Allison Fung
            Deputy Clerk
            Ninth Circuit Rule 27-7